UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALAN HILL, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 3:13-CV-0562-MMD (VPC) <br><br> **MINUTES OF THE COURT** <br><br> November 19, 2013 |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendant Elena Sammons filed a motion for leave not to attend non-dispositive conference required by "all parties" (#46).  The motion is **DENIED**.  *Pro se* litigants are not at liberty to excuse themselves from hearings and conferences concerning litigation in which they are a party and chose to act as their own counsel.  To do so would be at their peril.

   Individual defendants may make arrangements to be present at the case management conference via telephone by notifying the Courtroom Administrator, Lisa Mann, (775) 686-5653, of the telephone number where they may be reached on the date and time of the hearing.

   **IT IS SO ORDERED.**

                                                                     LANCE S. WILSON, CLERK

                                                By:            /s/
                                                                     Deputy Clerk