1  LOUIS M. BUBALA III
   State Bar No. 8974
2  (lbubala@armstrongteasdale.com)
   BRET F. MEICH
3  State Bar No. 11208
   (bmeich@armstrongteasdale.com)
4  ARMSTRONG TEASDALE LLP
   50 West Liberty, Suite 950
5  Reno, NV 89501
   Telephone: (775) 322-7400
6  Facsimile: (775) 322-9049

```
        ✓  FILED        ____ RECEIVED
        ____ ENTERED    ____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

              FEB 1 8 2014

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
        BY: _____ DEPUTY
```

7  Attorneys for Third-Party Defendant Cor Clearing

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHINA ENERGY CORPORATION, | ) | 3:13-CV-562-MMD-VPC |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND [PROPOSED] |
| ALAN HILL, et al., | ) | ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |
| Defendants, | ) | |
| ELENA SAMMONS AND MICHAEL SAMMONS, | ) | (FIRST REQUEST) |
| Third-Party Plaintiffs | ) | |
| vs. | ) | |
| CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING | ) | |
| Third-Party Defendants. | ) | |

Third-party Plaintiffs Elena Sammons and Michael Sammons, appearing in this matter *pro se*, and Third-party Defendant Cor Clearing ("Cor"), by and through its counsel, jointly submit the following Stipulation and [Proposed] Order Extending Cor's Time to Respond to the First Amended Third-party Complaint.

///

1. Third-party Defendant Cor was served with the summons for the Third-party Complaint on January 28, 2014. The deadline for Cor to answer, move, or otherwise respond to the Third-party Complaint currently is February 18, 2014.

2. On January 29, 2014, Third-party Plaintiffs Elena and Michael Sammons filed a First Amended Third-Party Complaint, which was served that same day via electronic mail and United States Mail. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Cor must respond to the First Amended Third-Party Complaint, "within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Here, the deadline to respond to the Third-party Complaint (February 18, 2014) is operative because it is the later date.

3. This is Cor's first request for an extension of time to respond. The reason for the requested extension is that Cor just recently hired counsel and anticipates motion practice with respect to the First-Amended Third-party Complaint. The short requested extension will allow Cor the opportunity to fully respond to the First-Amended Third-party Complaint.

The undersigned parties agree and stipulate as follows:

1. Cor's deadline to answer, move, or otherwise respond to the First Amended Third-party Complaint shall be February 24, 2014.

///

Case 3:13-cv-00562-MMD-VPC   Document 142   Filed 02/14/14   Page 3 of 4

1  Respectfully submitted,

2  DATED: February 14, 2014.    LOUIS M. BUBALA III (SBN 8974)
                                BRET F. MEICH (SBN 11208)
3                               ARMSTRONG TEASDALE, LLP
                                50 West Liberty, Suite 950
4                               Reno, NV 89501
                                Telephone: (775) 322-7400
5                               Facsimile: (775) 322-9049

6
                                By: /s/ Bret F. Meich
7                                   Bret F. Meich

8
   DATED: February 14, 2014.    MICHAEL SAMMONS, appearing *Pro Se*
9                               15706 Seekers St
                                San Antonio, TX 78255
10                              210 858 6199

11
                                By: /s/ Michael Sammons
12                                  Michael Sammons

13 DATED: February 14, 2014.    ELENA SAMMONS, appearing *Pro Se*
                                15706 Seekers St
14                              San Antonio, TX 78255
                                210 858 6199
15

16                              By: /s/ Elena Sammons
                                    Elena Sammons
17

18

19
                         **[PROPOSED] ORDER**
20
                         IT IS SO ORDERED:
21

22

23
                         _____
24                       UNITED STATES MAGISTRATE JUDGE

25                       Dated this 18th day of February, 2014.

26

27

28

## CERTIFICATE OF SERVICE

I, Zabett Buzzone, certify that on February 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 14, 2014, at Reno, Nevada.

By: /s/ *Zabett Buzzone*
Zabett Buzzone

-3-