```
              FILED              RECEIVED
              ENTERED            SERVED ON
                         COUNSEL/PARTIES OF RECORD

                        FEB 1 8 2014

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
              BY:_____ DEPUTY
```

1  Daniel T. Hayward, Esq.
2  Nevada State Bar No. 5986
   LAXALT & NOMURA, LTD.
3  9600 Gateway Drive
   Reno, Nevada 89521
4  dhayward@laxalt-nomura.com
   Telephone: (775) 322-1170
5  Facsimile: (775) 322-1865
6  *Attorneys for Third-Party Defendants*
   *The Depository Trust Company and*
7  *Cede & Co.*

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10

11 CHINA ENERGY CORPORATION          :
                Plaintiff            :
12                                   :
   Vs.                               :
13                                   :
   ALAN HILL, et al.                 :
14              Defendants           :    Case No. 3:13-cv-562-MMD-VPC
                                     :
15                                   :
   ELENA SAMMONS and                 :
16 MICHAEL SAMMONS,                  :
                                     :
17        Third Party Plaintiffs     :
                                     :
18 vs.                               :
                                     :
19                                   :
   CEDE & CO., THE DEPOSITORY        :
20 TRUST COMPANY, and COR CLEARING,  :
                                     :
21        Third Party Defendants     :
                                     /
22 _____

23  **STIPULATION TO EXTEND TIME WITHIN WHICH THE DEPOSITORY TRUST
     COMPANY AND CEDE & CO. MAY ANSWER OR OTHERWISE RESPOND TO THE
24        FIRST AMENDED THIRD-PARTY COMPLAINT (FIRST REQUEST)**

25                   **AND ~~PROPOSED~~ ORDER**

26     Third-Party Plaintiffs ELENA SAMMONS and MICHAEL SAMMONS, pro se, and

27 Third-Party Defendants THE DEPOSITORY TRUST COMPANY ("DTC") and CEDE & CO.,

28 by and through their attorneys, LAXALT & NOMURA, LTD., hereby stipulate that DTC and

Cede & Co. may each have until and including February 20, 2014 by which to answer or otherwise respond to Third-Party Plaintiffs' First Amended Third-Party Complaint on file herein. No prior extensions have been granted by the Court. The purpose of this extension is to provide DTC and Cede & Co. with additional time to evaluate Third-Party Plaintiffs' claims against them and to prepare their response.

Dated this 14th day of February, 2014.

LAXALT & NOMURA, LTD.

_____
Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
9600 Gateway Drive
Reno, Nevada  89521
dhayward@laxalt-nomura.com
Telephone:  (775) 322-1170
Facsimile:  (775) 322-1865
*Attorneys for Defendalnts The Depository Trust Company and Cede & Co.*

Dated this /4 day of February, 2014.

_____
ELENA SAMMONS, in pro per

Dated this /4 day of February, 2014.

_____
MICHAEL SAMMONS, in pro per

Case 3:13-cv-00562-MMD-VPC   Document 141   Filed 02/14/14   Page 3 of 5

1

### [~~PROPOSED~~] ORDER

2

Pursuant to the stipulation of Third-Party Plaintiffs Elena Sammons and Michael

3

Sammons and Third-Party Defendants The Depository Trust Company and Cede & Co., and

4

5

good cause appearing, it is hereby ordered that Third-Party Defendants The Depository Trust

6

Company and Cede & Co. shall have until and including February 20, 2014 by which the answer

7

or otherwise respond to the First Amended Third-Party Complaint on file herein.

8

IT IS SO ORDERED.

9

Dated this 18th day of February, 2014.

10

11

12

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the forgoing by method indicated

XX_____     by Court's CM/ECF Program

And addressed to the following:

Anjali D. Webster, Esq.
Justin J. Bustos, Esq.
Gordon Silver
100 W. Liberty Street
Reno, 89501

Michael N. Feder, Esq.
Gordon Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV  89169

Frances Floriano Goins, Esq.
Ulmer & Berne LLP
1660 West 2nd Street, Ste 1100
Cleveland, OH  44113
*Attorneys for Plaintiff China Energy Corporation*

Richard L. Elmore, Esq.
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV  89511
*Attorneys for Defendant Thomas S. Vredevoogd*

And by U.S. Mail to Pro Se Parties addressed as follows:

Elena Sammons and
Michael Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendants / Third-Party Plaintiffs (Pro Se)*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29511
*Defendant (Pro Se)*

Jun He
231 Split Road Rd
The Woodlands, TX 77381
*Defendant (Pro Se)*

Alan T. Hill
9501 Avenida Del Oso NE
Albuquerque, NM 87111
*Defendant (Pro Se)*

Dated February 14, 2014.

_____
An employee of Laxalt & Nomura, Ltd.

LAXALT & NOMURA,
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521