```
_____ ✓ FILED          _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

            FEB 2 0 2014

          CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHINA ENERGY CORPORATION, a
NEVADA CORPORATION,

                 Plaintiff(s),

     vs.

ALAN T. HILL, et al.

                 Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #  3:13-cv-00562-MMD-VPC

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $200.00

_____Meredith Jowers Lees_____, Petitioner, respectfully represents to the Court:
       (name of petitioner)

     1.     That Petitioner is an attorney at law and a member of the law firm of

_____Rumberger Kirk & Caldwell, PC_____
                            (firm name)

with offices at _____2204 Lakeshore Drive, Ste. 125_____,
                               (street address)

_____Birmingham_____, Alabama ▼ , _____35209_____,
       (city)                (state)                      (zip code)

_____205-721-2815_____, _____mlees@rumberger.com_____.
(area code + telephone number)         (Email address)

     2.     That Petitioner has been retained personally or as a member of the law firm by

_____COR Clearing, LLC_____ to provide legal representation in connection with
           [client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

Paid Amt $ 200⁰⁰ Date 2/20/2014
NVRNV-2162
Receipt # 2162 Initials ___

3.      That since ___September 28, 2001___, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _Alabama_____ ▼
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Alabama State Courts | September 28, 2001 | ASB-8103-M71J |
| USDC Northern District of Alabama | May 7, 2002 | |
| USDC Middle District of Alabama | October 17, 2001 | |
| US Bankruptcy Court for the Northern District of Alabama | May 7, 2002 | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

2

Rev. 12/11

6.  That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

7.  That Petitioner is a member of good standing in the following Bar Associations:

Alabama State Bar

8.  Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Not Applicable | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Alabama ▼ )
                          )
COUNTY OF _Jefferson_ )


__Meredith Jowers Lees__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_17th_ day of _February_, _2014_.

Brandi M. Wolfe
_____
Notary Public or Clerk of Court

BRANDI M WOLFE
My Commission Expires
January 14, 2018

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Louis M. Bubala__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___50 West Liberty, Suite 950_____,
(street address)

___Reno_____, Nevada ▼, _89501_____,
(city)              (state)        (zip code)

___775-784-3212__, lbubala@armstrongteasdale.com__.
(area code + telephone number)      (Email address)

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
agreement and authorization for the designated resident admitted counsel to sign stipulations
binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Louis M. Bubala_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_COR Clearing by its General Counsel, _____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8974      LBUBALA@ARMSTRONGTEASDALE.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.


_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11