✓ __ FILED __ RECEIVED
__ ENTERED __ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 0 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CHINA ENERGY CORPORATION, a
NEVADA CORPORATION,

        Plaintiff(s),

        vs.

ALAN T. HILL, et al.

        Defendant(s).

Case #  3:13-cv-00562-MMD-VPC

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $200.00

    Rebecca A. Beers , Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

        Rumberger Kirk & Caldwell, PC
             (firm name)

with offices at    2204 Lakeshore Drive, Ste. 125
             (street address)

   Birmingham   , Alabama ▾ , 35209
    (city)          (state)        (zip code)

   205-721-2817  ,    rbeers@rumberger.com .
(area code + telephone number)       (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

   COR Clearing, LLC        to provide legal representation in connection with
     [client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

Paid Amt $ 200  Date 2/20/2014
NVRN0 -2161  Receipt #   Initials

3.    That since ___September 28, 2007___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Alabama_
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Alabama State Courts | September 28, 2007 | ASB-0409-C62B |
| USDC Northern District of Alabama | July 31, 2008 | |
| USDC Middle District of Alabama | October 23, 2007 | |
| USDC Southern District of Alabama | October 23, 2007 | |
| Eleventh Circuit Court of Appeals | 2013 | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

2

Rev. 12/11

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

7.      That Petitioner is a member of good standing in the following Bar Associations:

Alabama State Bar
Birmingham Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Not Applicable | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3   

4   _____
                            Petitioner's signature

STATE OF Alabama

5   COUNTY OF   Jefferson

6   

7      Rebecca A. Beers   , Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9   _____
                            Petitioner's signature

10   Subscribed and sworn to before me this

11   

12   17th   day of   February   , 2014

13   Brandi M. Wolfe

        Notary Public or Clerk of Court

BRANDI M WOLFE
My Commission Expires
January 14, 2018

14   

15   

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

17   

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19   believes it to be in the best interests of the client(s) to designate   Louis M. Bubala   ,
                                               (name of local counsel)

20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21   above-entitled Court as associate resident counsel in this action.  The address and email address of

22   said designated Nevada counsel is:

23   _____50 West Liberty, Suite 950_____,
                                      (street address)

24   

25   _____Reno_____, _____Nevada_____   89501
        (city)                      (state)        (zip code)

26   ____775-784-3212____, ____lbubala@armstrongteasdale.com____.
  (area code + telephone number)          (Email address)

27   

28   

                                         4

Rev. 12/11

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5               **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____Louis M. Bubala_____ as

8   his/her/their Designated Resident Nevada Counsel in this case.
                                    (name of local counsel)

9

10  __*CoR Clearing by its General Counsel*_____
    (Party signature)

11

12  _____
    (Party signature)

13

14  _____
    (Party signature)

15

16               **CONSENT OF DESIGNEE**

17

18      The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20  _____
    Designated Resident Nevada Counsel's signature

21  __8974__     __LBUBALA@ARMSTRONGTEASDALE.__
    Bar number          Email address          com

22

23

24  APPROVED:

25  Dated: this _____ day of _____, 20___.

26

27  _____
    UNITED STATES DISTRICT JUDGE

28                                    000055

                         5                    Rev. 12/11