LOUIS M. BUBALA III
Nevada Bar No.: 8974
BRET F. MEICH
Nevada Bar No.: 11208
ARMSTRONG TEASDALE, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Telephone No.: (775) 322-7400
Facsimile No.: (775) 322-9049
Email: lbubala@armstrongteasdale.com
       bmeich@armstrongteasdale.com

*Attorneys for Third-Party Defendant Cor Clearing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada Corporation,<br><br>       Plaintiffs,<br><br>v.<br><br>ALAN T. HILL, et al.<br><br>       Defendants | CASE NO. 3:13-cv-00562-MMD-VPC<br><br>**NOTICE OF CORRECTED IMAGE/DOCUMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attached hereto as Exhibit 1 is a corrected image of the document entitled Verified Petition for Permission to Practice in This Case Only by Attorney not Admitted to the Bar of This Court and Designation of Local Counsel (*Document No. 147*) filed on February 20, 2014, as said document was missing pages from the pleading.

//

//

//

-1-

| | | |
|---|---|---|
| 1 | DATED this 20th day of February 2014. | ARMSTRONG TEASDALE LLP |
| 2 | | By: /s/ Louis M. Bubala III |
| | | LOUIS M. BUBALA III |
| 3 | | Nevada Bar No.: 8974 |
| | | BRET F. MEICH |
| 4 | | Nevada Bar No.: 11208 |
| | | ARMSTRONG TEASDALE, LLP |
| 5 | | 50 West Liberty Street, Suite 950 |
| | | Reno, Nevada 89501 |
| 6 | | Telephone No.: (775) 322-7400 |
| 7 | | Facsimile No.: (775) 322-9049 |
| | | Email: lbubala@armstrongteasdale.com |
| 8 | | bmeich@armstrongteasdale.com |
| | | *Attorneys for Third-Party Defendant* |
| 9 | | . |

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) I certify that I am an employee of Armstrong Teasdale LLP and not a party to, nor interested in, the within action; that on the 20th day of February 2014, a true and correct copy of NOTICE OF CORRECTED IMAGE/DOCUMENT was transmitted via the Court's CM/ECF electronic case filing system, to the following:

Daniel T. Hayward dhayward@laxalt-nomura.com, hparker@laxalt-nomura.com, marnold@laxalt-nomura.com

Michael N Feder mfeder@gordonsilver.com, KKoehm@GORDONSILVER.com, lstewart@gordonsilver.com, usdcnotices@gordonsilver.com

Richard L. Elmore relmore@hollandhart.com, btoriyama@hollandhart.com, carnold@hollandhart.com, cpulsipher@hollandhart.com, gsilva@hollandhart.com, renofedecf@hollandhart.com

Louis Martin Bubala, III lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

Justin J. Bustos JBustos@gordonsilver.com, cgrinstead@gordonsilver.com, sglantz@gordonsilver.com

Bret F Meich bmeich@armstrongteasdale.com, zbuzzone@armstrongteasdale.com

Anjali D Webster awebster@gordonsilver.com

Frances Floriano Goins fgoins@ulmer.com, teaton@ulmer.com

Michael Sammons michaelsammons@yahoo.com

I hereby certify that the following parties in this mater are e-filers and have agreed to accept service of court filed documents via the Court's CM/ECF System.

/s/ Barbara Salinas
An employee of Armstrong Teasdale LLP

# EXHIBIT 1

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHINA ENERGY CORPORATION, a
NEVADA CORPORATION,

        Plaintiff(s),

vs.

ALAN T. HILL, et al.

        Defendant(s).

Case # 3:13-cv-00562-MMD-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Rebecca A. Beers_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Rumberger Kirk & Caldwell, PC_____
(firm name)

with offices at _____2204 Lakeshore Drive, Ste. 125_____,
(street address)

_____Birmingham_____, Alabama, _____35209_____,
(city) (state) (zip code)

_____205-721-2817_____, _____rbeers@rumberger.com_____.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____COR Clearing, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since  September 28, 2007 , Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Alabama (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Alabama State Courts | September 28, 2007 | ASB-0409-C62B |
| USDC Northern District of Alabama | July 31, 2008 | |
| USDC Middle District of Alabama | October 23, 2007 | |
| USDC Southern District of Alabama | October 23, 2007 | |
| Eleventh Circuit Court of Appeals | 2013 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations:

Alabama State Bar
Birmingham Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Not Applicable | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Alabama     )
                     )
COUNTY OF Jefferson  )

__Rebecca A. Beers__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

17th day of February, 2014

__Brandi M. Wolfe__
Notary Public or Clerk of Court

BRANDI M WOLFE
My Commission Expires
January 14, 2018

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Louis M. Bubala__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__50 West Liberty, Suite 950__,
(street address)

__Reno__, __Nevada__, __89501__,
(city)    (state)    (zip code)

__775-784-3212__, __lbubala@armstrongteasdale.com__.
(area code + telephone number)    (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Louis M. Bubala_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_CoR Clearing by its General Counsel_ [signature]
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
Designated Resident Nevada Counsel's signature

8974    LBUBALA@ARMSTRONGTEASDALE.com
Bar number     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

000055

5

Rev. 12/11



# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

## STATE OF ALABAMA

## COUNTY OF MONTGOMERY

I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Rebecca Ashley Beers has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Rebecca Ashley Beers was admitted to the Alabama State Bar September 28, 2007.

I further certify that the said Rebecca Ashley Beers is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2014.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 12th day of February, 2014.

*Keith B. Norman*

Keith B. Norman, Secretary





LAWYERS RENDER SERVICE