**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHINA ENERGY CORPORATION, a NEVADA CORPORATION,

Plaintiff(s),

vs.

ALAN T. HILL, et al.

Defendant(s).

Case # 3:13-cv-00562-MMD-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

Peter Tepley (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Rumberger Kirk & Caldwell, PC (firm name)

with offices at 2204 Lakeshore Drive, Ste. 125 (street address),

Birmingham (city), Alabama (state), 35209 (zip code),

205-721-2816 (area code + telephone number), ptepley@rumberger.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by COR Clearing, LLC [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since September 30, 1999 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Alabama (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Alabama State Courts | September 30, 1999 | ASB-1112-T46P |
| USDC Northern District of Alabama | December 27, 1999 | |
| USDC Middle District of Alabama | October 14, 1999 | |
| US Court of Appeals for the Eleventh Circuit | October 14, 1999 | |
| US Court of Appeals for the Ninth Circuit | June 21, 2006 | |
| Supreme Court of the United States | April 30, 2007 | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Not Applicable | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF Alabama )
COUNTY OF Jefferson )

Peter Tepley, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

17th day of February, 2014.

Notary Public or Clerk of Court

BRANDI M WOLFE
My Commission Expires
January 14, 2018

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Louis M. Bubala (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

50 West Liberty, Suite 950, (street address)

Reno (city), Nevada (state), 89501 (zip code)

775-784-3212 (area code + telephone number), lbubala@armstrongteasdale.com (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Louis M. Bubala (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

CoreCivic by its General Counsel, [signature]
(Party signature)

(Party signature)

(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
Designated Resident Nevada Counsel's signature

8974 LBUBALA@ARMSTRONGTEASDALE.COM
Bar number Email address

APPROVED:

Dated: this 20th day of February, 2014.

[signature]
UNITED STATES DISTRICT JUDGE



ALABAMA STATE BAR
415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

***STATE OF ALABAMA***

***COUNTY OF MONTGOMERY***

*I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Peter John Tepley has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.*

*I further certify that Peter John Tepley was admitted to the Alabama State Bar September 30, 1999.*

*I further certify that the said Peter John Tepley is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2014.*

*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 12th day of February, 2014.*

Keith B. Norman

*Keith B. Norman, Secretary*



