Michael Sammons, pro se
15706 Seekers St
San Antonio, TX  78255
michaelsammons@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

China Energy Corporation
    Plaintiff

Vs.                                   Case No.   3:13-CV-562-MMD-VPC

Alan Hill, et al
    Defendants

**Elena Sammons**
**Michael Sammons**
    **Third-party Plaintiffs**

    **Vs.**
**Cede & Co.**
**The Depository Trust Company**
**COR Clearing**
    **Third –Party Defendants**

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM CEDE & CO.

Defendant-Third-Party Plaintiff Michael Sammons respectfully notifies the Court that he is withdrawing the Motion to Compel Production of Documents from Cede & Co., Dt. 140, filed on Feb. 11, 2014.

1

Respectfully submitted:

_____
Michael Sammons, pro se

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed or emailed to all parties this the 22 day of ___Feb___, 2014.

_____
Michael Sammons, pro se