Michael Sammons, pro se
15706 Seekers St
San Antonio, TX  78255
michaelsammons@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

**China Energy Corporation**
      **Plaintiff**

Vs.                              Case No.   3:13-CV-562-MMD-VPC

**Alan Hill, et al**
      **Defendants**

# MOTION TO STRIKE OR WITHDRAW
# "RESPONSE TO MOTION TO DISMISS"

Come the Defendants **Michael and Elena Sammons** and move to strike or withdraw their Response to Motion to Dismiss," Dkt. 156.

In support thereof the Third-Party Plaintiffs would show that **after** filing their response the Court issued a minute Order, Dkt. 157, advising the parties that the pending Motion to Dismiss would be converted to a motion for summary judgment.  Opposition to a motion for summary judgment will require additional evidence and briefing.

1

Respectfully submitted,

_____
Michael Sammons, pro se
15706 Seekers St
San Antonio, TX  78255
michaelsammons@yahoo.com

_____
Elena Sammons, pro se

Certificate of Service

A true and exact copy was mailed or emailed to all parties this 24 day of Feb, 2013.

_____
Michael Sammons

2