Michael and Elena Sammons
15706 Seekers St
San Antonio, TX 78255
210-858-6199
michaelsammons@yahoo.com

February 24, 2014

The Honorable Miranda Du
U.S. District Court
400 S. Virginia St.
Reno, NV  89501

Re:  China Energy Corporation v. Hill, et al (motion status inquiry)

Dear Judge Du:

I am a pro se Defendant in the case <u>China Energy Corporation v. Alan Hill</u>, et al, Case No. 3:13-CV-562-MMD-VPC (Dist. Nev. – Reno), a case in which six dissenting shareholders seek judicial appraisal of their stock.

Pursuant to Local Rule 7-6(b) I am requesting a status inquiry into a dispositive motion which has been fully briefed for more than sixty (60) days.  See "Amended Motion for Partial Summary Judgment," Dkt. 73, filed 12/02/2013.

In this case, there are four other fully briefed motions; however, none requires or merits expedited consideration.  For the following reasons I believe the instant and limited motion merits the Court's review.

The crux of the Dkt. 73 motion is simply determining what a deadline date is – which could be jurisdictional – and which affects all parties and motions in this case.  Determining this date should significantly reduce the

demands upon the Court's time by eliminating other pending motions and/or narrowing the issues.



Respectfully,

*(signature)*
Michael Sammons, pro se




cc: All parties