LOUIS M. BUBALA III
State Bar No. 8974
(lbubala@armstrongteasdale.com)
BRET F. MEICH
State Bar No. 11208
(bmeich@armstrongteasdale.com)
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

PETER TEPLEY
(ptepley@rumberger.com)
MEREDITH LEES
(mlees@rumberger.com)
REBECCA BEERS
(rbeers@rumberger.com)
RUMBERGER, KIRK & CALDWELL, PC
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

Attorneys for Third-Party Defendant COR Clearing, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN HILL, et al.,<br><br>Defendants,<br><br>ELENA SAMMONS AND MICHAEL SAMMONS,<br>Third-Party Plaintiffs<br><br>vs.<br><br>CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING, LLC<br><br>Third-Party Defendants. | 3:13-CV-562-MMD-VPC<br><br>**DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1-1 of the Local Rules of Practice for the United States District Court for the District of Nevada, Third-party Defendant COR Clearing, LLC ("COR")[1], a non-governmental corporate party to this case, by and through its counsel, submits this Disclosure Statement and Certificate of Interested Parties.

COR is wholly-owned by COR Securities Holdings, LLC, a non-public corporation. There is no publicly held corporation that owns ten percent or more of COR's stock.

The undersigned counsel for COR, certifies that there are no known interested parties other than those participating in the case.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Respectfully submitted,

DATED: February 24, 2014.

LOUIS M. BUBALA III (SBN 8974)
BRET F. MEICH (SBN 11208)
ARMSTRONG TEASDALE, LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

By: /s/ *Bret F. Meich*
      Bret F. Meich

PETER TEPLEY
MEREDITH LEES
REBECCA BEERS
RUMBERGER, KIRK & CALDWELL, PC.
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

By: /s/ *Peter Tepley*

---

[1] COR is referred to as COR Clearing in the Third-Party Complaints. The correct name is COR Clearing, LLC.

CERTIFICATE OF SERVICE

I, Barbara Salinas, certify that on February 24, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list or served the foregoing via U.S. Mail, properly addressed and postage prepaid, as noted.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed February 24, 2014, at Reno, Nevada.

| | |
|---|---|
| Justin J. Bustos<br>Anjali D. Webster<br>GORDON SILVER<br>100 W. Liberty Street, Suite 940<br>Reno, Nevada 89501 | (VIA CM/ECF) |
| Michael N. Feder<br>GORDON SILVER<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89169 | (VIA CM/ECF) |
| Frances Floriano Goins<br>ULMER & BERNE LLP<br>1660 West 2"" Street, Suite 1100<br>Cleveland, OH 44113<br>*Attorneys for Plaintiff China Energy Corporation* | (VIA CM/ECF) |
| Richard L. Elmore, Esq.<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>*Attorneys for Defendant Thomas S. Vredevoogd* | (VIA CM/ECF) |
| Daniel T. Hayward<br>LAXALT & NOMURA, LTD.<br>9600 Gateway Drive<br>Reno, NV 89521<br>*Attorney for The Depository Trust Company and Cede & Co.* | (VIA CM/ECF) |
| Michael Sammons<br>Elena Sammons<br>15706 Seekers St<br>San Antonio, TX 78255<br>*Defendants / Third-Party Plaintiffs Pro Se* | (VIA U.S. MAIL) |

1  
2  Randy Dock Floyd                              (VIA U.S. MAIL)  
   4000 Goff Road  
   Aynor, SC 29511  
3  *Defendant Pro Se*  

4  Jun He                                        (VIA U.S. MAIL)  
   231 Split Rock Rd.  
5  The Woodlands, TX 77381  
   *Defendant Pro Se*  
6  

7  Alan T. Hill                                  (VIA U.S. MAIL)  
   9501 Avenida Del Oso NE  
8  Albuquerque, NM 87111  
   *Defendant Pro Se*  
9  

10                                    By: /s/*Barbara Salinas*  
                                              Barbara Salinas  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28