# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

**China Energy Corporation**
    Plaintiff

Vs.                                      Case No. 3:13-CV-00562

**Alan Hill,**
**Elena Sammons**
**Michael Sammons**
**Thomas S. Vredevoogd, Trustee of the**
   **Kimberly J. Vredevoogd trust UA 10/07/2008**
**Jun He**
**Randy Dock Floyd**

## Answer of Defendant Randy Dock Floyd

Randy Dock Floyd motions the court to vacate the order to show cause.

## Brief statement of explanation

First, Randy Dock Floyd wishes to sincerely apologize to the Honorable Valerie P Cooke. Randy Dock Floyd was not aware that he would have to attend all the hearings. Randy Dock Floyd thought that he would only have to attend one of the series of hearings and was planning

workplace allows him to leave three days during the week to attend Horry Georgetown Technical College which Randy Dock Floyd workplace requires that he make up the time away from work to complete his normally schedule shift hours. Randy Dock Floyd depends on his Job to support his self and family. I will comply by attending the upcoming hearings by way of teleconference.


Respectfully submitted,

*Randy Dock Floyd*
Randy Dock Floyd
4000 Goff Road
Aynor, NC