USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
FEB 27 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CHINA ENERGY CORPORATION | 3:13-CV-0562-MMD-VPC |
| DEFENDANT | TYPE OF PROCESS |
| ALAN T. HILL, ET AL., | ORDER TO SHOW CAUSE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RANDY DOCK FLOYD
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4000 GOFF ROAD, AYNOR, SOUTH CAROLINA 29511

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF NEVADA
400 SOUTH VIRGINIA STREET
RENO, NV 89501

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
Prepared by USMS

TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. A48 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | Roly USMS | 2-10-14 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date: 2/19/14  Time: 0900  ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to US Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 260 | 107.52 | | 367.52 | | $0.00  N/A |

REMARKS: 1st endeavor - 2/17 · 96 miles Rnd Trip = 53.76
Served 2/19 - 96 miles Rnd Trip = 53.76
Total mileage = $107.52

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, | CASE NO. 3:13-CV-0562-MMD-VPC |
| Plaintiff(s), | |
| vs. | |
| ALAN T. HILL, et al., | **ORDER TO SHOW CAUSE** |
| Defendant(s), | |

IT IS ORDERED that defendant, **Randy Dock Floyd**, appear before the District Court of the United States for the District of Nevada presided over by the Honorable Valerie P. Cooke, U.S. Magistrate Judge, the undersigned, in the Bruce R. Thompson United States Courthouse and Federal Building, 400 South Virginia Street, Fourth Floor, Reno, Nevada, on the **27th** day of **March, 2014** at **11:00 a.m.**, Courtroom No. 1, to show cause why the defendant, **Randy Dock Floyd, 4000 Goff Road, Aynor, South Carolina 29511**, should not be sanctioned in accordance with Local Rule IA 4-1(a) for his failure to appear when required for a pretrial conference (#79).

IT IS ORDERED that a copy of this Order be personally served on **Randy Dock Floyd** by the United States Marshal's Office within thirty (30) days of this Order.

IT IS FURTHER ORDERED, within five (5) days of the scheduled show cause hearing, defendant, shall file objections to this order, if any. A copy of any objections shall be served upon opposing counsel.

DATED: February 10, 2014

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____
Deputy Clerk

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE