Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
*Attorneys for Third-Party Defendants*
*The Depository Trust Company and*
*Cede & Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION<br>　　　　　　Plaintiff<br><br>Vs.<br><br>ALAN HILL, et al.<br>　　　　　　Defendants<br><br>ELENA SAMMONS and<br>MICHAEL SAMMONS,<br><br>　　　　　　Third Party Plaintiffs<br><br>vs.<br><br>CEDE & CO., THE DEPOSITORY<br>TRUST COMPANY, and COR CLEARING<br><br>　　　　　　Third Party Defendants | Case No. 3:13-cv-562-MMD-VPC<br><br><u>THIRD-PARTY DEFENDANTS</u><br><u>THE DEPOSITORY TRUST</u><br><u>COMPANY AND CEDE & CO.'S</u><br><u>CERTIFICATE OF</u><br><u>INTERESTED PARTIES</u> |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Third-Party Defendants THE DEPOSITORY TRUST COMPANY ("DTC") and CEDE & CO. ("CEDE"), by and through their undersigned counsel, certify as follows:

1.　　There are no known interested parties other than those participating in this action;

2. Third-Party Defendant DTC is a wholly-owned subsidiary of The Depository Trust & Clearing Corporation ("DTCC"), which is not a party to this action;

3. Non-Party DTCC has no parent corporation and no publicly held corporations own 10% or more of its stock; and

4. CEDE is a New York partnership with no parent corporation and no publicly held corporations own 10% or more of its stock.

Dated this 3RD day of March, 2014.

LAXALT & NOMURA, LTD.

Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
*Attorneys for Third-Party Defendants The Depository Trust Company and Cede & Co.*

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the forgoing by method indicated

XX_____    by Court's CM/ECF Program

And addressed to the following:

Michael Sammons michaelsammons@yahoo.com

Rebecca A. Beers rabeers@rumberger.com, bwolfe@rumberger.com

Meredith Jowers Lees mlees@rumberger.com

Peter Tepley ptepley@rumberger.com

Frances Floriano Goins fgoins@ulmer.com, teaton@ulmer.com

Anjali D. Webster awebster@gordonsilver.com

Bret F. Meich bmeich@armstrongteasdale.com, zbuzzone@armstrongteasdale.com

Justin J. Bustos JBustos@gordonsilver.com, cgrinstead@gordonsilver.com, sglantz@gordonsilver.com

Louis Martin Bubala, III lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

Richard L. Elmore relmore@hollandhart.com, btoriyama@hollandhart.com, carnold@hollandhart.com, epulsipher@hollandhart.com, gsilva@hollandhart.com, renofedecf@hollandhart.com

Michael N. Feder mfeder@gordonsilver.com, KKoehm@gordonsilver.com, lstewart@gordonsilver.com, usdcnotices@gordonsilver.com

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

And by U.S. Mail to Pro Se Parties addressed as follows:

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendants / Third-Party Plaintiffs (Pro Se)*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29511
*Defendant (Pro Se)*

Jun He
231 Split Road Rd
The Woodlands, TX 77381
*Defendant (Pro Se)*

Alan T. Hill
9501 Avenida Del Oso NE
Albuquerque, NM 87111
*Defendant (Pro Se)*

Dated March 3, 2014

_____
An employee of Laxalt & Nomura, Ltd.