UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| CHINA ENERGY CORPORATION, ) | | 3:13-CV-0562-MMD-VPC |
| ) | | |
| Plaintiff(s),   ) | | **MINUTES OF PROCEEDINGS** |
| ) | | |
| vs.   ) | | DATED: March 3, 2014 |
| ) | | |
| ALAN T. HILL, et al.,   ) | | |
| ) | | |
| Defendant(s).   ) | | |
| ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
Deputy Clerk:      Lisa Mann          Court Reporter:   None Appearing
Counsel for Plaintiff(s):      None Appearing
Counsel for Defendant(s):      None Appearing

On February 10, 2014, this Court issued an order to show cause why defendant, Randy Dock Floyd, should not be sanctioned in accordance with Local Rule IA 4-1(a) for his failure to appear when required for a pretrial conference (#79) and set a show cause hearing for March 27, 2014 (#139).

On February 26, 2014, Mr. Floyd filed a response to this Court's order and moved the Court to vacate the order to show cause (#166).

Having considered the defendant's request (#166), the Court finds the show cause hearing set for Thursday, March 27, 2014 at 11:00 a.m. is VACATED.  Mr. Floyd is cautioned that his telephonic appearance at all further proceedings before this Court is required.  Mr. Floyd is ordered to provide the deputy court clerk with a telephone number at which he can be reached.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:_____/s/_____
Lisa Mann, Deputy Clerk