# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

**China Energy Corporation**
    **Plaintiff**

Vs.                                                Case No.  3:13-CV-00562

**Alan Hill, et al**

## Defendant's SECOND Supplemental Authority
## To Motion to Intervene

Comes the Defendant, Michael Sammons, and would submit the following SECOND supplemental authority in support of the pending Motion to Intervene, Dkt. 53:

> <u>Bachelder v. America West Airlines, Inc.</u>, No. CIV-97-1942-PHX-ROS (D. Ariz. May 10, 1999):
>
>> "Defendant claims that Mark Bachelder lacks standing to bring this lawsuit because he has not alleged 'that he personally suffered any injury' from Defendant's conduct. However, as the Bachelders note, Arizona is a community property state. A.R.S. §25-211. As such, 'all property acquired by either husband or wife during the marriage is the community property of the husband and wife' with certain exceptions that are not relevant in the instant case. Id. Accordingly, Mark Bachelder's interest in the earnings of his wife received from her employment with Defendant and the judgment she could receive if she prevails on her FMLA claim satisfy the standing requirements in this case."

Respectfully submitted,

_/s/ Michael Sammons_
Michael Sammons, pro se

1

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed or emailed to all parties this the _5_ day of ___MAR___, 2014.

_____
Michael Sammons, pro se