Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile:  (775) 322-1865
*Attorneys for Third-Party Defendants*
*Cede & Co. and*
*The Depository Trust Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHINA ENERGY CORPORATION, a Nevada Corporation, | ] ] | Case No. 3:13-cv-00562-MMD-(VPC) |
| Plaintiff, | ] ] ] | |
| vs. | ] ] | |
| ALAN T. HILL, et al., | ] ] | |
| Defendants. | ] ] | **STIPULATION OF THIRD-PARTY DEFENDANTS CEDE & CO. AND** |
| ELENA SAMMONS and MICHAEL SAMMONS, | ] ] ] | **THE DEPOSITORY TRUST COMPANY AND THIRD-PARTY PLAINTIFFS ELENA SAMMONS** |
| Third-Party Plaintiffs, | ] ] | **AND MICHAEL SAMMONS FOR EXTENSION OF TIME AND** |
| vs. | ] ] | **OTHER RELIEF PURSUANT TO LR 6-1, 6-2, AND 16-1(d) (FIRST** |
| CEDE & CO., et al., | ] ] | **REQUEST)** |
| Third-Party Defendants. | ] ] | **AND** |
| | ] | **[PROPOSED] ORDER** |

1    Third-Party Defendants Cede & Co. ("Cede") and The Depository Trust Company

2   ("DTC") (together, the "DTC Defendants"), by and through their attorneys of record, and

3   Third-Party Plaintiffs Elena Sammons and Michael Sammons, in pro per, stipulate as

4   follows:

5    Third-Party Plaintiffs Elena Sammons and Michael Sammons filed their First

6   Amended Third-Party Complaint (the "FAC") (Doc. #128) against the DTC Defendants on

7   January 29, 2014.  The DTC Defendants filed a Motion to Dismiss and/or Strike the FAC

8   (the "MTD") (Doc. #152) on February 20, 2014.  Third-Party Plaintiffs filed a Response to

9   the MTD (the "Response") (Doc. #156) on February 21, 2014 and the Court set March 3,

10   2014 as the date for the DTC Defendants to file their Reply to the Response (the "Reply").

11   Later that same day, the Court entered a Minute Order (Doc. #157) regarding the

12   requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* as to the MTD.

13    On February 24, 2014, Third-Party Plaintiffs filed a Motion to Withdraw the

14   Response (the "Withdrawal Motion") (Doc. #160).  The DTC Defendants' Opposition to the

15   Withdrawal Motion (the "Opposition") is due March 13, 2014.

16    On March 3, 2014, the DTC Defendants filed the Reply (Doc. #171).  Third-Party

17   Plaintiffs then filed an Amended Response to the MTD (the "Amended Response") on March

18   4, 2014 (Doc. #172).

19    The DTC Defendants intend to file the Opposition to the Withdrawal Motion (Doc.

20   #160), after which Third-Party Plaintiffs may file a Reply.  It is uncertain how long it may

21   take the Court to rule on the Withdrawal Motion.  The DTC Defendants and Third-Party

22   Plaintiffs respectfully disagree regarding whether the Amended Response (Doc. #172) should

23

24

1

1   be withdrawn pending the Court's ruling on the Withdrawal Motion (Doc. #160).  The DTC

2   Defendants are admittedly confused as to whether they should proceed to file a second

3   "Reply" in support of the MTD, this time in response to the Third-Party Plaintiffs' Amended

4   Response, which directly addresses arguments raised in the Reply (Doc. #172).

5          The DTC Defendants and Third-Party Plaintiffs are mindful of the Court's busy

6   docket, and wish to avoid the filing of unnecessary or duplicative motions, oppositions, and

7   replies.  Therefore, they respectfully stipulate as follows, subject to the Court's approval and

8   order:

9          1.      the DTC Defendants and Third-Party Plaintiffs stipulate and request that the

10  Magistrate Judge place the above-described issue on the agenda for the scheduled March 21,

11  2014 Status Conference so that the Court and the parties may discuss the most efficient

12  manner to address and clarify the situation;

13         2.      the DTC Defendants and Third-Party Plaintiffs stipulate and request that the

14  due date for the Opposition to the Withdrawal Motion (Doc. #160) be continued until April

15  4, 2014, which is two weeks after the March 21, 2014 Status Conference;

16         3.      the DTC Defendants and Third-Party Plaintiffs stipulate and request that the

17  due date for the DTC Defendants' Reply (if one is ultimately necessary) to the Amended

18  Response (Doc. #172) be continued until April 4, 2014, which is two weeks after the March

19  21, 2014 Status Conference.

20         The DTC Defendants, in submitting this stipulation and request, reserve all of their

21  rights, including their rights with respect to the pending MTD on the basis of lack of personal

22  jurisdiction.

23

24

Dated: March 7, 2014.

By: _____
Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
Laxalt & Nomura, Ltd.
9600 Gateway Drive
Reno, Nevada 89521
*Attorneys for Third-Party Defendants*
*Cede & Co., and The Depository Trust Company*

Dated: March 7, 2014.

By: _____
Elena Sammons, in pro per

Dated: March 7, 2014.

By: _____
Michael Sammons, in pro per

3

**[PROPOSED] ORDER**

Pursuant to the stipulation of Third-Party Plaintiffs Elena Sammons and Michael Sammons, and Third-Party Defendants Cede & Co. and The Depository Trust Company (the "DTC Defendants"), and good cause appearing therefore, it is hereby ordered that the foregoing issues shall be discussed during the March 21, 2014 Status Conference, that the DTC Defendants shall have until and including April 4, 2014 by which to file their Opposition to Third-Party Plaintiffs' Motion to Withdraw Response to Motion to Dismiss or Strike (Doc. #160) and Reply (if one is ultimately necessary) to the Third-Party Plaintiffs' March 4, 2014 Response to Motion to Dismiss and/or Strike (Doc. #172).

IT IS SO ORDERED.

By: _____

UNITED STATES MAGISTRATE JUDGE

DATED: March ____, 2014

4

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this $7th$ day of March, 2014, I caused to be served a true and correct copy of the forgoing by method indicated

XX_____          by Court's CM/ECF Program

And addressed to the following:

Anjali D. Webster, Esq.
Justin J. Bustos, Esq.
Gordon Silver
100 W. Liberty Street
Reno, 89501

Michael N. Feder, Esq.
Gordon  Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV  89169

Frances Floriano Goins, Esq.
Ulmer & Berne LLP
1660 West 2nd Street, Ste 1100
Cleveland, OH  44113
*Attorneys for Plaintiff China Energy Corporation*

Michael Sammons
15706 Seekers Street
San Anotnio, TX 78255
*Defendant/Third Party Plaintiff*

Richard L. Elmore, Esq.
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV  89511
*Attorneys for Defendant Thomas S. Vredevoogd*

5

1   LOUIS M. BUBALA III
    State Bar No. 8974
2   (lbubala@armstrongteasdale.com)
    BRET F. MEICH
3   State Bar No. 11208
    (bmeich@armstrongteasdale.com)
4   ARMSTRONG TEASDALE LLP
    50 West Liberty, Suite 950
5   Reno, NV 89501
    Telephone: (775) 322-7400
6   Facsimile: (775) 322-9049
    Counsel for Third Party Defendant COR Clearing

7
    And by U.S. Mail to Pro Se Parties addressed as follows:
8
    Elena Sammons
9   15706 Seekers St
    San Antonio, TX 78255
10  *Defendants / Third-Party Plaintiffs (Pro Se)*

11  Randy Dock Floyd
    4000 Goff Road
12  Aynor, SC 29511
    *Defendant (Pro Se)*
13
    Jun He
14  231 Split Road Rd
    The Woodlands, TX 77381
15  *Defendant (Pro Se)*

16  Alan T. Hill
    9501 Avenida Del Oso NE
17  Albuquerque, NM 87111
    *Defendant (Pro Se)*
18

19
                                    *Mary E. Arnold*
20                          An employee of Laxalt & Nomura, Ltd.

21

22

23

24

                                    6