Michael Sammons, pro se
15706 Seekers St
San Antonio, TX  78255
michaelsammons@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

China Energy Corporation
    Plaintiff

    Vs.                                Case No.   3:13-CV-562-MMD-VPC

Alan Hill, et al
    Defendants

**Elena Sammons**
**Michael Sammons**
    **Third-party Plaintiffs**

    **Vs.**
**Cede & Co.**
**The Depository Trust Company**
**COR Clearing**
    **Third –Party Defendants**

## MOTION TO WITHDRAW
## "MOTION FOR DECLARATORY JUDGMENT
## OR APPROPRIATE ORDER"

Come the Defendants, Michael and Elena Sammons, and withdraw the pending "Motion for Declaratory Judgment or Appropriate Order," Dkt. 101.

1

The Defendants make this motion in an effort to simplify the procedural posture of this case, where the issues raised can be addressed at the trial or hearing on Count 1 of the original Complaint.

_____
Michael Sammons, pro se
15706 Seekers St.
San Antonio, TX  78255


_____
Elena Sammons, pro se


Certificate of Service

A true and exact copy was mailed or emailed to all parties this 9 day of MAR, 2013.

_____
Michael Sammons

2