Edmund J. Gorman, Jr.
Attorney at Law, Ltd.
State Bar No. 11581
335 W. First St.
Reno, NV 89503
(775) 622-3274
ejgormanjr@ejgormanlaw.com
Attorney for Defendant Alan T. Hill

# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOORGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 10/7/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>    Defendants.<br>_____ | 3:13-CV-00562-MMD-VPC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

COMES NOW Edmund J. Gorman Jr., of Edmund J. Gorman Jr., Attorney at Law, Ltd, and respectfully makes his appearance as counsel for ALAN T. HILL, Co-Defendant in the above-captioned case. Counsel requests that all parties hereby take notice, and to direct all future papers, pleadings, and correspondence, except those served through the CM/ECF system, to the Petitioner at the following address:

Edmund J. Gorman Jr.,
Attorney at Law, Ltd.
335 W. First St.
Reno, Nevada 89503

Notice of Appearance - 1

1

Dated this 13th Day of March, 2014

2

3 /s/Edmund J. Gorman, Jr.
Edmund J. Gorman, Jr.
4 Attorney at Law, Ltd.
335 W. First St.
5 Reno, NV 89503
(775) 622-3274

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Proof of Serive**

Alan T. Hill, by and through counsel, Edmund J. Gorman Jr., Attorney at Law, Ltd., has served to the interested persons listed below a true copy of the <u>Notice of Appearance of Counsel</u>, by placing said copies in a sealed envelope, postage paid, and placing it for mailing at the United States Post Office at Reno, Nevada, on March 13th, 2014, addressed to:

Elena Sammons  
Michael Sammons  
15706 Seekers Street  
San Antonio, TX 78255  
Tel: (210) 858-6199  
*Defendant, PRO SE*

Jun He  
231 Split Rock Road  
The Woodlands, TX 77381  
Tel: (281) 292-2260  
Defendant, PRO SE

And via electronic means using CM/ECF:

Anjali D. Webster, Esq.  
GORDON & SILVER  
100 W. Liberty Street, #940  
Reno, NV 89501  
awebster@gordonsilver.com

Francis Floriano Goins  
Ulmer & Berne LLP  
1660 West 2nd St., Ste 1100  
Cleveland, OH 44113  
fgoins@ulmer.com

Michael N Feder  
Gordon Silver  
3960 Howard Hughes Pkwy., 9th Floor  
Las Vegas, NV 89169  
mfeder@gordonsilver.com

Justin J. Bustos  
Gordon Silver  
100 W. Liberty St, Ste. 940  
Reno, NV 89501  
JBustos@gordonsilver.com

Richard L. Elmore, Esq.  
Holland & Hart LLP  
5441 Kietzke Lane, Second Floor  
Reno, Nevada 89511  
relmore@hollandhart.com

I declare under penalty of perjury under the laws of the State of Nevada and the United States of America that the foregoing is true and correct.
        Dated this 13th day of March, 2014.

                /s/ Edmund J. Gorman, Jr.  
                Edmund J. Gorman, Jr.  
                Attorney at Law, Ltd.  
                335 W. First St.  
                Reno, NV 89503  
                (775) 622-3274