**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email: fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7202
Fax: (216) 583-7203

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>Defendants. | CASE NO. 3:13-cv-00562-MMD-VPC<br><br>**JOINT CASE MANAGEMENT REPORT** |

Plaintiff, China Energy Corporation ("CEC"), by and through its counsel of record, Gordon Silver and Ulmer & Berne LLP, Defendants, in proper person and through their respective counsel, and Third-Party Defendants[1], Cede & Co., the Depository Trust Company,

---

[1] Defendants Randy Dock Floyd and Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/1008 did not respond to the circulation of this Joint Case Management Report.

and COR Clearing, by and through their respective counsel, hereby file this Joint Case Management Report pursuant to the Court's January 2, 2014, and February 10, 2014, Minute Orders (Dkt. Nos. 103 and 138).

During the last Case Management Conference, CEC inquired as to whether the Court would consider a motion to bifurcate CEC's claims for relief. (Feb., 4, 2014, Minutes of Proceedings (Dkt. No. 134). Pursuant to the Court's suggestion, CEC has discussed the issue with all parties to this case. Ultimately, CEC and Defendants agreed that discovery should be conducted in two phases. *See* (Mot. to Modify the Discovery Plan and Scheduling Order (Dkt. No. 168). Under this proposal, the first phase of discovery would require all discovery, with the exception of expert discovery, to proceed in accordance with the current discovery schedule. *Id.* The second phase would consist of expert disclosures and expert discovery and would begin upon the Court's determination that any Defendant is entitled to an appraisal of his or her shares. *Id.*

At the time CEC proposed to modify the discovery schedule, the Third Party Defendants had just entered the case and needed additional time to consider the proposal. *Id.* As such, on February 28, 2014, CEC filed a Motion to Modify the Discovery Plan and Scheduling Order (Dkt. No. 168) in order to allow the Court to consider the issue during the March 21, 2014, Case Management Conference. No party has opposed the motion; however, the due date to oppose the motion is not until March 17, 2014.

In addition to CEC's Motion (Dkt. No. 168), the Court previously ordered on March 10, 2014 (Dkt. No. 178) that Third-Party Defendants The Depository Trust Company and Cede & Co., and Third-Party Plaintiffs Elena Sammons and Michael Sammons, may discuss the pleading issues set forth in their March 7, 2014 Stipulation (Dkt. No. 175) during the March 21, 2014 case management conference.

In light of the pending Motion (Dkt. No. 168) and the March 10, 2014, Order (Dkt. No. 178), the parties respectfully request that the upcoming March 21, 2014, Case Management Conference be held as scheduled to address the discovery schedule in this case.

1

2   DATED this 14th day of March, 2014.           DATED this ___ day of March, 2014.

3        GORDON SILVER                                 HOLLAND & HART

4

5   By: /s/ Justin J. Bustos                      By: _____
       Michael N. Feder                              Richard L. Elmore
6      Justin J. Bustos                              5441 Kietzke Lane, 2nd Floor
       Anjali D. Webster                             Reno, NV 89511
7      100 West Liberty Street
8      Suite 940
       Reno, Nevada 89501                            *Attorney for Thomas S. Vredevoogd, Trustee
9                                                    the Kimberly J. Vredevoogd Trust UA
                                                     1007/2008*
10     *Attorneys for China Energy Corporation*

11

12  DATED this 14th day of March, 2014.           DATED this 14th day of March, 2014.

13  By: /s/ Elena Sammons                        By: /s/ Michael Sammons
       Elena Sammons                                 Michael Sammons
14     15706 Seekers St                              15706 Seekers St
15     San Antonio, TX 78255                         San Antonio, TX 78255

16     *Defendant in Proper Person*                  *Defendant in Proper Person*

17

18  DATED this 14th day of March, 2014.           DATED this 14th day of March, 2014.

19       LAXALT & NOMURA                              RUMBERGER KIRK & CALDWELL

20

21  By: /s/ Daniel T. Hayward                    By: /s/ Peter J. Tepley
       Daniel T. Hayward, Esq.                       Peter J. Tepley, *admitted pro hac vice*
22                                                   Meredith Lees, *admitted pro hac vice*
23     9600 Gateway Drive                            Rebecca Beers, *admitted pro hac vice*
       Reno, Nevada 89521                            2204 Lakeshore Drive, Suite 125
24                                                   Birmingham, AL 35209

25     *Attorneys for The Depository Trust          *Attorneys for COR Clearing, LLC*
26     Company and Cede & Co.*

27  ///

28

| | | |
|---|---|---|
| 1 | DATED this 14th day of March, 2014 | DATED this _____ day of March, 2014 |
| 2 | | |
| 3 | By: /s/ Jun He | By: _____ |
|   |    Jun He |    Randy Dock Floyd |
| 4 |    231 Split Rock Rd |    4000 Goff Road |
|   |    The Woodlands, TX 77381 |    Aynor, SC 29551 |
| 5 | |    Defendant in Proper Person |
| 6 | Defendant in Proper Person | |

1  DATED this 14th day of March, 2014

By: /s/ Edmund J. Gorman, Jr.
   Edmund J. Gorman Jr.
   Attorney at Law, Ltd.
   Bar No. 11581
   335 W. First Street
   Reno, Nevada 89503

///

///

///

///

///

///

///

///

///

# CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that she served a copy of **JOINT CASE MANAGEMENT REPORT** via CM/ECF on March 14th 2014 to the following individuals:

Richard L. Elmore, Esq.
Holland & Hart
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorney for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008*

Michael Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Edmund J. Gorman Jr.
Attorney at Law, Ltd.
335 W. First Street
Reno, Nevada 89503

Daniel T. Hayward, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521

Louis M. Bubala III
Bret F. Meich
ARMSTRONG TEASDALE
50 W. Liberty Street, Suite 950
Reno, NV 89501

Peter J. Tepley
Meredith Lees
Rebecca Beers
RUMBERGER KIRK & CALDWELL
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209

And by U.S. Mail, postage prepaid, to the following individuals:

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551
*Defendant in Proper Person*

Jun He
231 Split Rock Rd
The Woodlands, TX 77381
*Defendant in Proper Person*

/s/ Stephanie [signature]
An employee of GORDON SILVER