1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**

8  CHINA ENERGY CORPORATION, a        )    Case # 3-13-cv-00562-MMD-VPC
9  Nevada Corportion,                  )
                                       )    **VERIFIED PETITION FOR**
10              Plaintiff(s),          )    **PERMISSION TO PRACTICE**
                                       )    **IN THIS CASE ONLY BY**
11      vs.                            )    **ATTORNEY NOT ADMITTED**
                                       )    **TO THE BAR OF THIS COURT**
12  ALAN T. HILL, ET ALS              )    **AND DESIGNATION OF**
                                       )    **LOCAL COUNSEL**
13              Defendant(s).          )
14  _____)         FILING FEE IS $200.00
15
16          _____Lawrence S. Elbaum_____, Petitioner, respectfully represents to the Court:
                    (name of petitioner)
17
18      1.      That Petitioner is an attorney at law and a member of the law firm of
    _____Proskauer Rose, LLP_____
19                                    (firm name)
20  with offices at _____Eleven Times Square_____,
                                       (street address)
21  _____New York_____, _____New York_____, ____10036____,
22              (city)                        (state)                  (zip code)
23      _____(212) 969-3161_____, _____lelbaum@proskauer.com_____.
        (area code + telephone number)         (Email address)
24
25      2.      That Petitioner has been retained personally or as a member of the law firm by
    _The Depository Trust Company and Cede & Co._ to provide legal representation in connection with
26                      [client(s)]
27  the above-entitled case now pending before this Court.
28
                                                              Rev. 2/14

3. That since ___January 10, 2007___, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of ___New York___
(state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US Court of Appeals, 5th Circuit | 12/01/2009 | 4437836 |
| US District Court, E.D.N.Y. | 8/21/2007 | 4437836 |
| US District Court, S.D.N.Y. | 8/21/2007 | 4437836 |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

N/A

2

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

No

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
N/A

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/17/2013 | 3:13-cv-00170-RCJ | District of Nevada/J.Jones | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 2/14

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_Petitioner's signature_

STATE OF _New York_ )

COUNTY OF _New York_ )

_Lawrence S. Elbaum_ , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_Petitioner's signature_

Subscribed and sworn to before me this

_19th_ day of _March_ , _2014_ .

_Notary Public or Clerk of Court_

MARY JANE McALEAVY
Notary Public, State of New York
No. 31-4987312
Qualified in New York County
Commission Expires October 7, 20 _17_

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _Daniel T. Hayward_ ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_9600 Gateway Drive_ ,
(street address)

_Reno_ , _Nevada_ , _89521_ ,
(city)                          (state)                      (zip code)

_775-322-1170_ , _dhayward@laxalt-nomura.com_ .
(area code + telephone number)         (Email address)

4

Rev. 2/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Daniel T. Hayward_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
The Depository Trust Company and Cede & Co.
(type or print party name, title)

_____
(party's signature)

_Peter J Gleeson_ Managing Director for
(type or print party name, title) the Depository Trust Co
and Partner for Cede & Co.

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5986    dhayward @ laxalt-nomura.com
Bar number          Email address

APPROVED:

Dated: this 21st day of March, 2014

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 2/14

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this 20TH day of March, 2014, I caused to be served a true and correct copy of the foregoing *VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL* by method indicated

XX_____    by Court's CM/ECF Program

And addressed to the following:

Anjali D. Webster, Esq.
Justin J. Bustos, Esq.
Gordon Silver
100 W. Liberty Street
Reno, 89501

Michael N. Feder, Esq.
Gordon Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169

Frances Floriano Goins, Esq.
Ulmer & Berne LLP
1660 West 2nd Street, Ste 1100
Cleveland, OH 44113
*Attorneys for Plaintiff China Energy Corporation*

Michael Sammons
15706 Seekers Street
San Anotnio, TX 78255
*Defendant/Third Party Plaintiff*

Richard L. Elmore, Esq.
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorneys for Defendant Thomas S. Vredevoogd*

Edmund J. Gorman, Jr., Esq.
Attorney at Law, Ltd.
335 W. First Street
Reno, NV 89503
*Attorney for Defendant Alan T. Hill*

LOUIS M. BUBALA III
State Bar No. 8974
(lbubala@armstrongteasdale.com)
BRET F. MEICH
State Bar No. 11208
(bmeich@armstrongteasdale.com)
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049
Counsel for Third Party Defendant COR Clearing

And by U.S. Mail to Pro Se Parties addressed as follows:

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendants / Third-Party Plaintiffs (Pro Se)*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29511
*Defendant (Pro Se)*

Jun He
231 Split Road Rd
The Woodlands, TX 77381
*Defendant (Pro Se)*

An employee of Laxalt & Nomura, Ltd.



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

---

J, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Lawrence S. Elbaum** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 10 th day of **January 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



**In Witness Whereof,** I have hereunto set my hand and affixed the seal of said Appellate Division on March 18, 2014.

_____

Clerk of the Court