# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHINA ENERGY CORPORATION, a Nevada Corportion,

    Plaintiff(s),

vs.

ALAN T. HILL, ET ALS

    Defendant(s).

Case # 3-13-cv-00562-MMD-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Gregg M. Mashberg_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Proskauer Rose, LLP
(firm name)

with offices at _____Eleven Times Square_____,
(street address)

____New York____, ____New York____, ____10036____,
(city) (state) (zip code)

____(212) 969-3450____, ____gmashberg@proskauer.com____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

The Depository Trust Company and Cede & Co. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 2/14

3. That since March 13, 1978 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US Court of Appeals for the Second Circuit | 01/01/1981 | 1558261 |
| USDC Eastern District of New York | 01/01/1979 | 1558261 |
| USDC Southern District of New York | 01/01/1979 | 1558261 |
| US Supreme Court | 01/01/1988 | 1558261 |
| US Court of Appeals for the Third Circuit | 11/21/2005 | |
| US Court of Appeals for the Eighth Circuit | 05/30/2008 | |
| US Court of Appeals for the Ninth Circuit | 10/30/2006 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

Rev. 2/14

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

No

7. That Petitioner is a member of good standing in the following Bar Associations. (State "none" if Petitioner is not a member of other Bar Associations.)

N/A

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/17/2013 | 3:13-cv-00170-RCJ | District of Nevada/J.Jones | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 2/14

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF New York )
COUNTY OF New York )

____Gregg M. Mashberg____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_19th_ day of _March_, _2014_

_____
Notary Public or Clerk of Court

JANET M. BONELLI
Notary Public, State of New York
No. 01BO4714761
Qualified in Queens County
Commission Expires March 30, 2014

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Daniel T. Hayward____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____9600 Gateway Drive_____,
(street address)

____Reno____, ____Nevada____, ____89521____,
(city) (state) (zip code)

____775-322-1170____, ____dhayward@laxalt-nomura.com____.
(area code + telephone number) (Email address)

4

Rev. 2/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Daniel T. Hayward_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

The Depository Trust Company and Cede & Co.
(type or print party name, title)

_/s/ Peter J. Gleeson_____
(party's signature)

Peter J. Gleeson, Managing Director for the Depository Trust Co. and Partner for Cede & Co.
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5986         dhayward@laxalt-nomura.com
Bar number        Email address

APPROVED:

Dated: this 21st day of March, 2014

_____
UNITED STATES DISTRICT JUDGE

5                                    Rev. 2/14

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this 20TH day of March, 2014, I caused to be served a true and correct copy of the foregoing *VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL* by method indicated

__XX___        by Court's CM/ECF Program

And addressed to the following:

Anjali D. Webster, Esq.
Justin J. Bustos, Esq.
Gordon Silver
100 W. Liberty Street
Reno, 89501

Michael N. Feder, Esq.
Gordon Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169

Frances Floriano Goins, Esq.
Ulmer & Berne LLP
1660 West 2nd Street, Ste 1100
Cleveland, OH 44113
*Attorneys for Plaintiff China Energy Corporation*

Michael Sammons
15706 Seekers Street
San Anotnio, TX 78255
*Defendant/Third Party Plaintiff*

Richard L. Elmore, Esq.
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorneys for Defendant Thomas S. Vredevoogd*

| | |
|---|---|
| 1 | Edmund J. Gorman, Jr., Esq.<br>Attorney at Law, Ltd. |
| 2 | 335 W. First Street<br>Reno, NV 89503 |
| 3 | *Attorney for Defendant Alan T. Hill* |
| 4 | LOUIS M. BUBALA III |
| 5 | State Bar No. 8974<br>(lbubala@armstrongteasdale.com) |
| 6 | BRET F. MEICH<br>State Bar No. 11208 |
| 7 | (bmeich@armstrongteasdale.com) |
| 8 | ARMSTRONG TEASDALE LLP<br>50 West Liberty, Suite 950 |
| 9 | Reno, NV 89501<br>Telephone: (775) 322-7400 |
| 10 | Facsimile: (775) 322-9049<br>Counsel for Third Party Defendant COR Clearing |
| 11 | |
| 12 | And by U.S. Mail to Pro Se Parties addressed as follows: |
| 13 | Elena Sammons<br>15706 Seekers St |
| 14 | San Antonio, TX 78255 |
| 15 | *Defendants / Third-Party Plaintiffs (Pro Se)* |
| 16 | Randy Dock Floyd<br>4000 Goff Road |
| 17 | Aynor, SC 29511<br>*Defendant (Pro Se)* |
| 18 | |
| 19 | Jun He<br>231 Split Road Rd |
| 20 | The Woodlands, TX 77381<br>*Defendant (Pro Se)* |
| 21 | |
| 22 | |
| 23 | _____<br>An employee of Laxalt & Nomura, Ltd. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## GREGG M. MASHBERG

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 13, 1978, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 18, 2014

Clerk of the Court

3529