Michael Sammons, pro se
15706 Seekers St
San Antonio, TX  78255
michaelsammons@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

China Energy Corporation
    Plaintiff

Vs.                                            Case No.   3:13-CV-562-MMD-VPC

Alan Hill, et al
    Defendants

**Elena Sammons**
**Michael Sammons**
    **Third-party Plaintiffs**

    **Vs.**
**Cede & Co.**
**The Depository Trust Company**
**COR Clearing**
    **Third –Party Defendants**

# MOTION TO WITHDRAW
# "THIRD-PARTY PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT AS TO CEDE & CO. AND THE DEPOSITORY TRUST COMPANY"

    Comes the Defendant-Third Party Plaintiff, Michael Sammons ("TP-P"), and moves to withdraw the "Third-Party Plaintiff's Motion For Summary Judgment as to Cede & Co. and the Depository Trust Company," Dkt. 183.

1

In support thereof the Defendant/Third-Party Plaintiff would show that at a case management conference on Friday, March 21, 2014, the U.S. Magistrate suggested that, in light of the stay of discovery, such withdrawal would be preferable. While the TP-P declined at the time, upon further reflection and research the TP-P concludes that the suggestion by the U.S. Magistrate is appropriate.

WHEREFORE, in compliance with the suggestion of the U.S. Magistrate the TP-P moves to withdraw said motion for summary judgment, Dkt. 183.

Respectfully submitted,

_____
Michael Sammons, pro se

Certificate of Service

A true and exact copy was mailed or emailed to all parties this 24 day of Mar, 2014.

Michael Sammons

2