Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
Ryan W. Leary, Esq.
Nevada State Bar No. 11630
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
dhayward@laxalt-nomura.com
rleary@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile:  (775) 322-1865

Gregg M. Mashberg, Esq.
(*pro hac vice* admission )
Lawrence S. Elbaum, Esq.
(*pro hac vice* admission)
PROSKAUER ROSE LLP
Eleven Time Square
New York, NY 10036
gmashberg@proskauer.com
lelbaum@proskauer.com
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
*Attorneys for Third-Party Defendants*
*Cede & Co. and The Depository Trust Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALAN HILL, et al.,<br><br>                    Defendants,<br><br>ELENA SAMMONS AND MICHAEL SAMMONS,<br>                    Third-Party Plaintiffs<br>vs.<br><br>CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING, LLC<br><br>                    Third-Party<br>                    Defendants. | 3:13-CV-562-MMD-VPC<br><br>**EMERGENCY MOTION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS CEDE & CO. AND THE DEPOSITORY TRUST COMPANY TO FILE A REPLY TO THIRD-PARTY PLAINTIFFS' AMENDED RESPONSE TO MOTION TO DISMISS AND/OR STRIKE THIRD-PARTY COMPLAINT**<br><br>**(Second Request)** |

1    Third-Party Defendants Cede & Co. ("Cede") and The Depository Trust Company

2    ("DTC") (together, the "DTC Defendants"), hereby move the Court pursuant to LR 6-1 and LR

3    7-5 for an order extending the time from April 4, 2014 to April 9, 2014, for DTC Defendants to

4    file a Reply to Third-Party Plaintiffs' Amended Response to Motion to Dismiss and/or Strike

5    Third-Party Complaint.1  DTC Defendants originally filed their Motion to Dismiss and/or Strike

6    (the "MTD," Dkt. 152) on February 20, 2014.

7    Third-Party Plaintiffs filed a Response to the MTD (the "Response") (Doc. #156) on

8    February 21, 2014, and the Court set March 3, 2014, as the date for DTC Defendants to file their

9    Reply to the Response (the "Reply").  Later that same day, the Court entered a Minute Order

10   (Doc. #157) regarding the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* as to the

11   MTD.  On February 24, 2014, Third-Party Plaintiffs filed a Motion to Withdraw the Response

12   (the "Withdrawal Motion") (Doc. #160).

13   Unsure of whether the Court would grant Third-Party Plaintiffs' Withdrawal Motion,

14   DTC Defendants filed a Reply (Doc. #171) on March 3, 2014.  Third-Party Plaintiffs then filed

15   an Amended Response to the MTD (the "Amended Response") on March 4, 2014.  (Doc. # 172).

16   On March 7, 2014, DTC Defendants and Third-Party Plaintiffs stipulated to extend the time for

17   DTC Defendants to file a reply to the Amended Response until April 4, 2014, so the Court could

18   resolve the confusion created by Third-Party Plaintiffs' Withdrawal Motion and Amended

19   Response at the March 21, 2014 Status Conference.  (Doc. #175).

20   At the Status Conference, the Honorable Magistrate Judge Valerie Cooke granted Third-

21   Party Defendants' Withdrawal Motion, and effectively held that Third-Party Plaintiffs' Amended

22   Response would act as their operative opposition.  (Doc. # 191, 14:23-15:4).  The Court further

23   confirmed that DTC Defendants had until April 4, 2014, to file any supplemental reply.  (Id. at

24   33:1-4).

25   Since the confused briefing schedule was resolved at the Status Conference, DTC

26   Defendants have been diligently working to prepare a reply to the Amended Response of Third-

27

28   1 DTC Defendants, in submitting this motion, reserve all of their rights, including their rights with respect to the
     pending MTD on the basis of lack of personal jurisdiction.

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

1   Party Plaintiffs. In support of their Amended Response, however, Third-Party Plaintiffs

2   provided an affidavit and supporting exhibits containing certain factual allegations relating to

3   DTC Defendants' connections to Nevada that Third-Party Plaintiffs did not previously raise in

4   the original Response, which DTC Defendants are in the process of investigating and

5   determining whether a response is necessary or appropriate, and if so, what that response would

6   be. The client contact for DTC Defendants and lead local counsel are also both out of the

7   country. This has complicated DTC Defendants' ability to investigate these new allegations of

8   Third-Party Plaintiffs and to communicate and, if necessary or appropriate, formulate a response

9   to the same.

10          Under these circumstances, DTC Defendants contacted Third-Party Plaintiffs on April 2,

11   2014, to request a brief five (5) day extension of time until April 9, 2014, to file their reply to

12   Third-Party Plaintiffs' Amended Response. Third-Party Plaintiffs refused. Third-Party

13   Plaintiffs' refusal has now forced DTC Defendants to file this emergency motion seeking an

14   expedited decision on the requested extension of time given the pending April 4, 2014 deadline.

15   Given these facts, DTC Defendants hereby submit that they have demonstrated good cause for

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

1   the instant motion and request that the Court grant them until the end of the day on April 9, 2014,

2   to file their reply to Third-Party Plaintiffs' Amended Response.

3          Dated:  April 2, 2014.

4

5                                         DANIEL T. HAYWARD, ESQ.

6                                         Nevada State Bar No. 5986
                                          RYAN W. LEARY, ESQ.

7                                         Nevada State Bar No. 11630
                                          LAXALT & NOMURA, LTD.

8                                         9600 Gateway Drive
                                          Reno, Nevada 89521

9                                         dhayward@laxalt-nomura.com

10                                        rleary@laxalt-nomura.com
                                          Telephone: (775) 322-1170

11                                        Facsimile:  (775) 322-1865

12                                        GREGG M. MASHBERG, ESQ.

13                                        (admitted *pro hac vice*)
                                          LAWRENCE S. ELBAUM, ESQ.

14                                        (admitted *pro hac vice*)
                                          PROSKAUER ROSE LLP

15                                        Eleven Time Square
                                          New York, NY 10036

16                                        gmashberg@proskauer.com
                                          lelbaum@proskauer.com

17                                        Telephone:  (212) 969-3000

18                                        Facsimile:  (212) 969-2900
                                          *Attorneys for Third-Party Defendants*

19                                        *Cede & Co. and The Depository Trust Company*

20

21

22

23

24

25

26

27

28

Laxalt & Nomura.
Attorneys at Law
9600 Gateway Drive
Reno, Nevada 89521

4

1   Plaintiffs' Amended Response to Motion to Dismiss and/or Strike Third-Party Complaint.  Mr.

2   Sammons still refused to grant the extension and stated that he would oppose any such motion.

3          9.      The office address and telephone numbers for the movant and Third-Party

4   Plaintiffs are as follows:

5          Daniel T. Hayward, Esq. and Ryan W. Leary, Laxalt & Nomura, Ltd., 9600 Gateway

6   Drive, Reno, Nevada 89521, Telephone: (775) 322-1170.

7          Gregg M. Mashberg, Esq. and Lawrence S. Elbaum, Esq., Proskauer Rose LLP, Eleven

8   Time Square, New York, New York 10036, Telephone:  (212) 969-3161.

9          Elena Sammons & Michael Sammons, 15706 Seekers Street, San Antonio, Texas 78255,

10  Telephone:  (210) 858-6199.

11         DATED this 2nd day of April, 2014.

12

13                                                              RYAN W. LEARY

14

15  SUBSCRIBED and SWORN to before me
    this 2nd day of April, 2014.
16

17

18  NOTARY PUBLIC

19

20              DEBORAH PENHALE
                Notary Public - State of Nevada
                Appointment Recorded in Washoe County
21              No: 13-10048-2 - Expires January 17, 2017

22

23

24

25

26

27

28

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

**AFFIDAVIT OF RYAN W. LEARY IN SUPPORT OF EMERGENCY MOTION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS CEDE & CO. AND THE DEPOSITORY TRUST COMPANY TO FILE A REPLY TO THIRD-PARTY PLAINTIFFS' AMENDED RESPONSE TO MOTION TO DISMISS AND/OR STRIKE THIRD-PARTY COMPLAINT**

1.   On April 4, 2014, Third-Party Defendants Cede & Co and The Depository Trust Company (together, "DTC Defendants") are due to file a reply in support of their Motion to Dismiss and/or Strike ("MTD").

2.   The purpose of the reply is to address arguments and allegations raised by Third-Party Plaintiffs Michael and Elena Sammons in their Amend Response to the MTD.

3.   In their Amended Response to the MTD, Third-Party Plaintiffs make certain factual allegations relating to DTC Defendants' contacts with Nevada, which DTC Defendants are currently attempting to investigate in order to determine whether it is necessary and/or appropriate to respond, and if so, what that response would be.

4.   The client contact for DTC Defendants and lead local counsel are both currently out of the country, which has complicated and delayed DTC Defendants' ability to investigate and determine whether it is necessary and/or appropriate to respond to these new factual allegations of Third-Party Plaintiffs.

5.   DTC Defendants therefore require additional time to file their reply to the Amended Response of Third-Party Plaintiffs.

6.   On April 2, 2014, I personally spoke with Third-Party Plaintiff Michael Sammons, explaining the communication difficulties DTC Defendants are having and requested an extension of time until April 9, 2014, for DTC Defendants to file their reply to the Amended Response of Third-Party Plaintiffs.

7.   Mr. Sammons refused to grant the requested extension.

8.   Because of the fact approaching deadline, I then explained to Sammons that as a result of his refusal to grant the requested extension, DTC Defendants would be forced to seek the Court's involvement and file an Emergency Motion to Extend Time for Third-Party Defendants Cede & Co. and The Depository Trust Company to File a Reply to Third-Party

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this 2nd day of April, 2014, I caused to be served a true and correct copy of the forgoing *Emergency Motion to Extend Time for Third-Party Defendants Cede & Co. and the Depository Trust Company to File a Reply to Third-Party Plaintiffs' Amended Response to Motion to Dismiss and/or Strike Third-Party Complaint* by method indicated

XX_____        by Court's CM/ECF Program

And addressed to the following:

Anjali D. Webster, Esq.
Justin J. Bustos, Esq.
Gordon Silver
100 W. Liberty Street
Reno, 89501

Michael N. Feder, Esq.
Gordon  Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV  89169

Frances Floriano Goins, Esq.
Ulmer & Berne LLP
1660 West 2nd Street, Ste 1100
Cleveland, OH  44113
*Attorneys for Plaintiff China Energy Corporation*

Michael Sammons
15706 Seekers Street
San Anotnio, TX 78255
*Defendant/Third Party Plaintiff*

Richard L. Elmore, Esq.
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV  89511
*Attorneys for Defendant Thomas S. Vredevoogd*

1    Edmund J. Gorman, Jr., Esq.
     Attorney at Law, Ltd.
2    335 W. First Street
     Reno, NV 89503
3    *Attorney for Defendant Alan T. Hill*

4    LOUIS M. BUBALA III
     State Bar No. 8974
5    (lbubala@armstrongteasdale.com)
6    BRET F. MEICH
     State Bar No. 11208
7    (bmeich@armstrongteasdale.com)
     ARMSTRONG TEASDALE LLP
8    50 West Liberty, Suite 950
9    Reno, NV 89501
     Telephone: (775) 322-7400
10   Facsimile: (775) 322-9049
     Counsel for Third Party Defendant COR Clearing

11

12   And by U.S. Mail to Pro Se Parties addressed as follows:

13   Elena Sammons
     15706 Seekers St
14   San Antonio, TX 78255
     *Defendants / Third-Party Plaintiffs (Pro Se)*

15

16   Randy Dock Floyd
     4000 Goff Road
17   Aynor, SC 29511
     *Defendant (Pro Se)*

18

19   Jun He
     231 Split Road Rd
20   The Woodlands, TX 77381
     *Defendant (Pro Se)*

21

22

23   An employee of Laxalt & Nomura, Ltd.

24

25

26

27

28