Daniel T. Hayward, Esq.
Nevada State Bar No. 5986
Ryan W. Leary, Esq.
Nevada State Bar No. 11630
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, NV 89521
dhayward@laxalt-nomura.com
rleary@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile: (775) 322-1865

Gregg M. Mashberg, Esq.
(Admitted *pro hac vice*)
Lawrence S. Elbaum, Esq.
(Admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Time Square
New York, NY 10036
gmashberg@proskauer.com
lelbaum@proskauer.com
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Attorneys for Third-Party Defendants*
*Cede & Co. and The Depository Trust Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAN HILL, et al.,<br><br>    Defendants,<br><br>ELENA SAMMONS AND MICHAEL SAMMONS,<br>    Third-Party Plaintiffs<br><br>vs.<br><br>CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING, LLC<br>    Third-Party Defendants. | 3:13-CV-562-MMD-VPC<br><br>**REPLY IN SUPPORT OF EMERGENCY MOTION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS CEDE & CO. AND THE DEPOSITORY TRUST COMPANY TO FILE A REPLY TO THIRD-PARTY PLAINTIFFS' AMENDED RESPONSE TO MOTION TO DISMISS AND/OR STRIKE THIRD-PARTY COMPLAINT** |

1   Third-Party Defendants Cede & Co. ("Cede") and The Depository Trust Company ("DTC") (together, the "DTC Defendants"), hereby submit the following reply in support of their motion (the "Motion") (Doc. #194) requesting an order extending the time from April 4, 2014 to April 9, 2014, for DTC Defendants to file a reply to Third-Party Plaintiffs' Amended Response to Motion to Dismiss and/or Strike Third-Party Complaint ("Amended Response") (Doc. #172).

With his opposition (Doc. #195) to DTC Defendants' Motion, Third-Party Plaintiff fails to offer a single substantive reason why the Court should deny DTC Defendants' request for a brief five (5) day extension to file their reply brief. Third-Party Plaintiff does not dispute the need for DTC Defendants to investigate the new allegations raised by Third-Party Plaintiffs in their Amended Response, that DTC Defendants have been diligently working on a reply since the Court resolved the issue (by Order dated March 21, 2014 (Doc. # 192)) of which filing DTC Defendants must respond to, and that DTC Defendants' investigative efforts have been complicated by the fact the client contact and local counsel are both presently out of the country. Nor does Third-Party Plaintiff claim he will suffer any prejudice if the Court grants the brief five (5) day request. Third-Party Plaintiff's only contention is that DTC Defendants' reply should be as simple as making minor changes to their prior reply (Doc. #171), which as set forth above and in the Motion, simply is not the case.[1]

//
//
//
//
//
//
//
//
//

---

[1] In footnote 1, Third-Party Plaintiff makes several arguments regarding impleader and severance, all of which are entirely irrelevant to the present request for an extension of time.

2

Under these circumstances, DTC Defendants submit that their motion is reasonable and that good cause exists for granting the same.[2] Accordingly, DTC Defendants hereby request that the Court grant them until the end of the day on April 9, 2014, to file their reply to Third-Party Plaintiffs' Amended Response.

Dated:  April 3, 2014.

_____
DANIEL T. HAYWARD, ESQ.
Nevada State Bar No. 5986
RYAN W. LEARY, ESQ.
Nevada State Bar No. 11630
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, NV 89521
dhayward@laxalt-nomura.com
rleary@laxalt-nomura.com
Telephone: (775) 322-1170
Facsimile:  (775) 322-1865

GREGG M. MASHBERG, ESQ.
(admitted *pro hac vice*)
LAWRENCE S. ELBAUM, ESQ.
(admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Time Square
New York, NY 10036
gmashberg@proskauer.com
lelbaum@proskauer.com
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
*Attorneys for Third-Party Defendants
Cede & Co. and The Depository Trust Company*

---

[2]   As noted in the Motion at footnote 1, DTC Defendants reserve all of their rights, including their rights with respect to the pending motion to dismiss on the basis of lack of personal jurisdiction.

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this 3rd day of April, 2014, I caused to be served a true and correct copy of the forgoing *Reply in Support of Emergency Motion to Extend Time for Third-Party Defendants Cede & Co. and The Depository Trust Company to File a Reply to Third-Party Plaintiffs' Amended Response to Motion to Dismiss and/or Strike Third-Party Complaint* by method indicated

XX          by Court's CM/ECF Program

And addressed to the following:

Anjali D. Webster, Esq.
Justin J. Bustos, Esq.
Gordon Silver
100 W. Liberty Street
Reno, 89501

Michael N. Feder, Esq.
Gordon Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169

Frances Floriano Goins, Esq.
Ulmer & Berne LLP
1660 West 2nd Street, Ste 1100
Cleveland, OH 44113
*Attorneys for Plaintiff China Energy Corporation*

Michael Sammons
15706 Seekers Street
San Antonio, TX 78255
*Defendant/Third Party Plaintiff*

Richard L. Elmore, Esq.
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorneys for Defendant Thomas S. Vredevoogd*

Edmund J. Gorman, Jr., Esq.
Attorney at Law, Ltd.
335 W. First Street
Reno, NV 89503
*Attorney for Defendant Alan T. Hill*

Louis M. Bubala III
Bret F. Meich
Armstrong Teasdale LLP
50 West Liberty, Suite 950
Reno, NV 89501
*Attorneys for Third Party Defendant COR Clearing*

And by U.S. Mail to Pro Se Parties addressed as follows:

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendants / Third-Party Plaintiffs (Pro Se)*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29511
*Defendant (Pro Se)*

Jun He
231 Split Road Rd
The Woodlands, TX 77381
*Defendant (Pro Se)*

_____
An employee of Laxalt & Nomura, Ltd.

LAXALT & NOMURA.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521