✓ FILED      ___ RECEIVED
___ ENTERED  ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

APR 2 5 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHINA ENERGY CORPORAITON,<br><br>Plaintiff,<br><br>v.<br><br>ALAN HILL, et al.,<br><br>Defendants. | Case No. 3:13-CV-0562-MMD (VPC)<br><br>**ORDER** |

On March 21, 2014, this court conducted a case management conference in this matter (#192). Plaintiffs, Elena Sammons and Michael Sammons, filed an amended third-party complaint, naming as third-party defendants, Cede & Co., The Depository Trust Company, and COR Clearing, LLC (#128). Cede & Co. and the Depository Trust Co. filed a motion to dismiss (#152) which has been fully briefed. Likewise, COR Clearing, LLC filed a motion to dismiss (#161), which has also been fully briefed.

Third-party defendants ask the court to stay discovery as to them until the District Court rules on their respective motions to dismiss. The court has reviewed the parties' papers concerning these motions to dismiss and concludes that a motion to stay discovery pending disposition of the third-party defendants' motions to dismiss is warranted. *Tradebay, LLC v. Ebay, Inc.*, 278 F.R.D. 597, 603 (D.Nev. 2011).

IT IS ORDERED that discovery is **STAYED** as to third-party defendants, Cede & Co., The Depository Trust Co., and COR Clearing, LLC until the District Court rules on their motions to dismiss.

IT IS FURTHER ORDERED that in the event the District Court denies the motions to dismiss, the parties shall meet and confer and submit a proposed discovery plan and scheduling

order that complies with LR 26-1(e), with discovery deadlines measured from the date of decision of the respective motions to dismiss.

Dated: April 24, 2014.

_____
UNITED STATES MAGISTRATE JUDGE