**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email: fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7202
Fax: (216) 583-7203

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>            Defendants. | CASE NO. 3:13-cv-00562-MMD-VPC<br><br>**JOINT CASE MANAGEMENT REPORT** |

Plaintiff, China Energy Corporation ("CEC"), by and through its counsel of record, Gordon Silver and Ulmer & Berne LLP, and Defendants[1], in proper person and through their

---

[1] Defendant Jun He originally agreed to stipulate to vacate the Case Management Conference, but did not respond to the circulation of this Joint Case Management Report.

1  respective counsel as indicated below, hereby file this Joint Case Management Report pursuant
2  to the Court's January 2, 2014, Minute Order (Dkt. No. 103).
3       Pursuant to the Court's March 21, 2014, Minutes of Proceedings (Dkt. No. 191), the
4  Court has scheduled a case management conference to occur on Friday, May 2, 2014, at 9:00
5  a.m. The parties to this Joint Case Management Report agree there are no issues that need to be
6  addressed with the Court at this time. As such, the parties stipulate and agree, and respectfully
7  request, that the Court vacate the Case Management Conference scheduled for Friday, May 2,
8  2014.
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

| | |
|---|---|
| DATED this 29th day of April, 2014. | DATED this 29th day of April, 2014. |
| GORDON SILVER | HOLLAND & HART |
| By: /s/ Justin J. Bustos | By: /s/ Richard L. Elmore |
| Michael N. Feder<br>Justin J. Bustos<br>Anjali D. Webster<br>100 West Liberty Street<br>Suite 940<br>Reno, Nevada 89501 | Richard L. Elmore<br>5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511<br><br>*Attorney for Thomas S. Vredevoogd, Trustee the Kimberly J. Vredevoogd Trust UA 1007/2008* |
| *Attorneys for China Energy Corporation* | |
| DATED this 28th day of April, 2014. | DATED this 28th day of April, 2014. |
| By: /s/ Elena Sammons<br>Elena Sammons<br>15706 Seekers St<br>San Antonio, TX 78255 | By: /s/ Michael Sammons<br>Michael Sammons<br>15706 Seekers St<br>San Antonio, TX 78255 |
| *Defendant in Proper Person* | *Defendant in Proper Person* |
| DATED this 29th day of April, 2014. | DATED this 28th day of April, 2014. |
| LAXALT & NOMURA | RUMBERGER KIRK & CALDWELL |
| By: /s/ Daniel T. Hayward | By: /s/ Peter J. Tepley |
| Daniel T. Hayward, Esq.<br><br>9600 Gateway Drive<br>Reno, Nevada 89521 | Peter J. Tepley, *admitted pro hac vice*<br>Meredith Lees, *admitted pro hac vice*<br>Rebecca Beers, *admitted pro hac vice*<br>2204 Lakeshore Drive, Suite 125<br>Birmingham, AL 35209 |
| *Attorneys for The Depository Trust Company and Cede & Co.* | *Attorneys for COR Clearing, LLC* |

| | |
|---|---|
| DATED this ___ day of April, 2014 | DATED this  29  day of April, 2014 |
| By:_____<br>Jun He<br>231 Split Rock Rd<br>The Woodlands, TX 77381<br><br>*Defendant in Proper Person* | By: *Randy Floyd*<br>Randy Dock Floyd<br>4000 Goff Road<br>Aynor, SC 29551<br><br>*Defendant in Proper Person* |

DATED this ___ day of April, 2014

By:_____
Edmund J. Gorman Jr.
Attorney at Law, Ltd.
Bar No. 11581
335 W. First Street
Reno, Nevada 89503

*Attorney for Defendant Alan T. Hill*

|  |  |
|---|---|
| DATED this ___ day of April, 2014 | DATED this _____ day of April, 2014 |
| By:_____ | By: _____ |
|    Jun He |    Randy Dock Floyd |
|    231 Split Rock Rd |    4000 Goff Road |
|    The Woodlands, TX 77381 |    Aynor, SC 29551 |
| *Defendant in Proper Person* | *Defendant in Proper Person* |

DATED this 28th day of April, 2014

By: /s/ Edmund J. Gorman
   Edmund J. Gorman Jr.
   Attorney at Law, Ltd.
   Bar No. 11581
   335 W. First Street
   Reno, Nevada 89503

*Attorney for Defendant Alan T. Hill*

# CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that she served a copy of **JOINT CASE MANAGEMENT REPORT** via CM/ECF on April 29th 2014 to the following individuals:

Richard L. Elmore, Esq.
Holland & Hart
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorney for Thomas S. Vredevoogd,
Trustee of the Kimberly J. Vredevoogd
Trust UA 1007/2008*

Michael Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Edmund J. Gorman Jr.
Attorney at Law, Ltd.
335 W. First Street
Reno, Nevada 89503

Daniel T. Hayward, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521

Louis M. Bubala III
Bret F. Meich
ARMSTRONG TEASDALE
50 W. Liberty Street, Suite 950
Reno, NV 89501

Peter J. Tepley
Meredith Lees
Rebecca Beers
RUMBERGER KIRK & CALDWELL
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209

And by U.S. Mail, postage prepaid, to the following individuals:

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551
*Defendant in Proper Person*

Jun He
231 Split Rock Rd
The Woodlands, TX 77381
*Defendant in Proper Person*

/s/ Stephanie J. Glantz
An employee of GORDON SILVER