## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHINA ENERGY CORPORATION ) | | 3:13-CV-0562-MMD (VPC) |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | May 1, 2014 |
| ) | | |
| ALAN HILL, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion requesting expedited clarification of the magistrate's April 24, 2014 order of discovery stay (#208) is **DENIED**. The court's order (#205) is clear on its face. A stay of discovery pending disposition of the third-party defendants' motions to dismiss is warranted.

**IT IS SO ORDERED.**

                                                                          LANCE S. WILSON, CLERK

                                                      By:              /s/
                                                                          Deputy Clerk