1  BRET F. MEICH
   State Bar No. 11208
2  (bmeich@armstrongteasdale.com)
   ARMSTRONG TEASDALE LLP
3  50 West Liberty, Suite 950
   Reno, NV 89501
4  Telephone: (775) 322-7400
   Facsimile: (775) 322-9049
5
   PETER TEPLEY
6  (ptepley@rumberger.com)
   MEREDITH LEES
7  (mlees@rumberger.com)
   REBECCA BEERS
8  (rbeers@rumberger.com)
   RUMBERGER, KIRK & CALDWELL, PC
9  2204 Lakeshore Drive, Suite 125
   Birmingham, AL 35209-6739
10 Telephone (205) 327-5550
   Facsimile (205) 326-6786
11
   Attorneys for Third-Party Defendant COR Clearing, LLC
12



```
                            FILED              RECEIVED
                            ENTERED            SERVED ON
                                      COUNSEL/PARTIES OF RECORD

                                   MAY 19 2014

                               CLERK US DISTRICT COURT
                                 DISTRICT OF NEVADA
                            BY: _____ DEPUTY
```

13                      UNITED STATES DISTRICT COURT

14                             DISTRICT OF NEVADA

15

16  CHINA ENERGY CORPORATION,          )   3:13-CV-562-MMD-VPC
                                       )
17                    Plaintiff,       )
                                       )
18  vs.                                )
                                       )   [PROPOSED] ORDER GRANTING
19  ALAN HILL, et al.,                 )   SUBSTITUTION OF COUNSEL
                                       )
20                    Defendants,      )
                                       )
21  ELENA SAMMONS AND MICHAEL          )
    SAMMONS,                           )
22                    Third-Party Plaintiffs )
    vs.                                )
23                                     )
    CEDE & CO., THE DEPOSITORY TRUST   )
24  COMPANY, AND COR CLEARING, LLC     )
                                       )
25                    Third-Party      )
                      Defendants.      )
26

27

28

1    IT IS HEREBY ORDERED that Bret F. Meich is substituted in place and stead of Louis
2 M. Bubala III as designed resident Nevada counsel for COR Clearing, LLC and Peter Tepley,
3 Meredith Lees, and Rebecca Beers, its attorneys admitted to the Bar of this Court for this case
4 only.
5    IT IS FURTHER ORDERED that Louis M. Bubala III shall be removed from the
6 Court's electronic distribution list.
7 DATED this 19th day of May, 2014.

_____
United States Magistrate Judge

<u>CERTIFICATE OF SERVICE</u>

I, Barbara Salinas, certify that on May 16, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list or served the foregoing via U.S. Mail, properly addressed and postage prepaid, as noted.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed May 16, 2014, at Reno, Nevada.

| | |
|---|---|
| Justin J. Bustos<br>Anjali D. Webster<br>GORDON SILVER<br>100 W. Liberty Street, Suite 940<br>Reno, Nevada 89501 | (VIA CM/ECF) |
| Michael N. Feder<br>GORDON SILVER<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89169 | (VIA CM/ECF) |
| Frances Floriano Goins<br>ULMER & BERNE LLP<br>1660 West 2"" Street, Suite 1100<br>Cleveland, OH 44113<br>*Attorneys for Plaintiff China Energy Corporation* | (VIA CM/ECF) |
| Richard L. Elmore, Esq.<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>*Attorneys for Defendant Thomas S. Vredevoogd* | (VIA CM/ECF) |
| Daniel T. Hayward<br>LAXALT & NOMURA, LTD.<br>9600 Gateway Drive<br>Reno, NV 89521<br>*Attorney for The Depository Trust Company and Cede & Co.* | (VIA CM/ECF) |
| Michael Sammons<br>Elena Sammons<br>15706 Seekers St<br>San Antonio, TX 78255<br>*Defendants / Third-Party Plaintiffs Pro Se* | (VIA U.S. MAIL) |

1  Randy Dock Floyd                                    (VIA U.S. MAIL)
2  4000 Goff Road
   Aynor, SC 29511
3  *Defendant Pro Se*

4  Jun He                                              (VIA U.S. MAIL)
   231 Split Rock Rd.
5  The Woodlands, TX 77381
   *Defendant Pro Se*
6

7  Alan T. Hill                                        (VIA U.S. MAIL)
   9501 Avenida Del Oso NE
8  Albuquerque, NM 87111
   *Defendant Pro Se*
9
                                          By: /s/*Barbara Salinas*
10                                             Barbara Salinas