**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email: fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7202
Fax: (216) 583-7203

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>Defendants. | CASE NO. 3:13-cv-00562-MMD-VPC |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR CHINA ENERGY CORPORATION TO FILE ITS REPLY TO MOTION TO DISMISS (DKT. NO. 212)

### (FIRST REQUEST)

Plaintiff, China Energy Corporation ("CEC"), by and through its counsel of record, Gordon Silver and Ulmer & Berne LLP, and Defendant Michael Sammons, in proper person, hereby stipulate and agree as follows:

1. Michael Sammons filed a Motion to Dismiss for Want of Jurisdiction (Dkt. No. 212) on May 12, 2014. CEC's response is currently due on Thursday, May 29, 2014.

2. CEC has requested additional time to file its reply points and authorities. Therefore, the parties stipulate and agree that CEC shall have up to and including Friday, June 6, 2014, in which to file its Opposition to the Motion to Dismiss (Dkt. No. 212).

4. CEC has requested this extension in light counsel's obligations and deadlines in other cases. This extension is not being requested for the purpose of delay.

5. This is the first stipulation regarding an extension of time for CEC to file its Opposition to Michael Sammons's Motion to Dismiss (Dkt. No. 212).

DATED this 22nd day of May, 2014.

GORDON SILVER

By: _____
Michael N. Feder
Justin J. Bustos
Anjali D. Webster
100 West Liberty Street
Suite 940
Reno, Nevada 89501

Attorneys for China Energy Corporation

DATED this 22nd day of May, 2014.

By: _____
Michael Sammons
15706 Seekers St
San Antonio, TX 78255

Defendant in Proper Person

## ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that Plaintiff China Energy Corporation shall have up to and including Friday, June 6, 2014, in which to file its opposition to the Motion to Dismiss (Dkt. No. 212)

IT IS SO ORDERED

DATED this  22nd   day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that she served a copy of **STIPULATION TO EXTEND TIME** via CM/ECF on May 22, 2014 to the following individuals:

Richard L. Elmore, Esq.
Holland & Hart
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorney for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008*

Michael Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Edmund J. Gorman Jr.
Attorney at Law, Ltd.
335 W. First Street
Reno, Nevada 89503

Daniel T. Hayward, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521

Louis M. Bubala III
Bret F. Meich
ARMSTRONG TEASDALE
50 W. Liberty Street, Suite 950
Reno, NV 89501

Peter J. Tepley
Meredith Lees
Rebecca Beers
RUMBERGER KIRK & CALDWELL
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209

And by U.S. Mail, postage prepaid, to the following individuals:

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551
*Defendant in Proper Person*

Jun He
231 Split Rock Rd
The Woodlands, TX 77381
*Defendant in Proper Person*

An employee of GORDON SILVER