UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHINA ENERGY CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>ALAN HILL, et al.,<br><br>   Defendants,<br><br>ELENA SAMMONS AND MICHAEL SAMMONS,<br><br>   Third-Party Plaintiffs,<br><br>v.<br><br>CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING<br><br>   Third-Party Defendants. | Case No. 3:13-cv-562-MMD-VPC<br><br>ORDER<br><br>(Motion to Correct Order filed June 13, 2014 And for Leave to File Sur-Reply – dkt. no. 227) |

Before the Court is Third-Party Plaintiffs' Motion to Correct Order filed June 13, 2014, And for Leave to File Sur-Reply (dkt. no. 227). Third-Party Plaintiffs correctly pointed out an error in the Court's Order (dkt. no. 226) denying a Motion to Dismiss And/Or to Strike Third-Party Complaint for Failure to Comply with Federal Rule of Civil Procedure 14(a) filed by Third-Party Defendant COR Clearing, LLC ("COR") on February 24, 2014 (dkt. no. 161). In the Order, the Court incorrectly stated that COR was the only Third-Party Defendant to file such a motion. (Dkt. no. 226 at 2.) However, Third-Party Defendants Cede & Co. ("Cede") and The Depository Trust Company ("DTC") had filed a Motion to Dismiss And/Or Strike on February 20, 2014 (dkt. no. 152) ("Motion to Dismiss"). Because Third-Party Plaintiffs correctly pointed out this error, their Motion to

1  Correct is granted. The Court will issue a separate order addressing Cede and DTC's
2  Motion to Dismiss.
3      Third-Party Plaintiffs also seek leave to file a Sur-Reply Brief regarding the Motion
4  to Dismiss. (Dkt. no. 227 at 2.) This Motion to Dismiss has been fully briefed and the
5  Court finds that no additional briefing is needed. (*See* Dkt. nos. 152, 171, 172, 200.)
6  Third-Party Plaintiffs have not shown good cause for additional briefing. Their Motion for
7  Leave to File a Sur-Reply is therefore denied.

9  ENTERED THIS 18th day of June 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE