BRET F. MEICH
State Bar No. 11208
(bmeich@armstrongteasdale.com)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702-678-5070
Facsimile: 702-878-9995

PETER TEPLEY
(ptepley@rumberger.com)
MEREDITH LEES
(mlees@rumberger.com)
REBECCA BEERS
(rbeers@rumberger.com)
RUMBERGER, KIRK & CALDWELL, PC
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

*Attorneys for Third-Party Defendant COR Clearing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHINA ENERGY CORPORATION, | 3:13-CV-562-MMD-VPC |
| Plaintiff, | |
| vs. | |
| ALAN HILL, et al., | **NOTICE OF CHANGE OF ADDRESS** |
| Defendants, | |
| ELENA SAMMONS AND MICHAEL SAMMONS, | |
| Third-Party Plaintiffs | |
| vs. | |
| CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING, LLC | |
| Third-Party Defendants. | |

PLEASE TAKE NOTICE that the new address for the undersigned counsel and the Office of Armstrong Teasdale LLP is:

3770 Howard Hughes Parkway, Suite 200, Las Vegas, Nevada 89169.

The telephone and facsimile numbers have been changed to:

Telephone 702-678-5070

Facsimile 702-878-9995

DATED this 19th day of June 2014.

ARMSTRONG TEASDALE LLP

By: /s/ Bret F. Meich
BRET F. MEICH
Nevada Bar No.: 11208
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702-678-5070
Facsimile: 702-878-9995

*Attorneys for Third-Party Defendant*

**CERTIFICATE OF SERVICE**

I, Jessica Elia, certify that on June 19th, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list or served the foregoing via U.S. Mail, properly addressed and postage prepaid, as noted.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed June 19th, 2014, at Las Vegas, Nevada.

Justin J. Bustos                               (VIA CM/ECF)
Anjali D. Webster
GORDON SILVER
100 W. Liberty Street, Suite 940
Reno, Nevada 89501

Michael N. Feder                               (VIA CM/ECF)
GORDON SILVER
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169

Frances Floriano Goins                         (VIA CM/ECF)
ULMER & BERNE LLP
1660 West 2"" Street, Suite 1100
Cleveland, OH 44113
*Attorneys for Plaintiff China Energy Corporation*

Richard L. Elmore, Esq.                        (VIA CM/ECF)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
*Attorneys for Defendant Thomas S. Vredevoogd*

Daniel T. Hayward                              (VIA CM/ECF)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, NV 89521
*Attorney for The Depository Trust Company and Cede & Co.*

Michael Sammons                                (VIA U.S. MAIL)
Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendants / Third-Party Plaintiffs Pro Se*

Randy Dock Floyd (VIA U.S. MAIL)
4000 Goff Road
Aynor, SC 29511
*Defendant Pro Se*

Jun He (VIA U.S. MAIL)
231 Split Rock Rd.
The Woodlands, TX 77381
*Defendant Pro Se*

Alan T. Hill (VIA U.S. MAIL)
9501 Avenida Del Oso NE
Albuquerque, NM 87111
*Defendant Pro Se*

By: /s/*Jessica Elia*
Jessica Elia