Michael Sammons, pro se
15706 Seekers St
San Antonio, TX  78255
michaelsammons@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

China Energy Corporation
    Plaintiff

vs.                                                                 Case No.   3:13-CV-562-MMD-VPC

Alan Hill, et al
    Defendants

Elena Sammons
Michael Sammons
    Third-party Plaintiffs

vs.

Cede & Co., et al
    Third–Party Defendants

### Notice of Withdrawal of "Motion to Vacate Discovery Stay Order And Extend Discovery Deadline 60 Days"

**PLEASE TAKE NOTICE** that Defendant-Third Party Plaintiff Michael Sammons hereby withdraws, without prejudice, his "Motion to Vacate Discovery Stay Order And Extend Discovery Deadline 60 Days," Dkt. 228, 234.


Respectfully submitted,

*/s/ Michael Sammons*
Michael Sammons, pro se

1

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed or emailed to all parties this the _3_ day of _July_, 2014

*Michael Sammons*
Michael Sammons, pro se