**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHINA ENERGY CORPORATION ) | | 3:13-CV-0562-MMD (VPC) |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | July 7, 2014 |
| ) | | |
| ALAN HILL, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____<u>LISA MANN</u>_____   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion to clarify discovery schedule (#158) is **DENIED as moot**.  The court has stayed discovery as to third-party defendants until the district court rules on their pending motions to dismiss (#205).

    **IT IS SO ORDERED.**

            LANCE S. WILSON, CLERK

        By:_____/s/_____
            Deputy Clerk