1
**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332

2
Email: mfeder@gordonsilver.com
JUSTIN J. BUSTOS

3
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com

4
ANJALI D. WEBSTER
Nevada Bar No. 12515

5
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940

6
Reno, Nevada 89501
Tel: (775) 343-7500

7
Fax: (775) 786-0103

8
**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*

9
Email: fgoins@ulmer.com
1660 West 2nd Street, Suite 1100

10
Cleveland, OH 44113
Tel: (216) 583-7202

11
Fax: (216) 583-7203

12
*Attorneys for Plaintiff*

13

14
**UNITED STATES DISTRICT COURT**

15
**DISTRICT OF NEVADA**

16
CHINA ENERGY CORPORATION, a Nevada corporation,

CASE NO.  3:13-cv-00562-MMD-VPC

17
Plaintiff,

18
vs.

19
ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S.

20
VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA

21
1007/2008, JUN HE, and RANDY DOCK FLOYD,

22
Defendants.

23

24
**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e).**

25
Elena Sammons and Michael Sammons (the "Sammons"), appearing individually, and

26
China Energy Corporation and COR Clearing, LLC ("COR"), through their attorneys of record,

27
met and conferred pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(d) on July 2, 2014.  The

28

1    parties hereby submit the following Stipulated Discovery Plan and Scheduling Order for

2    discovery on the claims asserted by the first count of CEC's Complaint and by the Sammons

3    against COR in their Amended Third Party Complaint:[1]

4
5        1.  **Discovery cut-off date**: The discovery cut-off date for fact discovery related to the
6    first claim for relief in the original Complaint and third-party discovery will be September 19,
7    2014.

8        Expert discovery related to CEC's second claim for relief will proceed as set forth in the
9    Court's March 21, 2014, Minute Order (Dkt. No. 192).

10       2.  **Amending the Pleadings and Adding Parties**: The last date to file motions to

11   amend the pleadings or add parties is August 19, 2014.

12
13       3.  **Expert Disclosures**: Initial expert disclosures related to the first claim for relief in the
14   original Complaint and third-party discovery are due October 3, 2014.   Rebuttal expert
15   disclosures are due on November 3, 2014.  Expert depositions must be completed within thirty
16   days of the last expert disclosure.

17       The disclosure of expert witnesses and rebuttal experts with respect to CEC's second
18   claim for relief shall be suspended until the District Court enters a ruling on all dispositive

19   motions as set forth in the Court's March 21, 2014, Minute Order (Dkt. No. 192). Thereafter, the

20   parties shall within thirty (30) days after the District Court enters a ruling on all dispositive

21   motions request a case management conference before this Court. The Court and the parties will

22   then decide how best to engage in expert discovery related to the second claim for relief. (March

23   21, 2014, Minute Order (Dkt. No. 192)).

24       4.  **Dispositive Motions**:  Dispositive motions on the first claim for relief in the original

25   Complaint and third-party discovery must be filed either:

26   
27   [1]     Third-Party Defendants Cede & Co. and The Depository Trust Company ("Cede/DTC") have executed this Stipulation without waiver of the personal jurisdiction argument raised in its pending Motion to Dismiss (Doc. 152), and with the understanding that the stay of discovery entered in favor of Cede/DTC (Doc. 205) remains in effect.

28

(1) within thirty (30) days after the discovery cut-off date unless any party discloses an expert witness on or before October 3, 2014. In the event any party discloses an expert witness, such dispositive motions shall be filed within thirty (30) days after the deadline to disclose rebuttal experts; or

(2) within thirty (30) days from the date the Court decides any of the pending motions for summary judgment concerning CEC's first claim for relief in the original Complaint, whichever date is later.

5. **Pretrial Order**:  The Joint Pretrial Order on the third-party claims is due thirty (30) days after the date set for filing dispositive motions. In the event a dispositive motion is filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

6.   **Interim Status Report**:   The parties shall submit an interim status report, in compliance with Local Rule 26-3, thirty (30) days before the discovery cut-off.

7. **Miscellaneous Matters**:

**Initial Disclosures:** The parties shall serve their Fed. R. Civ. P. 26(a) initial disclosures within fourteen (14) days after entry of this Order.

**Outstanding Discovery:** The parties shall respond to outstanding discovery by July 18, 2014 except for discovery to which responses are not due under the applicable rules until after July 18, 2014.

///

///

///

Respectfully submitted this the 31st day of July, 2014.

DATED:  July 23rd, 2014.

PETER TEPLEY, admitted *pro hac vice*
MEREDITH LEES, admitted *pro hac vice*
REBECCA BEERS, admitted *pro hac vice*
RUMBERGER, KIRK & CALDWELL, P.C.
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

By: /s/  Meredith Jowers Lees
         Meredith Jowers Lees

DATED:  July 25th, 2014.

MICHAEL SAMMONS, appearing *Pro Se*
15706 Seekers St
San Antonio, TX 78255
210 858 6199

By: /s/  Michael Sammons
         Michael Sammons

DATED: July 25th, 2014.

ELENA SAMMONS, appearing *Pro Se*
15706 Seekers St
San Antonio, TX 78255

By:/s/  Elena Sammons
        Elena Sammons

DATED: July 28th, 2014.

EDMUND J. GORMAN JR.
ATTORNEY AT LAW, LTD
Bar No. 11581
335 W. First Street
Reno, Nevada 89503

By:/s/ Edmund J. Gorman
       Edmund J. Gorman, Jr.

DATED: July 28th, 2014.

RANDY DOCK FLOYD, appearing *Pro Se*
4000 Goff Road
Aynor, SC 29551

By:/s/ Randy Dock Floyd
       Randy Dock Floyd

DATED: July 28th, 2014.

RICHARD L. ELMORE
HOLLAND & HART
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511

By:/s/ Richard L. Elmore_____
Richard L. Elmore

DATED: July 31st, 2014.

MICHAEL N. FEDER
JUSTIN J. BUSTOS
ANJALI D. WEBSTER
GORDON SILVER
100 West Liberty Street
Suite 940
Reno, Nevada  89501

By:/s/ Justin J. Bustos_____
Justin J. Bustos

DATED: July 22nd, 2014.

DANIEL T. HAYWARD, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada  89521

By:/s/ Daniel T. Hayward_____
Daniel T. Hayward

DATED: July 23rd, 2014.

JUN HE, appearing Pro Se
231 Split Rock Rd
The Woodlands, TX 77381

By:/s/ Jun He_____
Jun He

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____

1

## CERTIFICATE OF SERVICE

2      I certify that I am an employee of GORDON SILVER, and that on this date, pursuant

3   to FRCP 5(b), hereby certifies that she served a copy of **STIPULATED DISCOVERY**

4   **PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-**

5   **1(e).** via CM/ECF to the following individuals:

6   Richard L. Elmore, Esq.                          Michael Sammons
    Holland & Hart                                   15706 Seekers St
7   5441 Kietzke Lane, 2nd Floor                San Antonio, TX 78255
8   Reno, NV 89511                                   *Defendant in Proper Person*
    *Attorney for Thomas S. Vredevoogd,*
9   *Trustee of the Kimberly J. Vredevoogd*
    *Trust UA 1007/2008*                             Daniel T. Hayward, Esq.
10                                                   LAXALT & NOMURA
11  Edmund J. Gorman Jr.                             9600 Gateway Drive
    Attorney at Law, Ltd.                            Reno, Nevada  89521
12  335 W. First Street
    Reno, Nevada 89503
13

14  Bret F. Meich                                    Peter J. Tepley
    ARMSTRONG TEASDALE                               Meredith Lees
15  50 W. Liberty Street, Suite 950                  Rebecca Beers
    Reno, NV 89501                                   RUMBERGER KIRK & CALDWELL
16                                                   2204 Lakeshore Drive, Suite 125
                                                     Birmingham, AL 35209
17  And by U.S. Mail, postage prepaid, to the following individuals:

18  Elena Sammons                                    Randy Dock Floyd
    15706 Seekers St                                 4000 Goff Road
19  San Antonio, TX 78255                            Aynor, SC 29551
20  Defendant in Proper Person                       *Defendant in Proper Person*

21  Jun He
    231 Split Rock Rd
22  The Woodlands, TX 77381
    *Defendant in Proper Person*
23

24          DATED this 31st day of July, 2014.

25

26
                                        /s/ Stephanie J. Glantz
27                                      An employee of GORDON SILVER

28