**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email: fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7202
Fax: (216) 583-7203

*Attorneys for Plaintiff*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 7 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>Defendants. | CASE NO. 3:13-cv-00562-MMD-VPC |

### STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e).

Elena Sammons and Michael Sammons (the "Sammons"), appearing individually, and China Energy Corporation and COR Clearing, LLC ("COR"), through their attorneys of record, met and conferred pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(d) on July 2, 2014. The

parties hereby submit the following Stipulated Discovery Plan and Scheduling Order for discovery on the claims asserted by the first count of CEC's Complaint and by the Sammons against COR in their Amended Third Party Complaint:[1]

1. **Discovery cut-off date**: The discovery cut-off date for fact discovery related to the first claim for relief in the original Complaint and third-party discovery will be September 19, 2014.

Expert discovery related to CEC's second claim for relief will proceed as set forth in the Court's March 21, 2014, Minute Order (Dkt. No. 192).

2. **Amending the Pleadings and Adding Parties**: The last date to file motions to amend the pleadings or add parties is August 19, 2014.

3. **Expert Disclosures**: Initial expert disclosures related to the first claim for relief in the original Complaint and third-party discovery are due October 3, 2014. Rebuttal expert disclosures are due on November 3, 2014. Expert depositions must be completed within thirty days of the last expert disclosure.

The disclosure of expert witnesses and rebuttal experts with respect to CEC's second claim for relief shall be suspended until the District Court enters a ruling on all dispositive motions as set forth in the Court's March 21, 2014, Minute Order (Dkt. No. 192). Thereafter, the parties shall within thirty (30) days after the District Court enters a ruling on all dispositive motions request a case management conference before this Court. The Court and the parties will then decide how best to engage in expert discovery related to the second claim for relief. (March 21, 2014, Minute Order (Dkt. No. 192)).

4. **Dispositive Motions**: Dispositive motions on the first claim for relief in the original Complaint and third-party discovery must be filed either:

---

[1] Third-Party Defendants Cede & Co. and The Depository Trust Company ("Cede/DTC") have executed this Stipulation without waiver of the personal jurisdiction argument raised in its pending Motion to Dismiss (Doc. 152), and with the understanding that the stay of discovery entered in favor of Cede/DTC (Doc. 205) remains in effect.

(1) within thirty (30) days after the discovery cut-off date unless any party discloses an expert witness on or before October 3, 2014. In the event any party discloses an expert witness, such dispositive motions shall be filed within thirty (30) days after the deadline to disclose rebuttal experts; or

(2) within thirty (30) days from the date the Court decides any of the pending motions for summary judgment concerning CEC's first claim for relief in the original Complaint, whichever date is later.

5. **Pretrial Order**: The Joint Pretrial Order on the third-party claims is due thirty (30) days after the date set for filing dispositive motions. In the event a dispositive motion is filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

6. **Interim Status Report**: The parties shall submit an interim status report, in compliance with Local Rule 26-3, thirty (30) days before the discovery cut-off.

7. **Miscellaneous Matters**:

**Initial Disclosures:** The parties shall serve their Fed. R. Civ. P. 26(a) initial disclosures within fourteen (14) days after entry of this Order.

**Outstanding Discovery:** The parties shall respond to outstanding discovery by July 18, 2014 except for discovery to which responses are not due under the applicable rules until after July 18, 2014.

///

///

///

Respectfully submitted this the 31st day of July, 2014.

DATED: July 23rd, 2014.

        PETER TEPLEY, admitted *pro hac vice*
        MEREDITH LEES, admitted *pro hac vice*
        REBECCA BEERS, admitted *pro hac vice*
        RUMBERGER, KIRK & CALDWELL, P.C.
        2204 Lakeshore Drive, Suite 125
        Birmingham, AL 35209-6739
        Telephone (205) 327-5550
        Facsimile (205) 326-6786

By: /s/ *Meredith Jowers Lees*
      Meredith Jowers Lees

DATED: July 25th, 2014.

MICHAEL SAMMONS, appearing *Pro Se*
15706 Seekers St
San Antonio, TX 78255
210 858 6199

By: /s/ *Michael Sammons*
      Michael Sammons

DATED: July 25th, 2014.

ELENA SAMMONS, appearing *Pro Se*
15706 Seekers St
San Antonio, TX 78255

By:/s/ *Elena Sammons*
    Elena Sammons

DATED: July 28th, 2014.

EDMUND J. GORMAN JR.
ATTORNEY AT LAW, LTD
Bar No. 11581
335 W. First Street
Reno, Nevada 89503

By:/s/ *Edmund J. Gorman*
Edmund J. Gorman, Jr.

DATED: July 28th, 2014.

RANDY DOCK FLOYD, appearing *Pro Se*
4000 Goff Road
Aynor, SC 29551

By:/s/ *Randy Dock Floyd*
Randy Dock Floyd

| | | |
|---|---|---|
| 1 | DATED: July 28th, 2014. | RICHARD L. ELMORE<br>HOLLAND & HART |
| 2 | | 5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511 |
| 3 | | |
| 4 | | By:/s/ *Richard L. Elmore*<br>Richard L. Elmore |
| 5 | DATED: July 31st, 2014. | MICHAEL N. FEDER<br>JUSTIN J. BUSTOS |
| 6 | | ANJALI D. WEBSTER<br>GORDON SILVER |
| 7 | | 100 West Liberty Street<br>Suite 940 |
| 8 | | Reno, Nevada 89501 |
| 9 | | By:/s/ *Justin J. Bustos*<br>Justin J. Bustos |
| 10 | | |
| 11 | DATED: July 22nd, 2014. | DANIEL T. HAYWARD, Esq.<br>LAXALT & NOMURA |
| 12 | | 9600 Gateway Drive<br>Reno, Nevada 89521 |
| 13 | | By:/s/ *Daniel T. Hayward*<br>Daniel T. Hayward |
| 14 | | |
| 15 | DATED: July 23rd, 2014. | JUN HE, appearing *Pro Se*<br>231 Split Rock Rd |
| 16 | | The Woodlands, TX 77381 |
| 17 | | By:/s/ *Jun He*<br>Jun He |

IT IS SO ORDERED:

/s/ Valerie P. Cooke
UNITED STATES MAGISTRATE JUDGE

DATED: August 7, 2014

## CERTIFICATE OF SERVICE

I certify that I am an employee of GORDON SILVER, and that on this date, pursuant to FRCP 5(b), hereby certifies that she served a copy of **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e)**. via CM/ECF to the following individuals:

Richard L. Elmore, Esq.
Holland & Hart
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorney for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008*

Edmund J. Gorman Jr.
Attorney at Law, Ltd.
335 W. First Street
Reno, Nevada 89503

Bret F. Meich
ARMSTRONG TEASDALE
50 W. Liberty Street, Suite 950
Reno, NV 89501

Michael Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Daniel T. Hayward, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521

Peter J. Tepley
Meredith Lees
Rebecca Beers
RUMBERGER KIRK & CALDWELL
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209

And by U.S. Mail, postage prepaid, to the following individuals:

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Jun He
231 Split Rock Rd
The Woodlands, TX 77381
*Defendant in Proper Person*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551
*Defendant in Proper Person*

DATED this 31st day of July, 2014.

/s/ Stephanie J. Glantz
An employee of GORDON SILVER