BRET F. MEICH
State Bar No. 11208
(bmeich@armstrongteasdale.com)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

PETER TEPLEY
(ptepley@rumberger.com), *admitted pro hac vice*
MEREDITH LEES
(mlees@rumberger.com), *admitted pro hac vice*
REBECCA BEERS
(rbeers@rumberger.com), *admitted pro hac vice*
RUMBERGER, KIRK & CALDWELL, PC
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

Attorneys for Third-Party Defendant COR Clearing, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALAN HILL, et al.,<br><br>　　　　　Defendants,<br><br>ELENA SAMMONS AND MICHAEL SAMMONS,<br>　　　　　Third-Party Plaintiffs<br>vs.<br><br>CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING<br><br>　　　　　Third-Party Defendants. | 3:13-CV-562-MMD-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANT COR CLEARING, LLC AN OPPORTUNITY TO RESPOND TO PLAINTIFF CEC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT I OF THE COMPLAINT AS TO THE SAMMONS DEFENDANTS AND GRANTING CEC LEAVE TO REPLY TO COR CLEARING LLC'S RESPONSE** |

Third-Party Defendant COR Clearing, LLC ("COR") and Plaintiff China Energy Corporation ("CEC"), by and through their counsel, jointly submit the following Stipulation granting COR an opportunity to respond to Plaintiff CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) and granting CEC an opportunity to reply to COR's response as well as a [Proposed] Order

1. On November 29, 2013, CEC filed Plaintiff CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71), which asserts that the Sammonses failed to perfect their dissenter's rights under NRS 92A.440. *See* Dkt. No. 71, at 2.

2. On January 29, 2014, Third-party Plaintiffs Elena and Michael Sammons filed a First Amended Third-Party Complaint against COR and others requesting a declaration "that *if* they failed to perfect their [dissenter's] right to judicial appraisal of the 650,000 shares of CEC it was caused by errors of the Third-Party Defendants which constituted breach of contract, breach of fiduciary obligations, and/or negligence." *See* Dkt. No. 128, p. 11, ¶ 42 (emphasis added).[1]

3. The First Amended Third-Party Complaint was served on COR after the responses to CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) were due.

4. On February 24, 2014, COR filed its Motion to Dismiss and/or Strike Third-party Complaint for failure to Comply with Federal Rule of Civil Procedure 14(a), *see* Dkt. No. 161, which the Sammonses opposed, *see* Dkt. No. 165.

---

[1] The Sammons served their First Amended Third-Party Complaint (Dkt. No. 128) before a response to their original Third-Party Complaint was due.

2

5. On March 21, 2014, the Court stayed discovery as to the Third-Party Defendants, including COR, pending a ruling by the Court on the Third-Party Defendants' pending motions to dismiss (the Third-Party Discovery Stay Order). *See* Dkt. No. 192, at 2. The Third-Party Discovery Stay Order further stated that "in the event the District Court denies the motions to dismiss, the parties shall meet and confer and submit a proposed discovery plan and scheduling order that complies with LR 26-1(e), with discovery deadlines measured from the date of decision of the respective motions to dismiss." *Id.* at 1-2.

6. On June 13, 2014, the Court denied COR's Motion to Dismiss and/or Strike Third-party Complaint for failure to Comply with Federal Rule of Civil Procedure 14(a). *See* Dkt. No. 226.[2]

7. On July 31, 2014, the parties submitted a Stipulated Discovery Plan and Scheduling Order setting September 19, 2014 as the discovery cut-off date for fact discovery on both Count I of the Complaint and the Third-Party claims. *See* Dkt. No. 224, at 2.[3]

8. The Stipulated Discovery Plan and Scheduling Order was approved by the Court and entered on August 7, 2014. *See* Dkt. No. 225, at 5.

9. Third-Party Defendant COR requests leave to file a response to CEC's Motion for Partial Summary Judgment on Count I on the Complaint as to the Sammons Defendants (Dkt. No. 71) because the resolution of that motion could affect the Third-Party claims that the Sammonses have brought against COR. As noted in Paragraph 2 above, the Sammonses' third-party claims against COR are conditioned on the Court finding that the Sammonses "failed to

---

[2] The motions to dismiss of Third-Party Defendants The Depository Trust Company ("DTC") and Cede & Company ("Cede") are still pending.

[3] Third-Party Defendants DTC and Cede executed the stipulation without waiver of the personal jurisdiction arguments in their pending motion to dismiss and with the understanding that the stay of discovery as to them remains in effect. *See* Dkt. No. 244, at 2, n.1

3

perfect their [dissenter's] right to judicial appraisal of . . .650,000 shares of CEC". *See* Dkt. No. 128, p. 11, ¶ 42.

10. CEC does not oppose COR being granted leave to file a response to CEC's Motion for Partial Summary Judgment on Count I on the Complaint as to the Sammons Defendants (Dkt. No. 71), as long as CEC is also provided an opportunity to file a reply to COR's response.

The undersigned parties agree and stipulate as follows:

1. COR's deadline to file a response to Plaintiff CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) shall be August 29, 2014; and

2. CEC's deadline to file a reply to COR's response shall be September 12, 2014.

Respectfully submitted this the 11th day of August, 2014.

>BRET F. MEICH (SBN 11208)
>ARMSTRONG TEASDALE, LLP
>3770 Howard Hughes Parkway, Suite 200
>Las Vegas, NV 89169
>Telephone: (775) 322-7400
>Facsimile:  (775) 322-9049
>
>PETER TEPLEY, admitted *pro hac vice*
>MEREDITH LEES, admitted *pro hac vice*
>REBECCA BEERS, admitted *pro hac vice*
>RUMBERGER, KIRK & CALDWELL, P.C.
>2204 Lakeshore Drive, Suite 125
>Birmingham, AL 35209-6739
>Telephone (205) 327-5550
>Facsimile (205) 326-6786
>
>By: /s/ *Meredith Jowers Lees*
>     Meredith Jowers Lees
>
>*Counsel for Third-Party Defendant COR Clearing, LLC*

4

MICHAEL N. FEDER
JUSTIN J. BUSTOS
ANJALI D. WEBSTER
GORDON SILVER
100 West Liberty Street
Suite 940
Reno, Nevada  89501

By: /s/ *Justin J. Bustos*
       Justin J. Bustos

*Counsel for Plaintiff China Energy Corporation*

**[PROPOSED] ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated this ___ day of August, 2014.

///

# CERTIFICATE OF SERVICE

I, Meredith Jowers Lees, certify that on August 11th, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.

A copy was also served by First Class U.S. Mail, postage prepaid on the following individuals:

Elena Sammons
15706 Seekers St.
San Antonio, TX 78255

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551

Jun He
231 Split Rock Road
The Woodlands, TX 77381

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed August 11th, 2014, at Birmingham, Alabama.

By: /s/ *Meredith Jowers Lees*
Meredith Jowers Lees

7112054.1