BRET F. MEICH
State Bar No. 11208
(bmeich@armstrongteasdale.com)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

PETER TEPLEY
(ptepley@rumberger.com), *admitted pro hac vice*
MEREDITH LEES
(mlees@rumberger.com), *admitted pro hac vice*
REBECCA BEERS
(rbeers@rumberger.com), *admitted pro hac vice*
RUMBERGER, KIRK & CALDWELL, PC
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

Attorneys for Third-Party Defendant COR Clearing, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN HILL, et al.,<br><br>Defendants,<br><br>ELENA SAMMONS AND MICHAEL SAMMONS,<br>Third-Party Plaintiffs<br>vs.<br><br>CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING<br><br>Third-Party Defendants. | 3:13-CV-562-MMD-VPC<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANT COR CLEARING, LLC AN OPPORTUNITY TO RESPOND TO PLAINTIFF CEC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT I OF THE COMPLAINT AS TO THE SAMMONS DEFENDANTS AND GRANTING CEC LEAVE TO REPLY TO COR CLEARING LLC'S RESPONSE** |

Third-Party Defendant COR Clearing, LLC ("COR") and Plaintiff China Energy Corporation ("CEC"), by and through their counsel, jointly submit this amended Stipulation granting COR an opportunity to respond to Plaintiff CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) and granting CEC an opportunity to reply to COR's response as well as a [Proposed] Order

1. On August 11, 2014 COR and CEC jointly submitted a Stipulation and [Proposed] Order Granting Third-Party Defendant COR Clearing, LLC an Opportunity to Respond to Plaintiff CEC's Motion for Partial Summary Judgment on Count 1 of the Complaint as to the Sammons Defendants (Dkt. No. 71) and Granting CEC Leave to Reply to COR Clearing, LLC's Response (the "Stipulation") (Dkt. No. 246).

2. The Stipulation provided that COR's deadline to file a response to Plaintiff CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) would be August 29, 2014; and CEC's deadline to file a reply to COR's response would be September 12, 2014.

3. On August 13, 2014, the Court entered a Minute Entry Order (Dkt. No. 248), denying the Stipulation without prejudice and noted that the Court would only consider a stipulation that required all briefing on CEC's Motion for Partial Summary Judgment (Dkt. No. 71) to be completed on or before September 5, 2014.

4. In accordance with the Court's Order, COR and CEC have agreed upon a modified briefing schedule that completes all briefing on CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) on September 5, 2014.

The undersigned parties agree and stipulate as follows:

1. COR's deadline to file a response to Plaintiff CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) shall be August 26, 2014; and

2. CEC's deadline to file a reply to COR's response shall be September 5, 2014.

Respectfully submitted this the 14th day of August, 2014.

BRET F. MEICH (SBN 11208)
ARMSTRONG TEASDALE, LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

PETER TEPLEY, admitted *pro hac vice*
MEREDITH LEES, admitted *pro hac vice*
REBECCA BEERS, admitted *pro hac vice*
RUMBERGER, KIRK & CALDWELL, P.C.
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786


By: /s/ *Meredith Jowers Lees*
       Meredith Jowers Lees


*Counsel for Third-Party Defendant COR Clearing, LLC*

MICHAEL N. FEDER
JUSTIN J. BUSTOS
ANJALI D. WEBSTER
GORDON SILVER
100 West Liberty Street
Suite 940
Reno, Nevada  89501

By:/s/ *Justin J. Bustos*
       Justin J. Bustos

*Counsel for Plaintiff China Energy Corporation*

3

**[PROPOSED] ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated this ____ day of August, 2014.

///

4

# CERTIFICATE OF SERVICE

I, Meredith Jowers Lees, certify that on August 14th, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.

A copy was also served by First Class U.S. Mail, postage prepaid on the following individuals:

Elena Sammons
15706 Seekers St.
San Antonio, TX 78255

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551

Jun He
231 Split Rock Road
The Woodlands, TX 77381

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed August 14th, 2014, at Birmingham, Alabama.

By: /s/ *Meredith Jowers Lees*
Meredith Jowers Lees

7120849.1