UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHINA ENERGY CORPORATION,  ) 3:13-CV-562-MMD-VPC
)
         Plaintiff, )
)
vs. )
)
ALAN HILL, et al., )
)
         Defendants, )
)
ELENA SAMMONS AND MICHAEL )
SAMMONS, )
         Third-Party Plaintiffs )
)
vs. )
)
CEDE & CO., THE DEPOSITORY TRUST )
COMPANY, AND COR CLEARING, LLC )
)
         Third-Party )
         Defendants. )

**DECLARATION OF Chris McMillan**

EXHIBIT 1

I, Chris McMillan, hereby declare as follows:

1. I am the Deputy General Counsel for COR Clearing, LLC ("COR"). I have held this position since 2012. I make this declaration based upon my personal knowledge. If called to testify, I am competent to testify to the facts set forth in this declaration.

2. Anh Mechals was the former Manager of Corporate Actions & Dividends at COR. She held that position during all times relevant to this declaration.

3. COR employees are issued COR email addresses to use in conducting their business activities and communications for COR.

4. Anh Mechals' COR email address was anh.mechals@corclearing.com.

5. Emails that are sent to or from COR's email system reflect the date and time that they are sent from or received by COR's email system.

6. As a regular course of business COR maintains copies of the emails sent to or from COR's email servers for a period of 7 years.

7. Attached as Exhibit A hereto is a true and correct copies of two pages of an email string that was sent and received through COR's email system on August 9, 2013.

8. The Bates numbers on the bottom of Exhibit A, which begin with "COR Clearing" were placed on those documents by the lawyers representing COR in the above-captioned case and indicate that those pages have been produced by COR in discovery.

9. The email that begins on the last line of the page of Exhibit A that is Bates numbered COR Clearing 000218 and continues onto the top portion of the page Bates numbered COR Clearing 000219 is a true and correct copy of an email that that is stored on COR's email system that Anh Mechals received at her COR email address on August 9, 2013 from Nithin Srinagesh, whose email address is Srinagesh@successtrade.com.

10. The email that begins on the bottom portion of the page of Exhibit A that is Bates numbered COR Clearing 000218, is a true and correct copy of the response to the preceding email that is stored on COR's email system that Anh Mechals sent through from her COR email address to Nithin Srinagesh, whose email address is Srinagesh@successtrade.com.

11. As part of their regular business activities certain COR employees, including Anh Mechals receive letters from and send letters to the Depository Trust Company, Cede & Co., and stock transfer agents.

12. As part of its regular business activities, COR maintains copies of letters that its employees send to or receive from the Depository Trust Company, Cede & Co., and stock transfer agents as part of their business activities for COR.

13. Attached hereto as Exhibit B is a true and correct copy of a letter dated August 19, 2013 from Anh Mechals to the Depository Trust Company with a handwritten reply that was sent, received, copied and maintained by COR as part of its regular business activities.

14. The Bates numbers on the bottom of Exhibit B – COR Clearing 000136-138 – were placed on those documents by the lawyers representing COR in the above-captioned case and indicate that those pages have been produced by COR in discovery.

15. Attached hereto as Exhibit C are true and correct copies of a letter dated August 23, 2013 from Anh Mechals to QuickSilver Stock Transfer and the following attachments to that letter: (1) the Original Certificate # 1032 of China Energy representing 650,000 shares; (2) a copy of the Letter of Appraisal (or Dissenter's Rights) dated August 7, 2013 (which had previously been submitted to China Energy and Quicksilver on August 1, 2013 and August 13, 2013); (3) the Original Stock Power form for COR Clearing; (4) Original Stock Power form for Delaware Charter Guarantee & Trust FBO: Elena Sammons R/O IRA; and (5) Original W-9

Delaware Charter Guarantee & Trust FBS: Elena Sammons R/O IRA. These documents, were sent, copied and maintained by COR as part of its regular business activities.

16.  I am informed that the Bates numbers on the bottom of Exhibit C – COR Clearing 000229-235 – were placed on those documents by the lawyers representing COR in the above-captioned case and indicate that those pages have been produced by COR in discovery.

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing statements are true and correct.

Executed on August 26, 2014

_____
Chris McMillan

at least three years and may be produced to regulatory agencies or others with a legal right to access such information. Success Trade Securities will not accept trade order instructions via e-mail.

If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system. Thank you.
*******************************

**From:** Anh Mechals [mailto:anh.mechals@corclearing.com]
**Sent:** Sunday, August 11, 2013 11:11 AM
**To:** Nithin Srinagesh
**Cc:** legentinfo@successtrade.com
**Subject:** RE: CHGY Corp. Action

Hi Nithin –

Please be advised that DTCC has advised us that the transfer agent charges are as follows:

$100 Processing Fee
$45 Issuance fee per certificate
$100 Rush Fee

Additional fees may apply and will be passed along as incurred per the request.

Please let me know if you should need anything else.

Thank you,

_____

ANH MECHALS
Manager, Corporate Actions & Dividends
T 402-384-6179 | COR Clearing, LLC
F 402-384-6143
9300 Underwood Avenue
Suite 400
Omaha, NE 68114

**From:** Anh Mechals
**Sent:** Friday, August 09, 2013 11:36 AM
**To:** Nithin Srinagesh; Anh Mechals
**Cc:** legentinfo@successtrade.com
**Subject:** Re: CHGY Corp. Action

Hi Nithin -

I just confirmed with the Transfer Agent who advised that the deadline is 9/30/13.

Thanks,

Anh

----- Reply message -----
From: "Nithin Srinagesh" <NSrinagesh@successtrade.com>



COR Clearing 000218

To: "Anh Mechals" <anh.mechals@corclearing.com>
Cc: "legentinfo@successtrade.com" &l t;legentinfo@successtrade.com>
Subject: CHGY Corp. Action
Date: Fri, Aug 9, 2013 10:19 am

OK thanks for the info. Lastly, do you know when the deadline to get this to the issuer/transfer agent is?

Thanks,

Nithin Srinagesh
Success Trade Securities, Inc.
nsrinagesh@successtrade.com
(202) 466-6890 Office
(202) 466-6895 Fax

*****Important Notice to Recipients*****

The information in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited.

Authorized supervisors, compliance or internal audit personnel may review all e-mail. E-mail will be archived for at least three years and may be produced to regulatory agencies or others with a legal right to access such information. Success Trade Securities will not accept trade order instructions via e-mail.

If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system. Thank you.
*******************************

-----Original Message-----
From: Anh Mechals [mailto:anh.mechals@corclearing.com]
Sent: Friday, August 09, 2013 10:17 AM
To: Nithin Srinagesh; Anh Mechals
Cc: legentinfo@successtrade.com
Subject: Re: CHGY Corp. Action

Hi Nithin - From my discussions with DTCC - the issuance of the certificate is part of the dissenters process.

Typically, after the letter is sent to the issuer - a certificate representing the shares will follow to be sent to the issuer.

Any costs associated with the request will be passed along to the client.

At this time - I have not yet heard back from CHGY regarding this request.

Let me know if you need anything else.

Thanks,

Anh

Value = 85

 **COR**CLEARING

Date: August 19, 2013

The Depository Trust Company
55 Water Street – 25th Floor
New York, NY 10041
Attn: Vault/Mandatory Reorg

RE:   Cert # 1032 - CHINA ENERGY CORPORATION CUSIP NUMBER 16939M103

To Whom It May Concern –

Please be advised that COR Clearing – Participant # 0052 is returning the attached certificate back to DTCC for the following missing items:

1) Missing Medallion Stamp Signature Guarantee
2) Stock Power for Cede & Co

Please return the certificate with the required documents above promptly so that we may forward to the transfer agent in time for the Appraisal/Dissenter's Rights.

Please contact me with any issues regarding this request.

Thank you for your time and attention.

Anh Mechals
Operations Manager, Corporate Actions and Dividends & Interest
402-384-6179(ph)
402-384-6143(fax)
Anh.mechals@corclearing.com

Hi Anh.

The certificate is assigned to COR Clearing with the Cede + Co. signature stamp. Any questions please call me. It is in good form.

Robert Ferreira
DTCC Vault Operation
212-855-7305

Headquarters - 9300 Underwood Ave, Suite 400, Omaha, NE 68114   402-384-6100 - 800-811-3487
Member FINRA, SIPC


EXHIBIT B

COR Clearing 000136

## CERTIFICATION OF RESOLUTION

This Certificate of Resolution certifies that the Board of Managers of Legent Clearing LLC, a Delaware Limited Liability Company, as of July 25, 2012, has vested in the following individuals General Operating Authority to represent and act for and on behalf of Legent Clearing LLC in matters falling within the scope of the functions and duties of their respective positions, and as delegated by the Board of Managers:

| | |
|---|---|
| Jeff Sime | Chief Financial Officer; |
| Richard Thoeny | Senior Vice President; |
| Christine Hansen | Vice President; |
| Brian Strasser | Vice President; |
| Jeanette Douglas | Operations Manager; |
| Anh Mechals | Operations Manager; |
| Alicia Long | Operations Manager; |
| Nancy Kripal | Operations Manager; |
| Dan Rold | Operations Manager; |
| Jeff Thomas | Operations Manager; |
| Josh Mechals | Operations Manager. |

David H. Jarvis
Secretary

## COR Clearing LLC
### CERTIFICATION OF RESOLUTION

This Certificate of Resolution certifies that the Board of Managers of COR Clearing LLC, a Delaware Limited Liability Company, has vested in the following individuals General Operating Authority (General Operating Authority defined as having signatory authority over matters related to the below identified person's position) to represent and act for and on behalf of COR Clearing LLC in matters falling within the scope of the functions and duties of their respective positions, and as delegated by the Board of Managers:

| Name | Position |
|---|---|
| Carlos Salas | President |
| Chris Frankel | Chief Executive Officer |
| Hugh Dunkerley | Executive Vice President, Capital Markets |
| Jeff Sime | Chief Financial Officer; |
| George Arnett | General Counsel, Secretary |
| Kevin Zemann | Chief Compliance Officer |
| Chris McMillan | Deputy General Counsel, Assistant Secretary |
| Steve Gribben | Deputy General Counsel, Assistant Secretary |
| Richard Thoeny | Senior Vice President Operations; |
| Christine Hansen | Vice President Human Resources; |
| Brian Strasser | Managing Director Customer Service; |
| Louis Weitkam | Controller |
| Collette Rex | Vice President of Operations |
| Jeanette Douglas | Operations Manager; |
| Anh Mechals | Operations Manager; and |
| Ginnie Wikoff | Cash Manager |
| Nancy Kripal | Operations Manager |
| Dan Rold | Operations Manager |
| Luke Holland | Operations Manager |
| Josh Mechals | Operations Manager |
| Jeff Thomas | Operations Manager |

I do hereby certify that the above General Operating Authority approved by the consent of the Board of Managers.

Steve Sugarman

Hugh Dunkerley

Chris Frankel

Carlos Salas
President

Chris McMillan, Assistant Secretary

January 2nd, 2013



Date: August 23, 2013

QuickSilver Stock Transfer
6623 Las Vegas Blvd South
Suite 255
Las Vegas, NV 89119
702-629-1883

Re: China Energy Corporation Appraisal Rights Request for Elena Sammons

Hello

Please find the following enclosed documents for this request:

1) Original Certificate # 1032 of China Energy Corporation representing 650,000 shares
2) Copy of the Letter of Appraisal (or Dissenter's Rights) dated 08/07/13
3) Original Stock Power form COR Clearing
4) Original Stock Power form Delaware Charter Guarantee & Trust FBO: Elena Sammons R/O IRA
5) Original W-9 for Delaware Charter Guarantee & Trust FBO: Elena Sammons R/O IRA

Please remit payment for this request to the following address made payable to:

Delaware Charter Guarantee & Trust
C/O COR Clearing – Attn: Corporate Actions
FBO: Elena Sammons R/O IRA – [Redacted]7264
9300 Underwood Ave., Suite 400
Omaha, NE 68114

Please contact me with any issues regarding this request at corporate.action@corclearing.com or 402-384-2040.

Sincerely,

Anh Mechals
Operations Manager, Corporate Actions and Dividends & Interest

Headquarters - 9300 Underwood Ave, Suite 400, Omaha, NE 68114    402-384-6100 - 800-811-3487

Member FINRA, SIPC



COR Clearing 000229

**Cede & Co.**
c/o The Depository Trust Company
55 Water Street
New York, NY 10041

Date: August 7, 2013

China Energy Corporation
c/o United Corporate Services, Inc
202 South Minnesota Street
Carson City, NE 89703
Contact Person: Wenxiang Ding, President and CEO

Attention: <u>Wenxiang Ding, President and CEO</u>

Cede & Co., the nominee of The Depository Trust Company ("DTC"), is a holder of record of shares of
CHINA ENERGY CORPORATION CUSIP NUMBER 16939M103

DTC is informed by its Participant,

COR Clearing LLC that

650,000 (# of shares) shares are beneficially owned by

<u>Delaware Charter Guarantee & Trust FBO; Elena Sammons R/O IRA</u>. In accordance with instructions received from Participant on behalf of its customer, we hereby assert appraisal ("dissenters") rights with respect to the Shares.

Future correspondence on this matter should be directed to
Delaware Charter Guarantee & Trust
FBO Elena Sammons R/O IRA
15706 Seekers St.
San Antonio, TX 78255-3302

with copies directed to the attention of

COR Clearing
9300 Underwood Avenue
Suite 400
Omaha, NE 68114
Attn: Anh Mechals

Very truly yours,
Cede & Co.

BY: /s/ [signature]
    Partner

Date :   *Lori-Ann Trezza, partner*

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

# CHINA ENERGY CORPORATION

NUMBER 1032

SHARES * 650,000 *

Cusip 16939M103

THIS IS TO CERTIFY THAT

AUTHORIZED COMMON STOCK: 200,000,000
PAR VALUE $0.001

CEDE & CO

is the owner of

* SIX HUNDRED FIFTY THOUSAND *
FULLY PAID AND NON-ASSESSABLE SHARES

(hereinafter called the "Corporation") transferable on the books of the corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate and the shares represented hereby are issued and shall be held subject to all the provision of the Certificate of Incorporation and By-Laws of the Corporation and the amendments from time to time made thereto, copies of which are or will be on file at the principal office of the corporation, to all of which the holder by acceptance hereof assents. This Certificate is not valid unless countersigned by the Transfer Agent and Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: 07/02/2013

Secretary

President

BY

Countersigned and Registered
Quicksilver Stock Transfer
P.O. Box 371270
Las Vegas, Nevada 89137
702-629-1883

Transfer Agent and Registrar
Authorized Signature

## Irrevocable Stock or Bond Power

Account Number

FOR VALUE RECEIVED, the undersigned does (do) hereby sell, assign and transfer to

⌈ ⌉
Delaware Charter Guarantee Trust FBO Elena Summons H/O IRA
⌊ ⌋

**IF STOCK, COMPLETE THIS PORTION:**

650,000 shares of the Common stock of China Energy Corporation represented by Certificate(s) No.(s)
(Number)           (Common or Preferred)        (Issuer)
1032 _____ inclusive, standing in the name of the undersigned on the books of said company.

**IF BONDS, COMPLETE THIS PORTION:**

_____ bonds of _____
     (Number)                                   (Issuer)
in the principle amount of $ _____ No.(s) _____
inclusive, standing in the name of the undersigned on the books of said company.

The Undersigned does (do) hereby irrevocable constitute and appoint _____ attorney to transfer the said stocks or bond(s) as the case may be, on the books of the said Company, with full power of substitution in the premises.

⌈           ⌉          _____   8/23/13         ⌈    ⌉
                        Stock or Bondholder's Signature    Date
                        _____   _____
⌊           ⌋          Stock or Bondholder's Signature    Date   ⌊    ⌋
                        _____   _____
                        Stock or Bondholder's Signature    Date

CLEARED THROUGH COR Clearing LLC 9300 Underwood Avenue, Suite 400 • Omaha, Nebraska 68114-2685 • 402-384-6100
www.corclearing.com • Member FINRA & SIPC

COR - 12/12

COR Clearing 000232

## COR Clearing LLC
### CERTIFICATION OF RESOLUTION

This Certificate of Resolution certifies that the Board of Managers of COR Clearing LLC, a Delaware Limited Liability Company, has vested in the following individuals General Operating Authority (General Operating Authority defined as having signatory authority over matters related to the below identified person's position) to represent and act for and on behalf of COR Clearing LLC in matters falling within the scope of the functions and duties of their respective positions, and as delegated by the Board of Managers:

| | |
|---|---|
| Carlos Salas | President |
| Chris Frankel | Chief Executive Officer |
| Hugh Dunkerley | Executive Vice President, Capital Markets |
| Jeff Sime | Chief Financial Officer; |
| George Arnett | General Counsel, Secretary |
| Kevin Zemann | Chief Compliance Officer |
| Chris McMillan | Deputy General Counsel, Assistant Secretary |
| Steve Gribben | Deputy General Counsel, Assistant Secretary |
| Richard Thoeny | Senior Vice President Operations; |
| Christine Hansen | Vice President Human Resources; |
| Brian Strasser | Managing Director Customer Service; |
| Louis Weidkam | Controller |
| Collette Rex | Vice President of Operations |
| Jeanette Douglas | Operations Manager; |
| Anh Mechais | Operations Manager; and |
| Ginnie Wikoff | Cash Manager |
| Nancy Kripal | Operations Manager |
| Dan Reid | Operations Manager |
| Luke Holland | Operations Manager |
| Josh Mechais | Operations Manager |
| Jeff Thomas | Operations Manager |

I do hereby certify that the above General Operating Authority approved by the consent of the Board of Managers.

_____  
Steve Sugarman

_____  
Hugh Dunkerley

_____  
Chris Frankel

_____  
Carlos Salas, President

January 2nd, 2013

_____  
Chris McMillan, Assistant Secretary

CERTIFIED COPY & CORPORATE RESOLUTION ON REVERSE SIDE

Account # ~~Redacted~~ 7264

### ASSIGNMENT SEPARATE FROM CERTIFICATE

FOR VALUE RECEIVED, Delaware Charter Guarantee & Trust Company, d/b/a Principal Trust Company (Principal Trust) hereby sell, assign, and transfer unto _____ Shares/or Amount of the Capital Stock/or Bonds of the _____ standing in Principal Trust Company on the books of said Company represented by Certificate No. _____ herewith and do hereby irrevocably constitute and appoint _____ attorney to transfer the said stock on the books of the named Company with full power of substitution in the premises.

**Dated:**

**FBO:**
**GT:**

_Carey B. Bu____
**Delaware Charter Guarantee & Trust Company**

**CERTIFIED COPY & CORPORATE RESOLUTION ON REVERSE SIDE**

COR Clearing 000234

| Form **W-9** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)
Delaware Charter Guarantee and Trust Custodian FBO: *Elena Sammons IRA*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor   ☑ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
c/o COR Clearing LLC   9300 Underwood Ave, Suite 400

City, state, and ZIP code
Omaha, Ne  68114

Requester's name and address (optional)

List account number(s) here (optional)
Client Account #

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: ☐☐☐ - ☐☐ - ☐☐☐☐

Employer identification number: Redacted 9 4 9 3

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here   Signature of U.S. person ▶ *[signature]*   Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X                                              Form **W-9** (Rev. 12-2011)