BRET F. MEICH
State Bar No. 11208
(bmeich@armstrongteasdale.com)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

PETER TEPLEY
(ptepley@rumberger.com), *admitted pro hac vice*
MEREDITH LEES
(mlees@rumberger.com), *admitted pro hac vice*
REBECCA BEERS
(rbeers@rumberger.com), *admitted pro hac vice*
RUMBERGER, KIRK & CALDWELL, PC
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

Attorneys for Third-Party Defendant COR Clearing, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>ALAN HILL, et al.,<br><br>                Defendants,<br><br>ELENA SAMMONS AND MICHAEL SAMMONS,<br>                Third-Party Plaintiffs<br>vs.<br><br>CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING<br><br>                Third-Party<br>                Defendants. | 3:13-CV-562-MMD-VPC<br><br>**AMENDED STIPULATION AND ORDER GRANTING THIRD-PARTY DEFENDANT COR CLEARING, LLC AN OPPORTUNITY TO RESPOND TO PLAINTIFF CEC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT I OF THE COMPLAINT AS TO THE SAMMONS DEFENDANTS AND GRANTING CEC LEAVE TO REPLY TO COR CLEARING LLC'S RESPONSE** |

Third-Party Defendant COR Clearing, LLC ("COR") and Plaintiff China Energy Corporation ("CEC"), by and through their counsel, jointly submit this amended Stipulation granting COR an opportunity to respond to Plaintiff CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) and granting CEC an opportunity to reply to COR's response as well as a [Proposed] Order

1. On August 11, 2014 COR and CEC jointly submitted a Stipulation and [Proposed] Order Granting Third-Party Defendant COR Clearing, LLC an Opportunity to Respond to Plaintiff CEC's Motion for Partial Summary Judgment on Count 1 of the Complaint as to the Sammons Defendants (Dkt. No. 71) and Granting CEC Leave to Reply to COR Clearing, LLC's Response (the "Stipulation") (Dkt. No. 246).

2. The Stipulation provided that COR's deadline to file a response to Plaintiff CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) would be August 29, 2014; and CEC's deadline to file a reply to COR's response would be September 12, 2014.

3. On August 13, 2014, the Court entered a Minute Entry Order (Dkt. No. 248), denying the Stipulation without prejudice and noted that the Court would only consider a stipulation that required all briefing on CEC's Motion for Partial Summary Judgment (Dkt. No. 71) to be completed on or before September 5, 2014.

4. In accordance with the Court's Order, COR and CEC have agreed upon a modified briefing schedule that completes all briefing on CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) on September 5, 2014.

The undersigned parties agree and stipulate as follows:

1. COR's deadline to file a response to Plaintiff CEC's Motion for Partial Summary Judgment on Count I of the Complaint as to the Sammons Defendants (Dkt. No. 71) shall be August 26, 2014; and

2. CEC's deadline to file a reply to COR's response shall be September 5, 2014.

Respectfully submitted this the 14th day of August, 2014.

          BRET F. MEICH (SBN 11208)
          ARMSTRONG TEASDALE, LLP
          3770 Howard Hughes Parkway, Suite 200
          Las Vegas, NV 89169
          Telephone: (775) 322-7400
          Facsimile:  (775) 322-9049

          PETER TEPLEY, admitted *pro hac vice*
          MEREDITH LEES, admitted *pro hac vice*
          REBECCA BEERS, admitted *pro hac vice*
          RUMBERGER, KIRK & CALDWELL, P.C.
          2204 Lakeshore Drive, Suite 125
          Birmingham, AL 35209-6739
          Telephone (205) 327-5550
          Facsimile (205) 326-6786


By: /s/ *Meredith Jowers Lees*
      Meredith Jowers Lees


*Counsel for Third-Party Defendant COR Clearing, LLC*

MICHAEL N. FEDER
JUSTIN J. BUSTOS
ANJALI D. WEBSTER
GORDON SILVER
100 West Liberty Street
Suite 940
Reno, Nevada  89501

By:/s/ *Justin J. Bustos*
      Justin J. Bustos

*Counsel for Plaintiff China Energy Corporation*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of September 2014.