Michael Sammons, pro se
15706 Seekers St
San Antonio, TX  78255
michaelsammons@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

China Energy Corporation
    Plaintiff

vs.                                   Case No.   3:13-CV-562-MMD-VPC

Alan Hill, et al
    Defendants

Elena Sammons
Michael Sammons
    Third-party Plaintiffs

vs.

Cede & Co.
The Depository Trust Company
COR Clearing
    Third –Party Defendants

## NOTICE OF APPEAL

NOTICE is hereby given that Michael Sammons, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order denying leave to intervene entered on the 15th day of September, 2014.

1

Respectfully submitted:

_____
Michael Sammons, pro se

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed or emailed to all parties this the 15th day of September, 2014.

_____
Michael Sammons, pro se