Michael Sammons, pro se
15706 Seekers St
San Antonio, TX 78255
michaelsammons@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

China Energy Corporation
    Plaintiff

vs.                             **Case No.   3:13-CV-562-MMD-VPC**

Alan Hill, et al
    Defendants

Elena Sammons, et al
    Third-party Plaintiffs

vs.

Cede & Co., et al
    Third–Party Defendants

## NOTICE OF WITHDRAWAL OF MOTIONS

    Comes the Defendant-Third-Party Plaintiff ("TP-P"), Michael Sammons, and hereby gives notice that he is withdrawing the following motions:

    (1)    "Motion for Review by U.S. District Judge of Magistrate's Order dated April 24, 2014," Dkt 210; and

    (2)    "Motion to Dismiss Complaint for Want of Jurisdiction," Dkt. 212.

In support thereof, the Defendant believes such withdrawal is appropriate in light of the Court's Order entered September 15, 2014, Dkt. 255.

Respectfully submitted:

*[signature]*
Michael Sammons, pro se

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed or emailed to all parties this the 15th day of Sept, 2014.

*[signature]*
Michael Sammons, pro se