Michael Sammons, pro se
Elena Sammons, pro se
15706 Seekers St
San Antonio, TX  78255
michaelsammons@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

China Energy Corporation
    Plaintiff

vs.                                      Case No.  3:13-CV-562-MMD-VPC

Alan Hill, et al
    Defendants

Elena Sammons
Michael Sammons
    Third-party Plaintiffs

    vs.
COR Clearing
    Third –Party Defendant

## MOTION FOR LEAVE TO FILE "SECOND AMENDED THIRD PARTY COMPLAINT"

Comes the Defendant, Michael Sammons, pro se, and moves this Honorable Court to allow the filing of a Second Amended Third-Party Complaint pursuant to FRCP Rule 15, **_if the Court deems it necessary_**, to clarify that the relief sought by the Third-Party Plaintiffs ("TP-P") is solely a declaratory judgment as framed by the Court in its Order of June 13, 2013, denying COR's motion to dismiss or strike, Dkt. 226:

1

"the Sammons request a declaratory judgment specifying that, but for the Third-Party Defendants' errors, the Sammons would have properly dissented to CEC's stock split." Order at page 2.

The TP-P do not seek damages. They do not seek any other declaratory judgment(s). They do not seek additional relief other than costs and any other relief the Court might deem appropriate for a declaratory judgment case (such as attorney fees).

WHEREFORE, consistent with (a) Count 1 of the original Complaint, Dkt. 2, which seeks only a declaratory judgment, (b) the Court's Order of June 13, 2014 correctly framing the declaratory relief sought by the TP-P, and (c) as well as numerous uncontested statements of the TP-P in various filings that they are only seeking a declaratory judgment and not damages:

> *if necessary,* therefore, the TP-P move for leave to file a Second-Amended Complaint if the Court deems it necessary to clarify that the TP-P seek *only* declaratory relief.

Respectfully submitted,

_____
Michael Sammons, pro se

*I join in the above motion.*
*Elena Sammons*

2

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed or emailed to all parties this the __17__ day of __Sept__, 2014.

_____
Michael Sammons, pro se