BRET F. MEICH
State Bar No. 11208
(bmeich@armstrongteasdale.com)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

PETER TEPLEY
(ptepley@rumberger.com), *admitted pro hac vice*
MEREDITH LEES
(mlees@rumberger.com), *admitted pro hac vice*
REBECCA BEERS
(rbeers@rumberger.com), *admitted pro hac vice*
RUMBERGER, KIRK & CALDWELL, PC
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

Attorneys for Third-Party Defendant COR Clearing, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHINA ENERGY CORPORATION, | ) | 3:13-CV-562-MMD-VPC |
| Plaintiff, | ) | |
| vs. | ) | |
| ALAN HILL, et al., | ) | |
| Defendants, | ) | **COR CLEARING LLC'S MOTION TO EXTEND THE DISCOVERY AND RELATED DEADLINES FOR THE THIRD-PARTY CLAIMS** |
| ELENA SAMMONS AND MICHAEL SAMMONS, Third-Party Plaintiffs | ) | |
| vs. | ) | |
| CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING | ) | |
| Third-Party Defendants. | ) | |

Third-Party Defendant COR Clearing, LLC ("COR") respectfully moves the Court to extend the following deadlines in the current Stipulated Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(e) (the "Current Scheduling Order"), Doc. No. 245, by 60 days as they concern the third-party claims against it: (a) the discovery cut-off deadline; (b) the expert disclosure deadline; and (c) the dispositive motion deadline. Specifically, COR requests the Court to move these deadlines as follows:

(a) Extend the discovery cut-off for third-party claims from September 19, 2014 to November 19, 2014;

(b) Extend the third-party claim expert disclosure deadlines from October 3, 2014 to November 3, 2014 for initial expert disclosures and from November 3, 2014 to December 3, 2014 for rebuttal expert disclosures.

(c) Extend the third-party claim dispositive motion deadline to either thirty days after the cut-off date for third-party discovery (December 19, 2014) or thirty days after the disclosure of rebuttal experts in the event that any third-party discloses an expert witness on or before November 3, 2014.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The grounds for this motion are as follows:

1. COR needs to obtain discovery from Cede & Co. ("Cede") and the Depository Trust Company ("DTC") via subpoenas to defend itself against the third-party claims. This discovery will involve document discovery and potentially a deposition. *See* Declaration of Tepley, ¶ 3., 4.

2. The stay on discovery to Cede and DTC, which was previously stayed on April 25, 2014 pending the Court's ruling on Cede and DTC's motion to dismiss, *see* Doc. 205 at 1,

was dissolved less than a week ago on September 15, 2014 when the District Court granted Cede and DTC's motion to dismiss, *see* Doc. 255.

3. COR recently learned that it will likely need to subpoena and depose a former employee who is a key witness concerning the third-party claims and who, until recently, had been actively cooperating with COR on its defense. *See* Declaration of Tepley, ¶ 5.

4. The only other parties to the third-party claims – Elena and Michael Sammons – will not be prejudiced by the 60-day extension that COR seeks. The Sammons' third-party claims against COR are contingent upon China Energy Corporation ("CEC") prevailing on its first claim for relief against the Sammons. That claim seeks a declaration that the defendants, including the Sammons, failed to comply with Nevada's requirements for exercising dissenters rights. *See* Doc. 2-1 at ¶¶ 25-41. In their third-party claims, the Sammons seek a declaratory judgment against COR asking the Court to declare that, *if* the Sammons failed to perfect their right to judicial appraisal of 650,000 CEC shares, the failure was caused by COR's (1) breach of contract; (2) breach of fiduciary duty; and/or (3) negligence. *See* Doc. 128 at ¶¶ 41-42. Michael Sammons recently filed a notice of appeal seeking review of the Court's Order denying his motion for leave to intervene as a party concerning China Energy Corporation's ("CEC's") claims relating to the 650,000 shares of CEC held by the Elena Sammons R/O IRA. *See* Doc. 257. The Ninth Circuit has set the deadline for Michael Sammons's opening brief in that appeal for December 24, 2014, and the deadline for the appellee's brief for January 23, 2015. *See* Doc. 262. The Sammons will not be prejudiced if the Court extends the third-party deadlines by 60-days as COR requests because Michael Sammons has filed a notice of appeal relating to CEC's claim upon which the Sammons' third-party claims are contingent. In addition, the Sammons

only just this week filed a conditional Motion for Leave to File a "Second Amended Third Party Complaint."  *See* Doc. 263.

**CONCLUSION**

For the reasons stated herein, COR's request to the deadlines for fact discovery, expert disclosures, and dispositive motions for the third-party claims by sixty days is due to be granted.

Respectfully submitted this the 19th day of September, 2014.

<div style="margin-left:3em">

BRET F. MEICH (SBN 11208)
ARMSTRONG TEASDALE, LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

PETER TEPLEY, admitted *pro hac vice*
MEREDITH LEES, admitted *pro hac vice*
REBECCA BEERS, admitted *pro hac vice*
RUMBERGER, KIRK & CALDWELL, P.C.
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

By: /s/ *Peter J. Tepley*
         Peter J. Tepley

*Counsel for Third-Party Defendant COR Clearing, LLC*

</div>

4

# CERTIFICATE OF SERVICE

I, Peter J. Tepley, certify that on September 19, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.

A copy was also served by First Class U.S. Mail, postage prepaid on the following individuals:

Elena Sammons
15706 Seekers St.
San Antonio, TX 78255

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551

Jun He
231 Split Rock Road
The Woodlands, TX 77381

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed September 19, 2014, at Birmingham, Alabama.

By: /s/ *Peter J. Tepley*
Peter J. Tepley

7217341.1