BRET F. MEICH
State Bar No. 11208
(bmeich@armstrongteasdale.com)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

PETER TEPLEY
(ptepley@rumberger.com), *admitted pro hac vice*
MEREDITH LEES
(mlees@rumberger.com), *admitted pro hac vice*
REBECCA BEERS
(rbeers@rumberger.com), *admitted pro hac vice*
RUMBERGER, KIRK & CALDWELL, PC
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

Attorneys for Third-Party Defendant COR Clearing, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHINA ENERGY CORPORATION, | ) | 3:13-CV-562-MMD-VPC |
| Plaintiff, | ) | |
| vs. | ) | |
| ALAN HILL, et al., | ) | |
| Defendants, | ) | **COR CLEARING, LLC'S REQUEST FOR STATUS CONFERENCE WITH MAGISTRATE JUDGE** |
| ELENA SAMMONS AND MICHAEL SAMMONS, Third-Party Plaintiffs | ) | |
| vs. | ) | |
| CEDE & CO., THE DEPOSITORY TRUST COMPANY, AND COR CLEARING | ) | |
| Third-Party Defendants. | ) | |

Third-Party Defendant COR Clearing, LLC ("COR") respectfully moves and requests that this Court set a status conference with the Magistrate Judge in the above-referenced matter. COR believes that a status conference is warranted due to recent events in this case. COR has moved to extend the following deadlines by 60 days as they relate to the third-party claims in this action: (a) the discovery cut-off deadline; (b) the expert disclosure deadline; and (c) the dispositive motion deadline. In addition, Michael Sammons filed a notice of appeal earlier this week, *see* Doc. 257, for which the Ninth Circuit Court of Appeals has already set a briefing schedule, *see* Doc. 262. Earlier this week, Michael Sammons also filed a conditional Motion for Leave to File a "Second Amended Third Party Complaint," in which Elena Sammons joined. *See* Doc. 263.

COR is informed that Plaintiff China Energy Corporation does not oppose a status conference. COR has not had an opportunity to discuss the matter with the other parties.

Respectfully submitted this the 19th day of September, 2014.

BRET F. MEICH (SBN 11208)
ARMSTRONG TEASDALE, LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

PETER TEPLEY, admitted *pro hac vice*
MEREDITH LEES, admitted *pro hac vice*
REBECCA BEERS, admitted *pro hac vice*
RUMBERGER, KIRK & CALDWELL, P.C.
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739
Telephone (205) 327-5550
Facsimile (205) 326-6786

By: */s/ Peter J. Tepley*
     Peter J. Tepley

*Counsel for Third-Party Defendant COR Clearing, LLC*

2

## CERTIFICATE OF SERVICE

I, Peter J. Tepley, certify that on September 19, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.

A copy was also served by First Class U.S. Mail, postage prepaid on the following individuals:

Elena Sammons
15706 Seekers St.
San Antonio, TX 78255

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551

Jun He
231 Split Rock Road
The Woodlands, TX 77381

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed September 19, 2014, at Birmingham, Alabama.

By: _/s/ Peter J. Tepley_
Peter J. Tepley

7217660.1