**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email: fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7202
Fax: (216) 583-7203

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>Defendants. | CASE NO. 3:13-cv-00562-MMD-VPC |

### PLAINTIFF CHINA ENERGY CORPORATION'S RESPONSE TO MOTION TO EXTEND THE DISCOVERY AND RELATED DEADLINES FOR THE THIRD PARTY CLAIMS

PLAINTIFF CHINA ENERGY CORPORATION ("CEC"), by and through its attorneys at the law firms of GORDON SILVER and ULMER & BERNE LLP, hereby submits this

1

Response to Cor Clearing Inc.'s ("COR") Motion to Extend Discovery and Related Deadlines for the Third-Party Claims. This Response is supported by the following memorandum of points and authorities, all pleadings and papers on file herein, and any other materials this Court may choose to consider.

## MEMORANDUM OF POINTS & AUTHORITIES

In its Motion, COR seeks a sixty (60) day extension of the cut-off date for third-party discovery and a corresponding extension of the deadlines for expert disclosures and dispositive motions. COR contends that it needs additional time to obtain discovery from Cede & Co. and the Depository Trust Company (collectively, "Cede") and to depose a former employee. COR contends that it could not have previously conducted such discovery because third-party discovery was stayed until September 15, 2014, when the District Court granted Cede's motion to dismiss.

Given that this case has already been pending more than a year, CEC is opposed to any further extensions of discovery in this case. All parties have had ample time to conduct fact discovery. Nevertheless, CEC recognizes that Cede may have opposed the discovery COR seeks based on the fact that third-party discovery related to Cede was arguably stayed until September 15, 2014. *See* (April 24, 2014, Order (Dkt. No. 205); Sept. 15, 2014, Order (Dkt. No. 255, on file herein.)

To the extent that the Court grants COR's proposed extension in whole or in part, any extension granted with respect to discovery from any third party should be taken into account in setting the remaining dates in the rest of the case because the discovery COR seeks may be relevant to the issues raised in CEC's Complaint. To that end, any discovery extension should also affect the deadlines set forth in the most recent scheduling order and be consistent with the Court's prior rulings in this case. *See* (Aug. 7, 2014, Stipulated Discovery Plan and Scheduling Order (Dkt. No. 245), on file herein.) In addition, CEC submits that all parties should be permitted to conduct discovery from any third party during the extended discovery period.

Thus, to the extent the Court grants COR additional time to conduct the limited discovery

2

identified in its Motion (Dkt. No. 264), CEC respectfully requests that the Court adopt the following deadlines, which shall be applicable to the entire case:

**(a)** **Discovery cut-off date**: The cut-off date for discovery from any third party will be November 19, 2014.

**(b)** **Expert Disclosures:** Initial expert disclosures related to the first claim for relief in the original Complaint and third-party initial expert disclosures will be November 3, 2014. Rebuttal expert disclosures are due December 3, 2014. Expert depositions must be completed within thirty days of the last expert disclosure.

Expert discovery related to CEC's second claim for relief will proceed as set forth in the Court's March 21, 2014, Minute Order (Dkt. No. 192).

**(c)** **Dispositive Motions**: Consistent with the August 7, 2014, Stipulated Discovery Plan and Scheduling Order (Dkt. No. 245), dispositive motions on the first claim for relief in the original Complaint must be filed either:

 (1) within thirty (30) days after the discovery cut-off date unless any party discloses an expert witness on or before November 3, 2014. In the event any party discloses an expert witness, such dispositive motions shall be filed within thirty (30) days after the deadline to disclose rebuttal experts; or

(2) within thirty (30) days after the date the Court decides any of the pending motions for summary judgment concerning CEC's first claim for relief in the original Complaint, whichever date is later.

**CONCLUSION**

For the foregoing reasons, CEC respectfully requests that COR's Motion to Extend Discovery and Related Deadlines for the Third-Party Claims (Dkt. No. 264) be denied. In the alternative, CEC requests that the Court adopt the proposed schedule set forth in this Response.

///

///

///

3

DATED this 2nd day of October, 2014.

**GORDON SILVER**

/s/ Justin J. Bustos
MICHAEL N. FEDER
Nevada Bar No. 7332
JUSTIN J. BUSTOS
Nevada Bar No. 10320
ANJALI D. WEBSTER
Nevada Bar No. 12515
100 W. Liberty Street, Suite 940
Reno, Nevada 89501

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS
*(Admitted Pro Hac Vice)*
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113

*Attorneys for Plaintiff*

4

# CERTIFICATE OF SERVICE

I certify that I am an employee of GORDON SILVER, and that on this date, pursuant to FRCP 5(b), hereby certifies that she served a copy of **PLAINTIFF CHINA ENERGY CORPORATION'S RESPONSE TO MOTION TO EXTEND THE DISCOVERY AND RELATED DEADLINES FOR THE THIRD PARTY CLAIMS** via CM/ECF to the following individuals:

Richard L. Elmore, Esq.
Holland & Hart
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorney for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008*

Edmund J. Gorman Jr.
Attorney at Law, Ltd.
335 W. First Street
Reno, Nevada 89503

Bret F. Meich
ARMSTRONG TEASDALE
50 W. Liberty Street, Suite 950
Reno, NV 89501

Michael Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Daniel T. Hayward, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521

Peter J. Tepley
Meredith Lees
Rebecca Beers
RUMBERGER KIRK & CALDWELL
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209

And by U.S. Mail, postage prepaid, to the following individuals:

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
Defendant in Proper Person

Jun He
231 Split Rock Rd
The Woodlands, TX 77381
*Defendant in Proper Person*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551
*Defendant in Proper Person*

DATED this 2nd day of October, 2014.

    /s/ Stephanie J. Glantz
An employee of GORDON SILVER

5