Michael Sammons, pro se
15706 Seekers St
San Antonio, TX  78255
michaelsammons@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

China Energy Corporation
    Plaintiff

vs.                                             Case No.   3:13-CV-562-MMD-VPC

Alan Hill, et al
    Defendants

Elena Sammons
Michael Sammons
    Third-party Plaintiffs

vs.

COR Clearing, LLC
    Third–Party Defendant

### Notice of Withdrawal of "Motion for Leave to File Second Amended Third Party Complaint"

**PLEASE TAKE NOTICE** that Defendant-Third Party Plaintiff Michael Sammons ("Sammons") hereby withdraws the "Motion for Leave to File Second Amended Third Party Complaint." Dkt. 263.

In support thereof Sammons would show that the parties are in agreement, as stated in the COR response, Dkt. 272, that the sole relief sought by the Third-Party Plaintiffs is a "declaratory judgment," as correctly framed by the Court in its Order filed June 13, 2014, that "but for the Third-Party

1

Defendants' errors, the Sammons would have properly dissented to the CEC stock split." Dkt. 226.

Respectfully submitted,

*/s/ Michael Sammons*
Michael Sammons, pro se

I join in the above notice.
*Elena Sammons*

Certificate of Service

    I hereby certify that a true and correct copy of the foregoing was mailed or emailed to all parties this the 2 day of Oct, 2014

*/s/ Michael Sammons*
Michael Sammons, pro se

2