UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION,) | 3:13-CV-0562-MMD-VPC |
| Plaintiff(s), ) | **MINUTES OF PROCEEDINGS** |
| vs. ) | DATED: October 8, 2014 |
| ALAN T. HILL, et al., ) | |
| Defendant(s). ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

Deputy Clerk:       Lisa Mann          Court Reporter:       FTR

Counsel for Plaintiff(s):       Justin Bustos and (By telephone) Frances Goins

Counsel for Defendant(s):       Edmund Gorman and (By telephone) Michael Sammons, Elena Sammons, Jun He, and Randy Floyd

PROCEEDINGS: MOTION HEARING

10:02 a.m.  Court convenes.

The Court addresses the parties regarding the purpose of this hearing and notes COR Clearing, LLC filed a request for status conference with Magistrate Judge (#266) and that Mr. Sammons filed a motion for leave to be heard (#267).  The Court further notes Mr. Sammons also filed a motion in limine for pretrial determination of admissibility of evidence (#223).  No objection having been filed and by confirmation of the parties, Mr. Sammons's motion in limine for pretrial determination of admissibility of evidence (#223) is GRANTED and the emails which are the subject of motion (#223) are deemed authenticated and admissible.

The Court and the parties discuss COR Clearing, LLC's motion to extend the discovery and related deadlines for the third-party claims (#264).

Having heard from the parties and good cause appearing, the Court finds COR Clearing, LLC's motion to extend the discovery and related deadlines for the third-party claims (#264) is GRANTED as follows:

China Energy Corporation v. Alan T. Hill, et al.
3:13-CV-0562-MMD-VPC
October 8, 2014
Page 2

1. The discovery cut-off only as to Count 1 between all parties is extended to **Wednesday, November 19, 2014**.

2. The disclosure of expert witnesses only as to Count 1 between all parties is extended to **Monday, November 3, 2014**.

3. The disclosure of rebuttal experts only as to Count 1 between all parties is extended to **Wednesday, December 3, 2014**.

4. The deadline to file dispositive motions only as to Count 1 between all parties is extended to **Friday, December 19, 2014**.

The Court notes Mr. Sammons filed a notice of withdrawal (#273) of his motion for leave to file second amended third-party complaint (#263).

Mr. Tepley inquires how this case is affected by the pending appeal filed by Mr. Sammons. The Court notes no one has requested a stay of this case; therefore, this action shall proceed with litigation.

IT IS SO ORDERED.

10:24 a.m.  Court adjourns.

LANCE S. WILSON, CLERK

By: _____/s/_____
Lisa Mann, Deputy Clerk