FILED

OCT 09 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHINA ENERGY CORPORATION,<br><br>          Plaintiff - Appellee,<br><br>  v.<br><br>MICHAEL SAMMONS,<br><br>          Defendant - Appellant. | No. 14-16770<br><br>D.C. No. 3:13-cv-00562-MMD-VPC<br>District of Nevada, Reno<br><br>ORDER |

Appellant's motion for expedition is granted.

The Clerk shall file the opening brief.

The answering brief is due November 3, 2014.

The reply brief is due November 12, 2014.

Any request for an extension of time to file a brief is disfavored; any such request must be made under Ninth Circuit Rule 31-2.2(b).

This appeal shall be calendared as soon as practicable.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
  Ninth Circuit Rule 27-7/Advisory Note
  to Rule 27 and Ninth Circuit Rule 27-10

06OCT2014/LBS/Pro Mo