**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email: fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7202
Fax: (216) 583-7203

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>Defendants. | CASE NO. 3:13-cv-00562-MMD-VPC |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR TO DEPOSE THE DEPOSITORY TRUST COMPANY

### (FIRST REQUEST)

Plaintiff, China Energy Corporation ("CEC"), by and through its counsel of record, Gordon Silver and Ulmer & Berne LLP, and Defendants, in proper person and through their respective counsel as indicated below,[1] hereby stipulate and agree as follows:

1. The current discovery cut-off date for discovery with respect to the first claim for relief is November 19, 2014. (Dkt. No. 274).

2. In accordance with this deadline, CEC served the Depository Trust Company ("DTC") with a Subpoena to Testify at a Deposition (Dkt. No. 282). The Subpoena set the date and time for the deposition as November 18, 2014. *Id*.

3. DTC's counsel advised counsel for CEC that DTC cannot reasonably produce a witness in response to the subpoena until the week of December 8, 2014.

4. To accommodate DTC's schedule, CEC and DTC agreed to schedule the deposition to occur no later than December 12, 2014.

5. Pursuant to CEC's agreement with DTC, CEC has requested an extension of the discovery deadlines solely to permit the deposition to occur during the week of December 8, 2014.

6. As such, the parties agree that the deposition shall occur no later than December 12, 2014.

7. This is the first stipulation regarding an extension of time for CEC to depose DTC.

///

///

///

---

[1] CEC received no response to its request for an extension from Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008. CEC received approval from Defendant Randy Dock Floyd in response to its request for an extension, but did not receive a response to the circulation of this stipulation.

| | |
|---|---|
| DATED this 19th day of November, 2014. | DATED this __ day of November, 2014. |

GORDON SILVER                                HOLLAND & HART

By: /s/ Justin J. Bustos                        By: _____
    Michael N. Feder                               Richard L. Elmore
    Justin J. Bustos                               5441 Kietzke Lane, 2nd Floor
    Anjali D. Webster                              Reno, NV 89511
    100 West Liberty Street
    Suite 940                                      *Attorney for Thomas S. Vredevoogd, Trustee*
    Reno, Nevada  89501                            *the Kimberly J. Vredevoogd Trust UA*
                                                   *1007/2008*
*Attorneys for China Energy Corporation*

DATED this 19th day of November, 2014.     DATED this 19th day of November, 2014.

By: /s/ Elena Sammons                           By: /s/ Michael Sammons
    Elena Sammons                                   Michael Sammons
    15706 Seekers St                                15706 Seekers St
    San Antonio, TX 78255                           San Antonio, TX 78255

*Defendant in Proper Person*                    *Defendant in Proper Person*

DATED this 19th day of November, 2014      DATED this 19th day of November, 2014.

                                                RUMBERGER KIRK & CALDWELL

By: /s/ Edmund J. Gorman
    Edmund J. Gorman Jr.
    Attorney at Law, Ltd.                       By: /s/ Meredith Lees
    Bar No. 11581                                   Peter J. Tepley, *admitted pro hac vice*
    335 W. First Street                             Meredith Lees, *admitted pro hac vice*
    Reno, Nevada 89503                              Rebecca Beers, *admitted pro hac vice*
                                                    2204 Lakeshore Drive, Suite 125
*Attorney for Defendant Alan T. Hill*               Birmingham, AL 35209

                                                *Attorneys for COR Clearing, LLC*

| | |
|---|---|
| DATED this 19th day of November, 2014 | DATED this ___ day of November, 2014 |
| By: /s/ Jun He | By: _____ |
| Jun He<br>231 Split Rock Rd<br>The Woodlands, TX 77381 | Randy Dock Floyd<br>4000 Goff Road<br>Aynor, SC 29551 |
| *Defendant in Proper Person* | *Defendant in Proper Person* |

## **ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that the deposition of DTC shall occur no later than December 12, 2014.

IT IS SO ORDERED

DATED this _____ day of November, 2014.

_____
UNTIED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that she served a copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR TO DEPOSE THE DEPOSITORY TRUST COMPANY** via CM/ECF on November 19th, 2014 to the following individuals:

| | |
|---|---|
| Richard L. Elmore, Esq.<br>Holland & Hart<br>5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511<br>*Attorney for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008* | Michael Sammons<br>15706 Seekers St<br>San Antonio, TX 78255<br>*Defendant in Proper Person* |
| Edmund J. Gorman Jr.<br>Attorney at Law, Ltd.<br>335 W. First Street<br>Reno, Nevada 89503 | Daniel T. Hayward, Esq.<br>LAXALT & NOMURA<br>9600 Gateway Drive<br>Reno, Nevada 89521 |
| Louis M. Bubala III<br>Bret F. Meich<br>ARMSTRONG TEASDALE<br>50 W. Liberty Street, Suite 950<br>Reno, NV 89501 | Peter J. Tepley<br>Meredith Lees<br>Rebecca Beers<br>RUMBERGER KIRK & CALDWELL<br>2204 Lakeshore Drive, Suite 125<br>Birmingham, AL 35209 |

And by U.S. Mail, postage prepaid, to the following individuals:

| | |
|---|---|
| Elena Sammons<br>15706 Seekers St<br>San Antonio, TX 78255<br>*Defendant in Proper Person* | Randy Dock Floyd<br>4000 Goff Road<br>Aynor, SC 29551<br>*Defendant in Proper Person* |
| Jun He<br>231 Split Rock Rd<br>The Woodlands, TX 77381<br>*Defendant in Proper Person* | |

                                              /s/ Stephanie J. Glantz
                                              An employee of GORDON SILVER