**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email:  mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel:  (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email:  fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel:  (216) 583-7202
Fax:  (216) 583-7203

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD, <br><br> Defendants. | CASE NO.  3:13-cv-00562-MMD-VPC |

**STIPULATION AND [PROPOSED] ORDER ESTABLISHING A BRIEFING SCHEDULE ON ALL MOTIONS FOR SUMMARY JUDGMENT REGARDING CEC'S FIRST CLAIM FOR RELIEF**

**(FIRST REQUEST)**

1    Plaintiff, China Energy Corporation ("CEC"), by and through its counsel of record,

2    Gordon Silver and Ulmer & Berne LLP, and Defendants, in proper person and through their

3    respective counsel as indicated below, hereby stipulate and agree as follows:

4         1.    The deadline to file motions for summary judgment is December 19, 2014. (Dkt.

5    No. 274).

6         2.    As of the date of this stipulation, one motion for summary judgment has been

7    filed on behalf of Defendant Alan T. Hill. (Dkt. No. 280). CEC's opposition to this motion is

8    currently due on or before December 4, 2014. *See* LR 7-2(e).

9         3.    However, given that this case involves six individual defendants and one third

10   party defendant, the parties anticipate that multiple motions for summary judgment will be filed

11   by the parties.

12        3.    In order to promote efficiency in managing the deadlines associated with multiple

13   motions and the Court's decisions with respect to such motions, and to avoid confusion as to the

14   briefing deadlines, the parties agree that any opposition to any motion for summary judgment

15   should be due on the same date. Similarly, any reply in support of any motion for summary

16   judgment should be due on the same date.

17        4.    As such, the parties stipulate and agree to the following briefing schedule:

18             a.    Any opposition to any motion for summary judgment filed by any party

19   with respect to CEC's first claim for relief is due on or before January 20, 2015.

20             b.    Any reply in support of any motion for summary judgment with respect to

21   CEC's first claim for relief is due on or before February 6, 2015.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

1      5.      This is the first stipulation regarding a modification to the briefing schedule for

2   motions for summary judgment on CEC's first claim for relief.

3

4   DATED this 4th day of December, 2014.          DATED this 4th day of December, 2014.

5        GORDON SILVER                                    HOLLAND & HART

6

7   By: ⎯/s/ Justin J. Bustos⎯⎯⎯⎯          By: ⎯/s/ Richard L. Elmore⎯⎯⎯⎯
        Michael N. Feder                                   Richard L. Elmore

8       Justin J. Bustos                                   5441 Kietzke Lane, 2nd Floor
        Anjali D. Webster                                  Reno, NV 89511

9       100 West Liberty Street
        Suite 940                                          Attorney for  Thomas S. Vredevoogd, Truste

10      Reno, Nevada  89501                                 the Kimberly J. Vredevoogd Trust UA
                                                            1007/2008

11      Attorneys for China Energy Corporation

12

13  DATED this 4th day of December, 2014.          DATED this 4th day of December, 2014.

14

15  By: ⎯/s/ Elena Sammons⎯⎯⎯⎯
        Elena Sammons                                 By: ⎯/s/ Michael Sammons⎯⎯⎯⎯

16      15706 Seekers St                                   Michael Sammons
        San Antonio, TX 78255                              15706 Seekers St

17                                                         San Antonio, TX 78255
        Defendant in Proper Person

18                                                    Defendant in Proper Person

19

20  DATED this 4th day of December, 2014           DATED this 4th day of December, 2014.

21                                                        RUMBERGER KIRK & CALDWELL

22

23  By: /s/ Edmund J. Gorman⎯⎯⎯⎯          By: ⎯/s/ Meredith Lees⎯⎯⎯⎯
        Edmund J. Gorman Jr.                               Peter J. Tepley, admitted pro hac vice

24      Attorney at Law, Ltd.                              Meredith Lees, admitted pro hac vice
        Bar No. 11581                                      Rebecca Beers, admitted pro hac vice

25      335 W. First Street                                2204 Lakeshore Drive, Suite 125
        Reno, Nevada 89503                                 Birmingham, AL 35209

26
        Attorney for Defendant Alan T. Hill               Attorneys for COR Clearing, LLC

27

28

DATED this 4th day of December, 2014         DATED this 4th day of December, 2014


By: /s/ Jun He                                    By:  /s/ Randy Dock Floyd
    Jun He                                             Randy Dock Floyd
    231 Split Rock Rd                                  4000 Goff Road
    The Woodlands, TX 77381                            Aynor, SC 29551

    Defendant in Proper Person                         Defendant in Proper Person

1

2

### ORDER

3        Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that any opposition to

4    any motion for summary judgment filed by any party with respect to CEC's first claim for relief

5    is due on or before January 20, 2015.

6

7        IT IS FURTHER ORDERED that any reply in support of any motion for summary

judgment filed by any party with respect to CEC's first claim for relief is due on or before

8    February 6, 2015.

9        IT IS SO ORDERED

10       DATED this _____ day of December, 2014.

11

12

13                                                    _____

14                                                    UNTIED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**CERTIFICATE OF SERVICE**

3

The undersigned, an employee of Gordon Silver, hereby certifies that she served a copy of

4

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR TO DEPOSE THE**

5

**DEPOSITORY TRUST COMPANY** via CM/ECF on December 4, 2014 to the following

6

individuals:

7

Richard L. Elmore, Esq.                          Michael Sammons

8

Holland & Hart                                       15706 Seekers St
5441 Kietzke Lane, 2nd Floor               San Antonio, TX 78255

9

Reno, NV 89511                                      Defendant in Proper Person
Attorney for  Thomas S. Vredevoogd,

10

Trustee of the Kimberly J. Vredevoogd
Trust UA 1007/2008

11

12

Edmund J. Gorman Jr.                             Daniel T. Hayward, Esq.
Attorney at Law, Ltd.                             LAXALT & NOMURA

13

335 W. First Street                                 9600 Gateway Drive
Reno, Nevada 89503                              Reno, Nevada  89521

14

15

Louis M. Bubala III                               Peter J. Tepley

16

Bret F. Meich                                         Meredith Lees
ARMSTRONG TEASDALE                       Rebecca Beers

17

50 W. Liberty Street, Suite 950                RUMBERGER KIRK & CALDWELL
Reno, NV 89501                                     2204 Lakeshore Drive, Suite 125

18

Birmingham, AL 35209

19

And by U.S. Mail, postage prepaid, to the following individuals:

20

Elena Sammons                                      Randy Dock Floyd

21

15706 Seekers St                                    4000 Goff Road
San Antonio, TX 78255                          Aynor, SC 29551

22

Defendant in Proper Person                   Defendant in Proper Person

23

Jun He

24

231 Split Rock Rd
The Woodlands, TX 77381

25

Defendant in Proper Person

26

/s/ Cindy S. Grinstead

An employee of GORDON SILVER

27

28

6 of 6