**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email:  mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel:  (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email:  fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel:  (216) 583-7202
Fax:  (216) 583-7203

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>Defendants. | CASE NO.  3:13-cv-00562-MMD-VPC |

**STIPULATION AND [PROPOSED] ORDER ESTABLISHING A BRIEFING SCHEDULE ON ALL MOTIONS FOR SUMMARY JUDGMENT REGARDING CEC'S FIRST CLAIM FOR RELIEF**

**(FIRST REQUEST)**

Plaintiff, China Energy Corporation ("CEC"), by and through its counsel of record, Gordon Silver and Ulmer & Berne LLP, and Defendants, in proper person and through their respective counsel as indicated below, hereby stipulate and agree as follows:

1. The deadline to file motions for summary judgment is December 19, 2014. (Dkt. No. 274).

2. As of the date of this stipulation, one motion for summary judgment has been filed on behalf of Defendant Alan T. Hill. (Dkt. No. 280). CEC's opposition to this motion is currently due on or before December 4, 2014. *See* LR 7-2(e).

3. However, given that this case involves six individual defendants and one third party defendant, the parties anticipate that multiple motions for summary judgment will be filed by the parties.

3. In order to promote efficiency in managing the deadlines associated with multiple motions and the Court's decisions with respect to such motions, and to avoid confusion as to the briefing deadlines, the parties agree that any opposition to any motion for summary judgment should be due on the same date. Similarly, any reply in support of any motion for summary judgment should be due on the same date.

4. As such, the parties stipulate and agree to the following briefing schedule:

   a. Any opposition to any motion for summary judgment filed by any party with respect to CEC's first claim for relief is due on or before January 20, 2015.

   b. Any reply in support of any motion for summary judgment with respect to CEC's first claim for relief is due on or before February 6, 2015.

///
///
///
///
///
///

5. This is the first stipulation regarding a modification to the briefing schedule for motions for summary judgment on CEC's first claim for relief.

| | |
|---|---|
| DATED this 4th day of December, 2014. | DATED this 4th day of December, 2014. |
| GORDON SILVER | HOLLAND & HART |
| By: /s/ Justin J. Bustos<br>Michael N. Feder<br>Justin J. Bustos<br>Anjali D. Webster<br>100 West Liberty Street<br>Suite 940<br>Reno, Nevada 89501<br><br>Attorneys for China Energy Corporation | By: /s/ Richard L. Elmore<br>Richard L. Elmore<br>5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511<br><br>Attorney for Thomas S. Vredevoogd, Trustee<br>the Kimberly J. Vredevoogd Trust UA 1007/2008 |
| DATED this 4th day of December, 2014. | DATED this 4th day of December, 2014. |
| By: /s/ Elena Sammons<br>Elena Sammons<br>15706 Seekers St<br>San Antonio, TX 78255<br><br>Defendant in Proper Person | By: /s/ Michael Sammons<br>Michael Sammons<br>15706 Seekers St<br>San Antonio, TX 78255<br><br>Defendant in Proper Person |
| DATED this 4th day of December, 2014 | DATED this 4th day of December, 2014.<br><br>RUMBERGER KIRK & CALDWELL |
| By: /s/ Edmund J. Gorman<br>Edmund J. Gorman Jr.<br>Attorney at Law, Ltd.<br>Bar No. 11581<br>335 W. First Street<br>Reno, Nevada 89503<br><br>Attorney for Defendant Alan T. Hill | By: /s/ Meredith Lees<br>Peter J. Tepley, admitted pro hac vice<br>Meredith Lees, admitted pro hac vice<br>Rebecca Beers, admitted pro hac vice<br>2204 Lakeshore Drive, Suite 125<br>Birmingham, AL 35209<br><br>Attorneys for COR Clearing, LLC |

DATED this 4th day of December, 2014    DATED this 4th day of December, 2014

By: /s/ Jun He                                                 By:  /s/ Randy Dock Floyd
    Jun He                                                        Randy Dock Floyd
    231 Split Rock Rd                                       4000 Goff Road
    The Woodlands, TX 77381                         Aynor, SC 29551

    Defendant in Proper Person                         Defendant in Proper Person

## **ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that any opposition to any motion for summary judgment filed by any party with respect to CEC's first claim for relief is due on or before January 20, 2015.

IT IS FURTHER ORDERED that any reply in support of any motion for summary judgment filed by any party with respect to CEC's first claim for relief is due on or before February 6, 2015.

IT IS SO ORDERED

DATED this __5th__ day of December, 2014.

_____
UNTIED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that she served a copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR TO DEPOSE THE DEPOSITORY TRUST COMPANY** via CM/ECF on December 4, 2014 to the following individuals:

Richard L. Elmore, Esq.
Holland & Hart
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
Attorney for Thomas S. Vredevoogd,
Trustee of the Kimberly J. Vredevoogd
Trust UA 1007/2008

Michael Sammons
15706 Seekers St
San Antonio, TX 78255
Defendant in Proper Person

Edmund J. Gorman Jr.
Attorney at Law, Ltd.
335 W. First Street
Reno, Nevada 89503

Daniel T. Hayward, Esq.
LAXALT & NOMURA
9600 Gateway Drive
Reno, Nevada 89521

Louis M. Bubala III
Bret F. Meich
ARMSTRONG TEASDALE
50 W. Liberty Street, Suite 950
Reno, NV 89501

Peter J. Tepley
Meredith Lees
Rebecca Beers
RUMBERGER KIRK & CALDWELL
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209

And by U.S. Mail, postage prepaid, to the following individuals:

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
Defendant in Proper Person

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551
Defendant in Proper Person

Jun He
231 Split Rock Rd
The Woodlands, TX 77381
Defendant in Proper Person

                                            /s/ Cindy S. Grinstead
                                            An employee of GORDON SILVER