**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel:  (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email:  fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel:  (216) 583-7202
Fax:  (216) 583-7203

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>Defendants. | CASE NO.  3:13-cv-00562-MMD-VPC |

### AMENDED STIPULATED DISMISSAL WITH PREJUDICE AS TO COUNT I OF THE COMPLAINT

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties hereby stipulate to the dismissal of Count I of Plaintiff China Energy Corporation's ("CEC") Complaint with prejudice.

///

Upon the entry of this stipulated dismissal, the Parties request that CEC and Defendants Michael Sammons, Elena Sammons, Alan T. Hill, Jun He, Randy Dock Floyd, and Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008, proceed to Count II, which seeks a judicial determination of the fair value of the Defendants' shares of CEC stock. Further, the Parties request that the Court set this case for a status conference at which the Court may set a schedule for the proceedings under Count II.

Respectfully submitted,

**GORDON SILVER**

  /s/ Justin J. Bustos_____  
MICHAEL N. FEDER  
Nevada Bar No. 7332  
JUSTIN J. BUSTOS  
Nevada Bar No. 10320  
ANJALI D. WEBSTER  
Nevada Bar No. 12515  
100 W. Liberty Street, Suite 940  
Reno, Nevada 89501  

ULMER & BERNE LLP  
FRANCES FLORIANO GOINS  
(Admitted Pro Hac Vice)  
1660 West 2nd Street, Suite 1100  
Cleveland, OH 44113  
*Attorneys for Plaintiff*

  /s/ Michael Sammons_____  
Michael Sammons  
15706 Seekers St  
San Antonio, TX 78255  
*Defendant in Proper Person*

  /s/ Elena Sammons_____  
Elena Sammons  
15706 Seekers St  
San Antonio, TX 78255  
*Defendant in Proper Person*

**ATTORNEY AT LAW, LTD.**

  /s/ Edmund J. Gorman_____  
Edmund J. Gorman, Jr., Esq.  
Nevada Bar No. 11581  
335 W. First Street  
Reno, NV 89503  
*Attorney for Defendant Alan T. Hill*

**HOLLAND & HART**

  /s/ Tamara Reid_____  
Tamara Reid, Esq.  
Nevada Bar No. 9840  
5441 Kietzke Lane, 2nd Floor  
Reno, NV 89511  
*Attorney for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008*

///

///


| | |
|---|---|
| _/s/ Jun He_____ | _/s/ Randy Dock Floyd_____ |
| Jun He | Randy Dock Floyd |
| 231 Split Rock Rd | 4000 Goff Road |
| The Woodlands, TX 77381 | Aynor, SC 29551 |
| *Defendant in Proper Person* | *Defendant in Proper Person* |

**RUMBERGER, KIRK & CALDWELL, P.C.**

_/s/ Meredith Lees_____
Peter Tepley, admitted pro hac vice
Meredith Lees, admitted pro hac vice
Rebecca Beers, admitted pro hac vice
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739

Bret F. Meich (SBN 11208)
ARMSTRONG TEASDALE, LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
*Counsel for Third-Party Defendant COR Clearing, LLC*

# CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that she served a copy of the **AMENDED STIPULATED DISMISSAL AS TO COUNT I OF THE COMPLAINT** via CM/ECF on December 22nd, 2014, to the following individuals:

Michael Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Peter Tepley
Meredith Lees
Rumberger, Kirk & Caldwell
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739

Edmund J. Gorman, Jr., Esq.
ATTORNEY AT LAW, LTD.
335 W. First Street
Reno, NV  89503
*Attorney for Defendant Alan T. Hill*

Richard L. Elmore, Esq.
Holland & Hart
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorney for  Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008*

**And by U.S. Mail**, postage prepaid, to the following individuals:

Jun He
231 Split Rock Rd
The Woodlands, TX 77381
*Defendant in Proper Person*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551
*Defendant in Proper Person*

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

/s/ Stephanie J. Glantz
An employee of GORDON SILVER

2129642v1