BRET F. MEICH
State Bar No. 11208
(bmeich@armstrongteasdale.com)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

PETER TEPLEY
(ptepley@rumberger.com), *admitted pro hac vice*
MEREDITH LEES
(mlees@rumberger.com), *admitted pro hac vice*
REBECCA BEERS
(rbeers@rumberger.com), *admitted pro hac vice*
RUMBERGER, KIRK & CALDWELL, PC
2001 Park Place, Suite 1300
Birmingham, AL 35203
Telephone (205) 327-5550
Facsimile (205) 326-6786

Attorneys for Third-Party Defendant COR Clearing, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAN HILL, et al.,<br><br>    Defendants,<br><br>ELENA SAMMONS AND MICHAEL SAMMONS,<br>    Third-Party Plaintiffs<br>vs.<br><br>COR CLEARING, LLC,<br><br>    Third-Party Defendant. | 3:13-CV-562-MMD-VPC<br><br>**NOTICE OF MOOTNESS OF COR CLEARING LLC'S MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE COMPLAINT AS TO DEFENDANT/THIRD PARTY PLAINTIFF ELENA SAMMONS** |

Third-Party Defendant COR Clearing, LLC ("COR") respectfully submits this Notice that COR's Motion for Summary Judgment on Count I of The Complaint as to Defendant/Third Party Plaintiff Elena Sammons ("Motion for Summary Judgment") (Doc. # 287) is now moot in light of the Amended Stipulation of Dismissal With Prejudice as to Count I of the Complaint (Doc. #291).  Pursuant to Federal Rule of Civil Procedure 41(a)(1))(A)(ii), Count I of the Complaint has been dismissed with prejudice.  Therefore, COR's Motion for Summary Judgment on that Count is now moot.

Respectfully submitted this the 23rd day of December, 2014.

BRET F. MEICH (SBN 11208)
ARMSTRONG TEASDALE, LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

PETER TEPLEY, admitted *pro hac vice*
MEREDITH LEES, admitted *pro hac vice*
REBECCA BEERS, admitted *pro hac vice*
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place, Suite 1300
Birmingham, AL 35203
Telephone (205) 327-5550
Facsimile (205) 326-6786

By: /s/ *Peter J. Tepley*
    Peter J. Tepley

*Counsel for Third-Party Defendant COR Clearing, LLC*

# CERTIFICATE OF SERVICE

I, Peter J. Tepley, certify that on December 23, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.

A copy was also served by First Class U.S. Mail, postage prepaid on the following individuals:

Elena Sammons
15706 Seekers St.
San Antonio, TX 78255

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551

Jun He
231 Split Rock Road
The Woodlands, TX 77381

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed December 23, 2014, at Birmingham, Alabama.

By: /s/ *Peter J. Tepley*
Peter J. Tepley

7470667.1