BRET F. MEICH
State Bar No. 11208
(bmeich@armstrongteasdale.com)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995

PETER TEPLEY
(ptepley@rumberger.com), *admitted pro hac vice*
MEREDITH LEES
(mlees@rumberger.com), *admitted pro hac vice*
REBECCA BEERS
(rbeers@rumberger.com), *admitted pro hac vice*
RUMBERGER, KIRK & CALDWELL, PC
2001 Park Place, Suite 1300
Birmingham, AL 35203
Telephone (205) 327-5550
Facsimile (205) 326-6786

Attorneys for Third-Party Defendant COR Clearing, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN HILL, et al.,<br><br>Defendants,<br><br>ELENA SAMMONS AND MICHAEL SAMMONS,<br>Third-Party Plaintiffs<br><br>vs.<br><br>COR CLEARING, LLC,<br><br>Third-Party Defendant. | 3:13-CV-562-MMD-VPC<br><br>**COR CLEARING LLC'S RESPONSE TO DEFENDANTS/THIRD-PARTY PLAINTIFFS ELENA SAMMONS'S AND MICHAEL SAMMONS MOTION TO DISMISS FIRST AMENDED THIRD PARTY COMPLAINT AS MOOT AND FOR LACK OF JURISDICTION** |

Third-Party Defendant COR Clearing, LLC ("COR") respectfully submits this response to Defendants/Third-Party Plaintiffs Elena Sammons and Michael Sammons's Motion to Dismiss First Amended Third Party Complaint as Moot and for Lack of Jurisdiction ("Motion to Dismiss") (Doc. # 290).  COR agrees that all claims asserted against it in the Sammons's Third-Party Complaint must be dismissed in light of Amended Stipulation of Dismissal With Prejudice as to Count I of the Complaint (Doc. #291).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Count I of the Complaint has been dismissed with prejudice and COR is entitled to a judgment as a matter of law on the Sammons' Third-Party Complaint, as there is no longer any "potential loss" for the Sammons "to transfer" to COR. Therefore, COR's respectfully requests that the Court enter an order dismissing the Third-Party Complaint against COR *with prejudice*.

Respectfully submitted this the 23rd day of December, 2014.

BRET F. MEICH (SBN 11208)
ARMSTRONG TEASDALE, LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

PETER TEPLEY, admitted *pro hac vice*
MEREDITH LEES, admitted *pro hac vice*
REBECCA BEERS, admitted *pro hac vice*
RUMBERGER, KIRK & CALDWELL, P.C.
2001 Park Place, Suite 1300
Birmingham, AL 35203
Telephone (205) 327-5550
Facsimile (205) 326-6786

By: /s/ *Peter J. Tepley*
         Peter J. Tepley

*Counsel for Third-Party Defendant COR Clearing, LLC*

# CERTIFICATE OF SERVICE

I, Peter J. Tepley, certify that on December 23, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic mail notice list.

A copy was also served by First Class U.S. Mail, postage prepaid on the following individuals:

Elena Sammons
15706 Seekers St.
San Antonio, TX 78255

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551

Jun He
231 Split Rock Road
The Woodlands, TX 77381

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed December 23, 2014, at Birmingham, Alabama.

By: /s/ *Peter J. Tepley*
Peter J. Tepley

7470793.1