Michael Sammons, pro se
15706 Seekers St
San Antonio, TX  78255
210-858-6199
michaelsammons@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

China Energy Corporation
      Plaintiff

vs.                                             Case No.  3:13-CV-562-MMD-VPC

Alan Hill, et al
      Defendants

Elena Sammons
Michael Sammons
      Third-party Plaintiffs

vs.

COR Clearing, LLC
      Third–Party Defendant

### Reply to COR's Response to Motion to Dismiss
### First Amended Third Party Complaint
### as Moot and For Lack of Jurisdiction

Comes the Third Party Plaintiff Michael Sammons ("Sammons") and would reply to Third-Party Defendant COR Clearing, LLC's ("COR") response to the motion to dismiss as follows:

1

COR seeks dismissal "with prejudice" while agreeing with Sammons that, because there is no longer a "potential loss" to be transferred from Sammons to COR, FRCP Rule 14 jurisdiction for the third-party complaint no longer exists.

Dismissal "with prejudice" would be improper. Dismissal for lack of subject matter jurisdiction, as in this case, is not considered a final judgment on the merits as is necessary for a dismissal "with prejudice."

Respectfully submitted,

*[signature]*
Michael Sammons, pro se

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed or emailed to all parties this the _23_ day of _Dec_, 2014

*[signature]*
Michael Sammons, pro se