**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email:  mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel:  (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email:  fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel:  (216) 583-7202
Fax:  (216) 583-7203

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation, | CASE NO.  3:13-cv-00562-MMD-VPC |
| Plaintiff, | |
| vs. | |
| ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD, | |
| Defendants. | |

## AMENDED STIPULATED DISMISSAL WITH PREJUDICE AS TO COUNT I OF THE COMPLAINT

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties hereby stipulate to the dismissal of Count I of Plaintiff China Energy Corporation's ("CEC") Complaint with prejudice.

///

1    Upon the entry of this stipulated dismissal, the Parties request that CEC and Defendants

2   Michael Sammons, Elena Sammons, Alan T. Hill, Jun He, Randy Dock Floyd, and Thomas S.

3   Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008, proceed to Count II,

4   which seeks a judicial determination of the fair value of the Defendants' shares of CEC stock.

5   Further, the Parties request that the Court set this case for a status conference at which the Court

6   may set a schedule for the proceedings under Count II.

7                                                     Respectfully submitted,

8   **GORDON SILVER**

9
     /s/ Justin J. Bustos                              /s/ Michael Sammons
10  MICHAEL N. FEDER                               Michael Sammons
    Nevada Bar No. 7332                            15706 Seekers St
11  JUSTIN J. BUSTOS                               San Antonio, TX 78255
    Nevada Bar No. 10320                           *Defendant in Proper Person*
12  ANJALI D. WEBSTER
    Nevada Bar No. 12515
13                                                  *Elena Sammons*
    100 W. Liberty Street, Suite 940
14  Reno, Nevada 89501                             Elena Sammons
                                                    15706 Seekers St
15  ULMER & BERNE LLP                              San Antonio, TX 78255
    FRANCES FLORIANO GOINS                         *Defendant in Proper Person*
16  (Admitted Pro Hac Vice)
17  1660 West 2nd Street, Suite 1100
    Cleveland, OH 44113
18  *Attorneys for Plaintiff*

19  **ATTORNEY AT LAW, LTD.**                      **HOLLAND & HART**

20

21   /s/ Edmund J. Gorman                           /s/ Tamara Reid
    Edmund J. Gorman, Jr., Esq.                    Tamara Reid, Esq.
22  Nevada Bar No. 11581                           Nevada Bar No. 9840
    335 W. First Street                            5441 Kietzke Lane, 2nd Floor
23  Reno, NV 89503                                 Reno, NV 89511
24  *Attorney for Defendant Alan T. Hill*          *Attorney for  Thomas S. Vredevoogd, Trustee
                                                    of the Kimberly J. Vredevoogd Trust UA
25                                                  1007/2008*

26  ///

27  ///

28

1

_____    _____
Jun He                                                Randy Dock Floyd

2   231 Split Rock Rd                             4000 Goff Road
The Woodlands, TX 77381               Aynor, SC 29551

3   *Defendant in Proper Person*        *Defendant in Proper Person*

4

5   **RUMBERGER,  KIRK  &  CALDWELL, P.C.**

6

7    _/s/ Meredith Lees_____
Peter Tepley, admitted pro hac vice

8   Meredith Lees, admitted pro hac vice
Rebecca Beers, admitted pro hac vice

9   2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739

10

11  Bret F. Meich (SBN 11208)
ARMSTRONG TEASDALE, LLP

12  3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169

13  *Counsel  for  Third-Party  Defendant  COR Clearing, LLC*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

Jun He
231 Split Rock Rd
The Woodlands, TX 77381
*Defendant in Proper Person*

_Randy Dock Floyd_____

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551
*Defendant in Proper Person*

**RUMBERGER, KIRK & CALDWELL, P.C.**

_/s/ Meredith Lees_____

Peter Tepley, admitted pro hac vice
Meredith Lees, admitted pro hac vice
Rebecca Beers, admitted pro hac vice
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739

Bret F. Meich (SBN 11208)
ARMSTRONG TEASDALE, LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
*Counsel for Third-Party Defendant COR Clearing, LLC*

### CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that she served a copy of **AMENDED STIPULATED DISMISSAL AS TO COUNT I OF THE COMPLAINT** via CM/ECF on January 5th, 2015, to the following individuals:

Michael Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Peter Tepley
Meredith Lees
Rumberger, Kirk & Caldwell
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739

Edmund J. Gorman, Jr., Esq.
ATTORNEY AT LAW, LTD.
335 W. First Street
Reno, NV 89503
*Attorney for Defendant Alan T. Hill*

Richard L. Elmore, Esq.
Holland & Hart
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorney for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008*

**And by U.S. Mail**, postage prepaid, to the following individuals:

Jun He
231 Split Rock Rd
The Woodlands, TX 77381
*Defendant in Proper Person*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551
*Defendant in Proper Person*

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

/s/ Stephanie J. Glantz
An employee of GORDON SILVER

2129642v1