**GORDON SILVER**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
ANJALI D. WEBSTER
Nevada Bar No. 12515
Email: awebster@gordonsilver.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (775) 786-0103

**ULMER & BERNE LLP**
FRANCES FLORIANO GOINS *(Admitted Pro Hac Vice)*
Email: fgoins@ulmer.com
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7202
Fax: (216) 583-7203

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOOGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 1007/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>Defendants. | CASE NO. 3:13-cv-00562-MMD-VPC |

## AMENDED STIPULATED DISMISSAL WITH PREJUDICE AS TO COUNT I OF THE COMPLAINT

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties hereby stipulate to the dismissal of Count I of Plaintiff China Energy Corporation's ("CEC") Complaint with prejudice.

///

Upon the entry of this stipulated dismissal, the Parties request that CEC and Defendants Michael Sammons, Elena Sammons, Alan T. Hill, Jun He, Randy Dock Floyd, and Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008, proceed to Count II, which seeks a judicial determination of the fair value of the Defendants' shares of CEC stock. Further, the Parties request that the Court set this case for a status conference at which the Court may set a schedule for the proceedings under Count II.

Respectfully submitted,

**GORDON SILVER**

/s/ Justin J. Bustos
MICHAEL N. FEDER
Nevada Bar No. 7332
JUSTIN J. BUSTOS
Nevada Bar No. 10320
ANJALI D. WEBSTER
Nevada Bar No. 12515
100 W. Liberty Street, Suite 940
Reno, Nevada 89501

ULMER & BERNE LLP
FRANCES FLORIANO GOINS
(Admitted Pro Hac Vice)
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
*Attorneys for Plaintiff*

**ATTORNEY AT LAW, LTD.**

/s/ Edmund J. Gorman
Edmund J. Gorman, Jr., Esq.
Nevada Bar No. 11581
335 W. First Street
Reno, NV 89503
*Attorney for Defendant Alan T. Hill*

/s/ Michael Sammons
Michael Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

/s/ Elena Sammons
Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

**HOLLAND & HART**

/s/ Tamara Reid
Tamara Reid, Esq.
Nevada Bar No. 9840
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorney for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008*

///

///

1  _____     _____
   Jun He                                Randy Dock Floyd
2  231 Split Rock Rd                     4000 Goff Road
   The Woodlands, TX 77381               Aynor, SC 29551
3  *Defendant in Proper Person*          *Defendant in Proper Person*

4

5  **RUMBERGER, KIRK & CALDWELL, P.C.**

6

7   /s/ Meredith Lees_____
   Peter Tepley, admitted pro hac vice
8  Meredith Lees, admitted pro hac vice
   Rebecca Beers, admitted pro hac vice
9  2204 Lakeshore Drive, Suite 125
   Birmingham, AL 35209-6739
10

11 Bret F. Meich (SBN 11208)
   ARMSTRONG TEASDALE, LLP
12 3770 Howard Hughes Parkway, Suite 200
   Las Vegas, NV 89169
13 *Counsel for Third-Party Defendant COR Clearing, LLC*

14

| | |
|---|---|
| _____ <br> Jun He <br> 231 Split Rock Rd <br> The Woodlands, TX 77381 <br> *Defendant in Proper Person* | *Randy Dock Floyd* <br> Randy Dock Floyd <br> 4000 Goff Road <br> Aynor, SC 29551 <br> *Defendant in Proper Person* |

**RUMBERGER, KIRK & CALDWELL, P.C.**

_/s/ Meredith Lees_____
Peter Tepley, admitted pro hac vice
Meredith Lees, admitted pro hac vice
Rebecca Beers, admitted pro hac vice
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739

Bret F. Meich (SBN 11208)
ARMSTRONG TEASDALE, LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
*Counsel for Third-Party Defendant COR Clearing, LLC*

Dated: __January 5, 2015_____

IT IS SO ORDERED.

_____
U.S. District Judge

# CERTIFICATE OF SERVICE

The undersigned, an employee of Gordon Silver, hereby certifies that she served a copy of **AMENDED STIPULATED DISMISSAL AS TO COUNT I OF THE COMPLAINT** via CM/ECF on January 5th, 2015, to the following individuals:

Michael Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

Peter Tepley
Meredith Lees
Rumberger, Kirk & Caldwell
2204 Lakeshore Drive, Suite 125
Birmingham, AL 35209-6739

Edmund J. Gorman, Jr., Esq.
ATTORNEY AT LAW, LTD.
335 W. First Street
Reno, NV 89503
*Attorney for Defendant Alan T. Hill*

Richard L. Elmore, Esq.
Holland & Hart
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
*Attorney for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust UA 1007/2008*

**And by U.S. Mail**, postage prepaid, to the following individuals:

Jun He
231 Split Rock Rd
The Woodlands, TX 77381
*Defendant in Proper Person*

Randy Dock Floyd
4000 Goff Road
Aynor, SC 29551
*Defendant in Proper Person*

Elena Sammons
15706 Seekers St
San Antonio, TX 78255
*Defendant in Proper Person*

     /s/ Stephanie J. Glantz
     An employee of GORDON SILVER

2129642v1