Edmund J. Gorman, Jr.
Attorney at Law, Ltd.
State Bar No. 11581
335 W. First St.
Reno, NV 89503
(775) 622-3274
ejgormanjr@ejgormanlaw.com
Attorney for Defendant Tom Vredevoogd, Trustee
Of the Kimberly J. Vredevoogd Trust

## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOORGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 10/7/2008, JUN HE, and RANDY DOCK FLOYD, <br><br> Defendants. | 3:13-CV-00562-MMD-VPC <br><br><br><br><br><br> **MOTION TO SUBSTITUTE COUNSEL** |

COMES NOW Defendant Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust U/A/ 10/7/2008, by and through counsel, Edmund J. Gorman Jr., of Edmund J. Gorman Jr., Attorney at Law, Ltd, and moves the Court substitute Edmund J. Gorman Jr., Attorney at Law Ltd. for Holland & Hart, LLP as counsel of record for the Defendant in this case. Pursuant to LR 10-6(c), Defendant shows the following:

1. I, Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust, consent to the substitution of Edmund J. Gorman Jr., Attorney at Law, Ltd., as my counsel and attorney of record in place of Holland & Hart LLP, and Tamara Reid, Esq.

*[signature]*
Thomas S. Vredevoogd

2. I, Tamara Reid, consent to the substitution of Edmund J. Gorman Jr., Attorney at Law, Ltd., as counsel and attorney of record for Thomas S. Vredevoggd, Trustee of the Kimberly J. Vredevoogd Trust.

*[signature]*
Tamara Reid

3. I, Edmund J. Gorman Jr., consent to the substitution of Edmund J. Gorman Jr., Attorney at Law, Ltd., as counsel and attorney of record for Thomas S. Vredevoggd, Trustee of the Kimberly J. Vredevoogd Trust, in place of Holland & Hart LLP.

*[signature]*
Edmund J. Gorman, Jr.

**WHEREFORE**, Defendant prays the Court enter an Order:

1. Granting leave to substitute Edmund J. Gorman Jr., Attorney at Law, Ltd., in place of Holland & Hart, LLP as attorney of record for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust, u/a/d 10/7/2008; and

2. For such other or additional relief as the Court deems just and proper.

Dated this 28th Day of March, 2016

*[signature]*
Edmund J. Gorman, Jr.
Attorney at Law, Ltd.
335 W. First St.
Reno, NV 89503

Motion to Substitute Counsel - 2

**Proof of Service**

Thomas S. Vredevoogd, by and through counsel, Edmund J. Gorman Jr., Attorney at Law, Ltd., has served to the interested persons listed below a true copy of the <u>Motion to Substitute Counsel</u>, by service through CM/ECF to:

Richard L. Elmore, Esq.  
Tamara Reid, Esq.  
Holland & Hart  
5441 Kietzke Lane, 2nd Floor  
Reno, NV 89511

Michael Sammons  
15706 Seekers St  
San Antonio, TX 78255  
*Defendant in Proper Person*

Edmund J. Gorman Jr.  
335 W. First St.  
Reno, NV 89503  
*For Alan T. Hill*

And via US Mail, postage prepaid, and placed for mailing March 28th, 2016 to the following:

Elena Sammons  
15706 Seekers St  
San Antonio, TX 78255  
*Defendant in Proper Person*

Randy Dock Floyd  
4000 Goff Road  
Aynor, SC 29551  
*Defendant in Proper Person*

Jun He  
231 Split Rock Rd  
The Woodlands, TX 77381  
*Defendant in Proper Person*

China Energy Corporation  
c/o United Corporation Services, Inc.  
2520 ST ROSE PKWY STE 319  
Henderson, NV 89074

I declare under penalty of perjury under the laws of the State of Nevada and the United States of America that the foregoing is true and correct.

Dated this 28th Day of March, 2016.

/s/ Edmund J. Gorman, Jr.  
Edmund J. Gorman, Jr.  
Attorney at Law, Ltd.  
335 W. First St.  
Reno, NV 89503

Edmund J. Gorman, Jr.
Attorney at Law, Ltd.
State Bar No. 11581
335 W. First St.
Reno, NV 89503
(775) 622-3274
ejgormanjr@ejgormanlaw.com
Attorney for Defendant Tom Vredevoogd, Trustee
Of the Kimberly J. Vredevoogd Trust

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHINA ENERGY CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAN T. HILL, ELENA SAMMONS, MICHAEL SAMMONS, THOMAS S. VREDEVOORGD, TRUSTEE OF THE KIMBERLY J. VREDEVOOGD TRUST UA 10/7/2008, JUN HE, and RANDY DOCK FLOYD,<br><br>Defendants. | 3:13-CV-00562-MMD-VPC<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL** |

IT IS HEREBY ORDERED that Edmund J. Gorman Jr., of Edmund J. Gorman Jr., Attorney at Law, Ltd., is substituted in place and stead of Holland & Hart, LLP as attorney of record for Thomas S. Vredevoogd, Trustee of the Kimberly J. Vredevoogd Trust U/A/ 10/7/2008;

IT IS FURTHER ORDERED that Holland & Hart LLP, Tamara Reid, Esq., and Richard L. Elmore, Esq. shall be removed from the Court's electronic service matrix in this case.

Dated this ___ Day of April, 2016.

_____
United States Magistrate Judge