UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHINA ENERGY CORPORATION ) | | 3:13-CV-0562-MMD (VPC) |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | April 8, 2016 |
| ) | | |
| ALAN T. HILL, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |
| AND RELATED CLAIMS ) | | |
| ) | | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Michael Sammons' motion to compel compliance with FRCP Rule 26 (#342) is **DENIED** for failure to meet and confer and for failure to provide certification that he has been unable to resolve the matter without court action pursuant to Fed.R.Civ.P. 37 and LR 26-7(b). Mr. Sammons provided no affidavit outlining any attempts that he contacted counsel in an effort to resolve the discovery dispute by personal consultation as required by Fed.R.Civ.P. 37 and LR 26-7(b). *Shuffle Master, Inc. v. Progressive Games, Inc.* 170 F.R.D. 166, 170 (D.C. Nev. 1996) (certification must "accurately and specifically convey to the court who, where, how, and when the respective parties attempted to *personally* resolve the discovery dispute.")

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk